# UNITED STATES DISTRICT COURT
## Northern District of California

Jeff Pokorny and Larry Blenn
on behalf of themselves and those
similarly situated,

              Plaintiff(s),

v.

Quixtar, Inc., et al.

              Defendant(s).

CASE NO. C 07-00201 EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Willie E. Gary, an active member in good standing of the bar of Florida whose business address and telephone number (particular court to which applicant is admitted) is

GARY, WILLIAMS, PARENTI, FINNEY, LEWIS, MCMANUS, WATSON & SPERANDO
221 East Osceola Street, Stuart, Florida 34994

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Jeff Pokorny and Larry Blenn

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 18, 2007



IT IS SO ORDERED
Judge Edward M. Chen