# UNITED STATES DISTRICT COURT
## Northern District of California

Jeff Pokorny and Larry Blenn
on behalf of themselves and those
similarly situated,

                Plaintiff(s),

  v.

Quixtar, Inc., et al.

                Defendant(s).

CASE NO. C 07-00201 EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Carlos M. Sires, an active member in good standing of the bar of Florida whose business address and telephone number (particular court to which applicant is admitted) is

BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, Florida 33301

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Jeff Pokorny and Larry Blenn

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 18, 2007



IT IS SO ORDERED
Judge Edward M. Chen