1 | David W. Shapiro, Esq. (No. 219265)
BOIES, SCHILLER & FLEXNER LLP
2 | 1999 Harrison Street, Suite 900
Oakland, California 94612
3 | Telephone: (510) 874-1000
Facsimile: (510) 874-1460
4 | E-mail: dshapiro@bsfllp.com

5 | Stuart H. Singer, Esq. (*Pro Hac Vice*)
Carlos M. Sires, Esq. (*Pro Hac Vice*)
6 | BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
7 | Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
8 | Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
9 | E-mail: csires@bsfllp.com

10 | Willie E. Gary, Esq. (*Pro Hac Vice*)
GARY, WILLIAMS, PARENTI, FINNEY, LEWIS,
11 | MCMANUS, WATSON & SPERANDO
221 East Osceola Street
12 | Stuart, Florida 34994
Telephone: (772) 283-8260
13 | Facsimile: (772) 220-3343
Email: weg@williegary.com
14
Attorneys for Plaintiffs Jeff Pokorny and Larry Blenn

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Jeff Pokorny and Larry Blenn on behalf of themselves and those similarly situated, | CASE NO. C 07-00201 EMC |
| Plaintiffs, | **STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| v. | [Civil L.R. 6-1 (a)] ; ORDER |
| Quixtar Inc., et al., | <u>CLASS ACTION</u> |
| Defendants. | |

## **<u>STIPULATION</u>**

On January 10, 2007, Plaintiffs Jeff Pokorny and Larry Blenn filed their Complaint on behalf of themselves and those that they allege are similarly situated. Defendants Quixtar, Inc., Britt Worldwide L.L.C. and Britt Management, Inc. were served with the Complaint on January

1  12, 2007.  American Multimedia Inc. has not been served, but has agreed to accept service

2  effective today by mailing a copy of the complaint to its counsel named below.  Defendants Ron

3  Puryear, Georgia Lee Puryear, World Wide Group, L.L.C., Bill Britt and Peggy Britt were

4  served with the Complaint on January 18, 2007.

5

6        Pursuant to Rule 6-1(a) of the Local Rules for the United States District Court, Northern

7  District of California, the parties, by and through their counsel, stipulate that the time for

8  Defendants Quixtar, Inc., Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C., Britt

9  Worldwide L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, and Peggy

10 Britt ("Defendants") to answer or otherwise respond to the Complaint shall be extended to March

11 5, 2007.  This change will not alter the date of any event or any deadline already fixed by Court

12 order.

13

14

15       SO STIPULATED.

16

17 Dated: February 1, 2007                        BOIES, SCHILLER & FLEXNER LLP

18

19                                           By    /s/ David W. Shapiro
20                                                    David W. Shapiro
                                                   Attorneys for Plaintiffs

21 Dated: February 1, 2007                        BRINKS HOFER GILSON & LIONE
22

23

24                                            By    /s/ James R. Sobieraj
                                                   James R. Sobieraj
25                                                    Attorneys for Defendants Quixtar, Inc.
                                                   (Pro Hac Application to be Filed)

26

27

28

1  Dated: February 1, 2007           WINSTON & CASHATT

2

3                                    By    /s/ C. Matthew Andersen
                                           C. Matthew Andersen
4                                          Attorneys for Defendants Ron Puryear,
                                           Georgia Lee Puryear, World Wide Group,
5                                          L.L.C.
                                           (Pro Hac Application to be Filed)
6

7  Dated: February 1, 2007           NORTHERN BLUE, L.L.P.

8

9                                    By    /s/ J. William Blue, Jr.
                                           J. William Blue, Jr.
10                                         Attorneys for Defendants Britt Worldwide
                                           L.L.C., American Multimedia Inc., Britt
11                                         Management, Inc., Bill Britt, Peggy Britt
                                           (Pro Hac Application to be Filed)
12

13

14  IT IS SO ORDERED:

15

16  _____
17  Edward M. Chen
    U.S. Magistrate Judge
18
    IT IS SO ORDERED
19
    Judge Edward M. Chen
20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, California 94612.

On February 1, 2007, I served the following documents:

**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

I served the documents on the **persons** below, as follows:

BRINKS HOFER GILSON & LIONE
James R. Sobieraj
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
312.321.4226 - Direct
312.321.4299 - Fax
jsobieraj@usebrinks.com
Attorneys for Defendants Quixtar, Inc.

WINSTON & CASHATT
C. Matthew Andersen
1900 Bank of America Bldg.
601 W. Riverside
Spokane, WA 99201
Email: cma@winstoncashatt.com
Attorneys for Defendants Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C.

NORTHERN BLUE, L.L.P.
J. William Blue, Jr.
1414 Raleigh Road Suite 435
The Exchange At Meadowmont
Chapel Hill, NC  27517
jwb@nbfirm.com
Attorneys for Defendants Britt Worldwide L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, Peggy Britt

The documents were served pursuant to FRCP 5(b) by the following means:

☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed above.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

| | |
|---|---|
| ☐ | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:<br><br>☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.<br><br>☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.<br><br>I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California. |
| ☐ | **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ☐ | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and/or by electronically transmitting the documents and providing them to a professional messenger service for service. |
| ☐ | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above.  No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| ☒ | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: February 1, 2007

                              /s/ Christina Seki_____
                              **Christina Seki**

CASE NO. C 07-00201 EMC                    5    STIPULATION TO CONTINUE DATE FOR DEFENDANTS TO
                                                FILE A RESPONSIVE PLEADING