Benjamin K. Riley (SBN 112007)
Helen C. MacLeod (SBN 206618)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: rileyb@howrey.com
Email: macleodh@howrey.com

J. William Blue, Jr. (*Pro Hac Vice*)
**NORTHEN BLUE LLP**
1414 Raleigh Road, Suite 435
Chapel Hill, North Carolina 27517
Telephone: (919) 968-4441
Facsimile: (919) 942-6603
E-mail: jwb@nbfirm.com

Attorneys for Defendants
BRITT WORLDWIDE L.L.C.,
AMERICAN MULTIMEDIA INC.,
BRITT MANAGEMENT, INC.,
BILL BRITT and PEGGY BRITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY and LARRY BLENN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QUIXTAR INC., JAMES RON PURYEAR JR., GEORGIA LEE PURYEAR, and WORLD WIDE GROUP, L.L.C., BRITT WORLDWIDE, L.L.C., AMERICAN MULTIMEDIA INC., BRITT MANAGEMENT, INC., BILL BRITT and PEGGY BRITT,<br><br>Defendants. | Case No. C-07-201-SC<br><br>The Honorable Samuel Conti<br><br>**BRITT DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS, PURSUANT TO N.D. CAL. CIVIL LOCAL RULE 3-16**<br><br>Complaint Filed: January 10, 2007 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest of at least 10% in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

> Britt Worldwide, L.L.C. — Bill and Peggy Britt
>
> American Multimedia Inc. — Bill and Peggy Britt
>
> Britt Management, Inc. — Bill and Peggy Britt.

Dated:  March 29, 2007                          Respectfully submitted,

**HOWREY LLP**

**NORTHEN BLUE, LLP**

By:     /s/  Benjamin K. Riley
        Benjamin K. Riley

Attorneys for Defendants
BRITT WORLDWIDE, L.L.C.,
AMERICAN MULTIMEDIA INC.,
BRITT MANAGEMENT, INC.,
BILL BRITT and PEGGY BRITT