1 David W. Shapiro, Esq.  (SBN  219265)
2 BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3 Oakland, California 94612
   Telephone: (510) 874-1000
4 Facsimile: (510) 874-1460
   E-mail: dshapiro@bsfllp.com
5
6 *Additional attorneys on following page*

7 Attorneys for Plaintiffs Jeff Pokorny and Larry Blenn

8              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
9               **SAN FRANCISCO DIVISION**

10

11 Jeff Pokorny and Larry Blenn on behalf of )   **CASE NO.** C 07-00201 SC
   themselves and those similarly situated,  )
12                                           )   **DECLARATION OF ROBERT**
                                             )   **FITZPATRICK IN SUPPORT OF**
13                 Plaintiffs,               )   **PLAINTIFFS' OPPOSITIONS TO (1)**
                                             )   **QUIXTAR'S MOTION TO DISMISS OR**
14 v.                                        )   **STAY AND COMPEL COMPLIANCE WITH**
                                             )   **DISPUTE RESOLUTION AGREEMENT; (2)**
15 Quixtar, Inc., et al,                     )   **BRITT DEFENDANTS' MOTION TO**
                                             )   **DISMISS AND COMPEL COMPLIANCE**
16                 Defendants.               )   **WITH DISPUTE RESOLUTION**
                                             )   **AGREEMENT AND JOINDER IN**
17                                           )   **DEFENDANT QUIXTAR, INC.'S MOTION**
                                             )   **RE: SAME; AND (3) DEFENDANTS JAMES**
18                                           )   **AND GEORGIA PURYEAR AND WORLD**
                                             )   **WIDE GROUP, LLC'S MOTION IN**
19                                           )   **SUPPORT OF JOINDER IN QUIXTAR,**
                                             )   **INC.'S AND BRITT'S MOTION TO DISMISS**
20                                           )   **OR STAY LITIGATION AND COMPEL**
                                             )   **COMPLIANCE WITH DISPUTE**
21                                           )   **RESOLUTION AGREEMENT**
                                             )
22                                           )
                                             )   <u>CLASS ACTION</u>
23                                           )
                                             )   Date: April 27, 2007
24                                           )   Time: 10:00 a.m.
                                             )   Room: 1, 17th Floor
25                                           )   Judge: Honorable Samuel Conti
                                             )
26  _____ )

27

28

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P
O A K L A N D ,   C A L I F O R N I A

1    Additional counsel:

2    David Boies, Esq. (*Pro Hac Vice*)
     BOIES, SCHILLER & FLEXNER LLP
3    333 Main Street
     Armonk, NY 10504
4    Telephone: (914) 749-8200
     Facsimile: (914) 749-8300
5    E-mail: dboies@bsfllp.com

6
     Stuart H. Singer, Esq. (*Pro Hac Vice*)
7    Carlos M. Sires, Esq. (*Pro Hac Vice*)
     Sigrid S. McCawley, Esq. (*Pro Hac Vice*)
8    BOIES, SCHILLER & FLEXNER LLP
     401 East Las Olas Boulevard, Suite 1200
9    Fort Lauderdale, Florida 33301
     Telephone: (954) 356-0011
10   Facsimile: (954) 356-0022
     E-mail: ssinger@bsfllp.com
11   E-mail: csires@bsfllp.com
     E-mail : smccawley@bsfllp.com
12

13   Willie E. Gary, Esq. (*Pro Hac Vice*)
     Maria P. Sperando, Esq. (*Pro Hac Vice*)
14   Maryann Diaz, Esq. (*Pro Hac Vice*)
     GARY, WILLIAMS, PARENTI, FINNEY,
15   LEWIS, MCMANUS, WATSON &
     SPERANDO
16   221 East Osceola Street
     Stuart, Florida 34994
17   Telephone: (772) 283-8260
     Facsimile: (772) 220-3343
18   E-mail: weg@williegary.com
     E-mail: mps@williegary.com
19   E-mail: mad@williegary.com

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

**DECLARATION OF ROBERT FITZPATRICK**

I, Robert Fitzpatrick, declare under penalty of perjury that the foregoing is true and correct:

1. I write in support of the Plaintiffs' opposition to Defendants' motion to compel compliance with the Defendants' system of Conciliation and Arbitration.

2. I have researched and written about the multi-level marketing business model and the operations of Amway (now called Quixtar in North America) for more than 12 years. I am the co-author of the book, *False Profits*, which has been featured and referenced in newspapers, magazines and in national news shows many times, including an interview on *CBS 60 Minutes* in a 1999 exposé of the multi-level marketing company, International Heritage Inc. International Heritage was sued by the SEC and its founder was criminally prosecuted and convicted of fraud and sentenced to 10 years in prison.

