1  David W. Shapiro, Esq.
   BOIES, SCHILLER & FLEXNER LLP
2  1999 Harrison Street, Suite 900
   Oakland, California 94612
3  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
4  E-mail: dshapiro@bsfllp.com
   California Bar Number: 219265
5
   *Additional attorneys on following page*
6
   Attorneys for Plaintiffs Jeff Pokorny and Larry Blenn
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Jeff Pokorny and Larry Blenn on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Quixtar, Inc., et al,<br><br>Defendants. | CASE NO. C 07-0201 SC<br><br>**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO (1) QUIXTAR'S MOTION TO DISMISS OR STAY AND COMPEL COMPLIANCE WITH DISPUTE RESOLUTION AGREEMENT; (2) BRITT DEFENDANTS' MOTION TO DISMISS AND COMPEL COMPLIANCE WITH DISPUTE RESOLUTION AGREEMENT AND JOINDER IN DEFENDANT QUIXTAR, INC.'S MOTION RE: SAME; AND (3) DEFENDANTS JAMES AND GEORGIA PURYEAR AND WORLD WIDE GROUP, LLC'S MOTION IN SUPPORT OF JOINDER IN QUIXTAR, INC.'S AND BRITT'S MOTION TO DISMISS OR STAY LITIGATION AND COMPEL COMPLIANCE WITH DISPUTE RESOLUTION AGREEMENT**<br><br><u>CLASS ACTION</u><br><br>Date: April 27, 2007<br>Time: 10:00 a.m.<br>Room: 1, 17th Floor<br>Judge: Honorable Samuel Conti |

Additional counsel:

David Boies, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

Stuart H. Singer, Esq. (*Pro Hac Vice*)
Carlos M. Sires, Esq. (*Pro Hac Vice*)
Sigrid S. McCawley, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
E-mail: csires@bsfllp.com
E-mail : smccawley@bsfllp.com

Willie E. Gary, Esq. (*Pro Hac Vice*)
Maria P. Sperando, Esq. (*Pro Hac Vice*)
Maryann Diaz, Esq. (*Pro Hac Vice*)
GARY, WILLIAMS, PARENTI, FINNEY, LEWIS, MCMANUS, WATSON & SPERANDO
221 East Osceola Street
Stuart, Florida 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343
E-mail: weg@williegary.com
E-mail: mps@williegary.com
E-mail: mad@williegary.com

CASE NO. C 07-0201 SC    DECL OF McCAWLEY ISO OPPOSITIONS TO MTDS AND MTNS TO COMPEL COMPLIANCE WITH DISPUTE RESOLUTION AGREEMENT

I, Sigrid S. McCawley, declare as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP, which represents Plaintiffs Jeff Pokorny and Larry Blenn (collectively "Plaintiffs") in this matter.

2. This declaration is provided in support of Plaintiffs' Oppositions to: (1) Quixtar's Motion to Dismiss or Stay and Compel Compliance with Dispute Resolution Agreement; (2) Britt Defendants' Motion To Dismiss And Compel Compliance With Dispute Resolution Agreement and Joinder In Defendant Quixtar, Inc.'s Motion Re: Same; and (3) Defendants James And Georgia Puryear And World Wide Group, Llc's Motion In Support Of Joinder In Quixtar, Inc.'s and Britt's Motion To Dismiss Or Stay Litigation and Compel Compliance With Dispute Resolution Agreement.

3. Attached hereto as Exhibit A is a true and correct copy of a flyer titled "The 300 PV Home" dated Novenber 21, 2003, provided to Boies, Schiller & Flexner LLP by named Plaintiffs Jeff Pokorny and Larry Blenn.

4. Attached hereto as Exhibit B is a true and correct copy of a Power Point Presentation dated April 1, 2006, provided to Boies, Schiller & Flexner LLP by named Plaintiff Jeff Pokorny.

5. Attached hereto as Exhibit C is a true and correct copy of a magazine article titled "Four Signs Of Business Health," *Achieve Magazine,* dated May/June 2006 provided to Boies, Schiller & Flexner LLP by named Plaintiff Jeff Pokorny.

6. Attached hereto as Exhibit D is a true and correct copy of Quixtar's "Kick Start! It's Got Legs!" Promotion Flyer dated 2004 provided to Boies, Schiller & Flexner LLP by named Plaintiff Jeff Pokorny.

7. Attached hereto as Exhibit E is a true and correct copy of Quixtar's "Direct Approach" Script provided to Boies, Schiller & Flexner LLP by named Plaintiff Jeff Pokorny.

1

CASE NO. C 07-0201 SC    DECL OF McCAWLEY ISO OPPOSITIONS TO MTDS AND MTNS TO COMPEL COMPLIANCE WITH DISPUTE RESOLUTION AGREEMENT

8. Attached hereto as Exhibit F is a true and correct copy of a magazine article titled "Ron & Georgia Lee Puryear of World Wide Dream Builders," *Achieve Magazine* dated January/February 2001 provided to BSF by named Plaintiff Jeff Pokorny.

9. Attached hereto as Exhibit G is a true and correct copy of JAMS Class Action Procedures dated February 2005, downloaded by Boies, Schiller & Flexner LLP from the internet at http://www.jamsadr.com/rules/class_action.asp.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: April 6, 2007

s/ Sigrid S. McCawley
Sigrid S. McCawley (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd, Suite 1200
Ft Lauderdale, Fl 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email address: smccawley@bsfllp.com
Counsel to the Plaintiffs