# Exhibit A

*POKORNY, et al. v. QUIXTAR, et al.*

**PROPOSED CASE SCHEDULE**

| Date | Proposed Event/Deadline |
|---|---|
| April 27, 2007 | Case Management Conference (CMC) in Courtroom C, 15th Floor, San Francisco at 1:30 p.m. (Court Deadline) |
| April 27, 2007 | Hearing on Motion to Dismiss or Stay and Compel ADR <br> *[If Motion granted, schedule below is moot.]* |
| <u>Plaintiffs' Position</u>: <br> May 1, 2007 | Discovery Re: Plaintiffs' Count I and Defendant Quixtar's Counterclaim and Defendants' Motion to Dismiss Discovery ("Arbitration Discovery") Period Begins |
| <u>Plaintiffs' Position</u>: <br> July 13, 2007 | Arbitration Discovery Ends |
| <u>Plaintiffs' Position</u>: <br> July 27, 2007 | Supplemental Opposition to Motion to Dismiss |
| <u>Plaintiffs' Position</u>: <br> August 7, 2007 | Supplemental Reply in Support of Motion to Dismiss |
| <u>Defendants' Position</u>: <br> To Be Determined: | Appeal from Ruling on Motion to Dismiss; Stay Pending Appeal <br> *[If stay pending appeal granted, schedule below is superseded.]* |
| <u>Defendants' Position</u>: <br> To Be Determined: | Discovery in Opposition to Defendants' Motions to Dismiss <br> *[The parties disagree whether such discovery is permissible or appropriate. If discovery is allowed, schedule is bumped three months.]* |
| **Joint Schedule** | |
| June 8, 2007 | Rule 12 Motions Due |
| June 29, 2007 | Opposition to Rule 12 Motions Due |
| July 13, 2007 | Reply in Support of Rule 12 Motions Due |

| Date | Proposed Event/Deadline |
|---|---|
| July 27, 2007 | Hearing on Rule 12 Motions[1] |
| August 6, 2007 | Class Discovery Begins |
| October 26, 2007 | Class Discovery Ends |
| November 2, 2007 | Motion for Class Certification Due |
| November 23, 2007 | Opposition to Motion for Class Certification Due |
| December 7, 2007 | Reply to Motion for Class Certification Due |
| December 21, 2007 | Hearing on Motion for Class Certification |
| January 7, 2008 | Merits Discovery Begins |
| June 25, 2008 | Merits Discovery Closes |
| July 16, 2008 | Exchange of Expert Reports |
| August 13, 2008 | Exchange of Expert Rebuttal Reports |
| October 1, 2008 | Expert Depositions Must Be Complete |
| October 31, 2008 | Motions for Summary Judgment Due |
| November 21, 2008 | Oppositions to Motions for Summary Judgment Due |
| December 5, 2008 | Replies in Support of Motions for Summary Judgment Due |
| December 19, 2008 | Hearing on Motions for Summary Judgment |
| January 16, 2009 | Meet and Confer Deadline for Joint Pretrial Statement, Coordinated Exhibits and Witness Lists |
| January 30, 2009 | Deadline for Filing Joint Pretrial Statement, Exhibit Lists and Witness Lists |
| February 6, 2009 | Deadline for Filing Motions in Limine and Daubert Motions |
| February 20, 2009 | Oppositions to Motions in Limine and Daubert Motions |
| March 6, 2009 | Replies in Support of Motions in Limine and Daubert |

---

[1] To the extent the Court determines that hearing dates are necessary on any of the motions identified in this schedule, the parties provide proposed dates.

2

sf-2309553

3

| **Date** | **Proposed Event/Deadline** |
|---|---|
|  | Motions |
| March 20, 2009 | Hearing on Motions in Limine and Daubert Motions |
| March 20, 2009 | Final Pretrial Conference |
| March 30, 2009 | Case Ready for Trial |