United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JEFF POKORNY and LARRY BLEN on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>QUIXTAR INC., et al.,<br><br>        Defendants. | No. 07-00201 SC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO <u>FILE SUR-REPLY</u> |

Plaintiffs Jeff Pokorny and Lary Blen ("Plaintiffs") seek leave to file a sur-reply in response to Defendant Quixtar Inc.'s Reply Memorandum in Support of Objections to and Motion to Strike Declarations of Robert Fitzpatrick and Stephen Hayford Submitted by Plaintiffs in Opposition to Defendant's Motion to Dismiss or Stay ("Reply").  <u>See</u> Mot. for Leave, Docket No. 83.

The Court FINDS that the following statements in the Reply constitute material not raised in Defendant's Motion to Strike:

1. "the <u>entire</u> JAMS panel, including Mr. Hayford himself, is available at the request of any party." Reply at 6 (emphasis in original).

2. "Quixtar's arbitration process is modeled in part after the JAMS rules." <u>Id.</u> at 7.

3. "Quixtar's confidentiality provision . . . is virtually identical to mediation programs used by a wide range of fortune 500 companies." <u>Id.</u> at 6.

The Court will consider this material in making its determination; thus, in the interests of justice, Plaintiffs must be granted an opportunity to respond. See In re Pacific Gas and Elec. Co., C-02-1550 VRW, 2002 WL 32071634, *4 (N.D. Cal. Nov. 14, 2002). The other statements in the Reply about which Plaintiffs complain were raised by Defendant in its Motion to Strike; thus, Plaintiffs need not be given an additional opportunity to respond. See Mot. for Leave at 1-2.

Accordingly, the Court hereby GRANTS Plaintiffs leave to file a sur-reply of not more than four (4) pages addressing only the three statements identified above. The sur-reply must be filed no later than seven (7) days after the date of this order.

IT IS SO ORDERED.

Dated:   June 11, 2007.

_____
UNITED STATES DISTRICT JUDGE

2