3. I have served as consultant and expert witness in more than a dozen state and federal court cases involving multi-level marketing companies, including Amway and Quixtar. In this capacity, I have been retained by the United States Dept. of Justice and by several state Attorneys General. I organized and serve as president of the first consumer advocacy and education organization, Pyramid Scheme Alert, focused on multi-level marketing and pyramid schemes. I have personally conferred and corresponded with thousands of consumers worldwide who were solicited to join multi-level marketing companies, many in Amway or Quixtar. I have been a featured presenter at the annual conferences of the National Association of Consumer Protection Investigators and the Association of Certified Fraud Specialists on the subject of distinguishing pyramid schemes from legitimate direct selling companies.

4. In 2005, I was invited to speak at an international conference on pyramid schemes attended by central bankers of five South Asian countries and hosted by the Central Bank of Sri Lanka in Colombo, Sri Lanka. I assisted the government of Sri Lanka in writing its first anti-pyramid scheme law. I provided extensive consulting services to the Pan Pacific Direct Selling Institute in China, which assisted the government of the People's Republic of China in writing that country's first law to regulate multi-level marketing. I conduct ongoing research and analysis in this field.

5. I have 25 years experience as a consultant, writer, and analyst of distribution business models and the relationships between suppliers and independent distributors. I served as executive director of distributor trade associations in three industries. I have been the featured speaker at national conferences and provided consulting services to Hewlett Packard, Fuji Film, Epson America, among many others. I currently write monthly columns for two national trade publications addressing trends and dynamics of wholesale distribution models. I have attended annual national conferences of the National Association of Wholesalers and regularly read the professional literature in the field.

6. Based on my analysis of Quixtar and the related Kingpin "tools" business of selling and distributing books, tapes and seminars to Quixtar recruits (IBOs), I characterize the business models of both organizations as pyramid sales schemes that are inherently deceptive, unfair and harmful.

7. To reach this conclusion, among other things, I examined the published data from Quixtar

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1    regarding its commission payouts in recent years. Applying this data to a statistical sample of
distributors revealed that 99.4% of the all IBOs earned on average just $13.41 per week –
2    before product purchases, all business expenses and taxes. This average income is far less than
the costs of the business, resulting in *99% of victims of Quixtar making no net profit.* Fewer
3    than 1 person in 10,000 are at the "Diamond and above" levels, the upper ranks of the Quixtar
chain that every new recruit is urged to aspire to. *See* Exhibit 1.

4

5    8. The massive loss rates among Quixtar victims that are revealed in Quixtar's own data are
the inevitable mathematical result of the endless chain business model. In this model, the
6    success of the IBO is based on continuous recruiting of additional distributors (IBOs), who are
induced to make monthly purchases for their own consumption, rather than on making retail
7    sales in the open marketplace. In the recruitment model, only those participants at the top
levels of the pyramid can earn true profits, since the source of a participant's real income is the
8    expenditures of individuals below them on the pyramid, and only a small percentage can be in
those top positions. The untenable model results in approximately 70% of IBOs quitting
9    Quixtar within the first year. The mission of this deceptive business model is to continuously
enroll losing investors (IBOs) and replace them as they suffer losses and quit the program.

10    9. Millions of ordinary Americans as well as people from many other countries have been
targets of Quixtar's pyramid recruitment campaign. They are lured by claims and promises of a
11    unique and extraordinary new income opportunity. The complex pay plan that concentrates
commission payment at the top levels of the recruitment chain is seldom understood or even
12    known by many new recruits. They are uninformed about the loss rates and dropout rates
among distributors (IBOs). Virtually none has knowledge of the profits and ownership patterns
13    related to the Tools businesses.

14    10. I have reviewed lists of the participants in the Quixtar Conciliation and Arbitration process,
including the members of the Independent Business Owners Association International and the
15    members of the Hearing and Disputes Committee. *See* Exhibits 2 & 3. These materials reveal
that many of these participants are high level Quixtar recruiters[1], owners of Kingpin tools
16    companies, and the primary beneficiaries of the Quixtar business model, which the Plaintiffs
charge is an illegal pyramid scheme. Among the participants in the Quixtar hierarchy I have
17    learned about in my research of multi-level marketing and who also have official roles in the
Conciliation and Arbitration process are Jody Victor, Don Held, Joe Markiewicz, Randy
18    Haugen, Don Wilson and Danny Snipes.

19

   Dated: April 6, 2007            Signed: *[signature]*
20

21                     Robert Fitzpatrick

22

23

24

25

26

27    [1] Even without formal discovery, a search of corporate records reveals that at least six out of the eight Hearing
Panel members own "tools and function" businesses and eight out of the twenty IBOA International Board
28    members own "tools and function" businesses. *See* Exhibits 2 and 3.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA