1  CEDRIC C. CHAO (CA SBN 76045)
   WILLIAM L. STERN (CA SBN 96105)
2  JAMES M. SCHURZ (CA SBN 145874)
   BRENT W. WILNER (CA SBN 230093)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522
   E-mail: cchao@mofo.com
6  E-mail: wstern@mofo.com

7  JAMES R. SOBIERAJ *(Pro Hac Vice)*
   RALPH J. GABRIC *(Pro Hac Vice)*
8  JULIE L. LEICHTMAN *(Pro Hac Vice)*
   BRINKS HOFER GILSON & LIONE
9  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
10 Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
11 E-mail: jsobieraj@usebrinks.com

12 Attorneys for Defendant
   QUIXTAR INC.
13
   *Additional Counsel for Defendants Listed on*
14 *Following Page*

DAVID W. SHAPIRO (CA SBN 219265)
ELIZABETH GARFINKLE (CA SBN 228536)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

Attorneys for Plaintiffs
JEFF POKORNY and LARRY BLENN
and Proposed Plaintiff KENNETH BUSIERE

*Additional Counsel for Plaintiffs Listed on*
*Following Page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY and LARRY BLENN on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUIXTAR INC., *et al.*,<br><br>Defendants. | CASE NO. C 07-00201 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Court:   One, 17th Floor<br>Judge:   Honorable Samuel Conti |

STIP. AND [PROPOSED] ORDER RE MOT.
FOR LEAVE TO FILE AMENDED COMPL.

sf-2384217

CASE NO. C-07-00201

| | | |
|---|---|---|
| 1 | | |
| 2 | *Counsel for Defendants*<br>James Ron Puryear, Jr., Georgia Lee<br>Puryear, and World Wide Group, LLC: | *Additional Counsel for Plaintiffs*<br>*Jeff Pokorny and Larry Blenn and*<br>*Proposed Plaintiff Kenneth Busiere:* |
| 3 | | |
| 4 | C. Matthew Andersen (*Pro Hac Vice*)<br>WINSTON & CASHATT<br>1900 Bank of America Bldg. | David Boies, Esq. (*Pro Hac Vice*)<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street |
| 5 | 601 W. Riverside<br>Spokane, WA 99201 | Armonk, NY 10504<br>Telephone: (914) 749-8200 |
| 6 | Telephone: (509) 838-6131<br>Facsimile: (509) 838-1416 | Facsimile: (914) 749-8300<br>E-mail: dboies@bsfllp.com |
| 7 | Email: cma@winstoncashatt.com | |
| 8 | Donald W. Carlson (CA SBN 79258)<br>Edward F. Donohue (CA SBN 112730) | Stuart H. Singer, Esq. (*Pro Hac Vice*)<br>Carlos M. Sires, Esq. (*Pro Hac Vice*)<br>Sigrid S. McCawley, Esq. (*Pro Hac Vice*) |
| 9 | CARLSON, CALLADINE & PETERSON, LLP | BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, Suite 1200 |
| 10 | 353 Sacramento Street, 16th floor<br>San Francisco, CA 94111 | Fort Lauderdale, Florida 33301<br>Telephone: (954) 356-0011 |
| 11 | Telephone: (415) 391-3911<br>Facsimile: (415) 391-3898 | Facsimile: (954) 356-0022<br>E-mail: ssinger@bsfllp.com |
| 12 | Email: dcarlson@ccplaw.com<br>Email: edonohue@ccplaw.com | E-mail: csires@bsfllp.com<br>E-mail: smccawley@bsfllp.com |
| 13 | | |
| 14 | *Counsel for Defendants Britt Worldwide,*<br>*LLC, American Multimedia Inc., Britt* | Willie E. Gary, Esq. (*Pro Hac Vice*)<br>Maria Sperando, Esq. (*Pro Hac Vice*)<br>Mary Diaz, Esq. (*Pro Hac Vice*) |
| 15 | *Management, Inc., Bill Britt, and Peggy Britt* | GARY, WILLIAMS, PARENTI,<br>FINNEY, LEWIS, MCMANUS, |
| 16 | J. William Blue, Jr. (*Pro Hac Vice*)<br>NORTHEN BLUE, LLP | WATSON & SPERANDO<br>221 East Osceola Street |
| 17 | 1414 Raleigh Road, Suite 435<br>The Exchange At Meadowmont | Stuart, Florida 34994<br>Telephone: (772) 283-8260 |
| 18 | Chapel Hill, NC 27517<br>Telephone: (919) 968-4441 | Facsimile: (772) 220-3343<br>E-mail: weg@williegary.com |
| 19 | Facsimile: (919) 942-6603<br>Email: jwb@nbfirm.com | E-mail: mps@williegary.com<br>E-mail: mad@williegary.com |
| 20 | | |
| 21 | Benjamin K. Riley (CA SBN 112007)<br>Helen C. MacLeod (CA SBN 206618)<br>HOWREY LLP | |
| 22 | 525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708 | |
| 23 | Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999 | |
| 24 | Email: rileyb@howrey.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIP. AND [PROPOSED] ORDER RE MOT.
FOR LEAVE TO FILE AMENDED COMPL.

sf-2384217

CASE NO. C-07-00201

# STIPLUATION AND [PROPOSED] ORDER

Plaintiffs Jeff Pokorny and Larry Blenn and proposed Plaintiff Kenneth Busiere (collectively, "Plaintiffs"), and Defendants Quixtar Inc., Ron Puryear, Jr., Georgia Lee Puryear, World Wide Group, LLC, Britt Worldwide, LLC, American Multimedia Inc., Britt Management, Inc., Bill Britt, and Peggy Britt (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

## PREAMBLE

WHEREAS, on January 10, 2007, Plaintiffs Pokorny and Blenn, through their undersigned counsel, initiated this action.

WHEREAS, on March 5, 2007, Defendants filed a Motion to Dismiss or Stay and Compel Compliance with Dispute Resolution Agreement ("Motion to Dismiss"). On April 24, 2007, the Court took the Motion to Dismiss under submission.

WHEREAS, on June 8, 2007, Kenneth Busiere, through the Boies Schiller firm, filed an action in the California Superior Court for the County of Los Angeles, which action was removed by Defendants on June 20, 2007, to the United States District Court for the Central District of California. The federal action was captioned *Busiere v. Quixtar, et al.*, Case No. C-07-3993 AHM (RCx) (the "*Busiere* Action"), and was assigned to the Honorable A. Howard Matz.

WHEREAS, on July 9, 2007, Defendant Quixtar filed in the *Busiere* Action a Motion to Dismiss, or in the Alternative, to Transfer.

WHEREAS, on July 30, 2007, the Honorable A. Howard Matz heard oral argument, and later that day, issued an opinion dismissing without prejudice the *Busiere* Action. Judge Matz's written decision was filed with this Court by Quixtar on August 2, 2007.

WHEREAS, on August 23, 2007, Plaintiffs Pokorny and Blenn filed in this action a Motion for Leave to File First Amended Complaint seeking to add Kenneth Busiere as an additional plaintiff and to add two causes of action for injunctive relief.

WHEREAS, the parties disagree whether the new claims for injunctive relief are viable, and if viable, whether these claims are subject to the mandatory ADR provisions in the parties' contracts. The parties concur that the Court will need to resolve these issues.

1                          **STIPULATION**

2      IT IS HEREBY STIPULATED that the First Amended Complaint may be filed, subject to
3   each of the conditions set forth below:
4      1.   The First Amended Complaint will not in any way affect or disturb Defendants'
5   Motion to Dismiss pending before this Court, and Plaintiffs will not seek to re-open the Motion to
6   Dismiss or to submit additional briefing or evidence in connection with said Motion to Dismiss.
7      2.   Defendants' pending Motion to Dismiss is deemed to apply to the First Amended
8   Complaint, without the need for additional written submissions by Defendants. *See Datastorm*
9   *Techs., Inc. v. Excalibur Communications, Inc.*, 888 F. Supp. 112, 114 (N.D. Cal. 1995).
10     3.   Because the parties disagree whether the new claims for injunctive relief (*see*
11  Proposed First Amended Complaint, Sixth and Eighth Causes of Action) are subject to the
12  mandatory ADR provisions in the parties' contract, each party will file simultaneous opening
13  briefs on this narrow topic within 14 days of entry by this Court of this Stipulation and Order, and
14  simultaneous reply briefs within 7 days of the filing of their opening briefs. The opening briefs
15  will be limited to ~~15~~ 10 pages, and the reply briefs will be limited to ~~7~~ 5 pages. The parties agree that
16  once these briefs are filed, the issue of the arbitrability of the injunctive relief claims in the First
17  Amended Complaint will have been submitted for decision along with all the other issues taken
18  under submission on April 24, 2007.
19     4.   Notwithstanding the entry of this Stipulation and Order, it is understood that
20  Defendants preserve all their objections and defenses to the First Amended Complaint.
21     SO STIPULATED.
22
23  Dated: September 13, 2007             MORRISON & FOERSTER LLP
24                                        BRINKS HOFER GILSON & LIONE
25
                                          By: /s/ Cedric C. Chao
26                                             Cedric C. Chao
27
                                          *Attorneys for Defendant*
28                                        *QUIXTAR INC.*

1
2  NORTHEN BLUE, LLP
   HOWREY LLP
3
4  By: /s/ Benjamin K. Riley
       Benjamin K. Riley
5
   *Attorneys for Defendants*
6  BRITT WORLDWIDE, LLC,
   AMERICAN MULTIMEDIA INC.,
7  BRITT MANAGEMENT, INC.,
   BILL BRITT and PEGGY BRITT
8
9
   CARLSON, CALLADINE & PETERSON, LLP
10 WINSTON & CASHATT

11
   By: _____
12       C. Matthew Andersen
13
   *Attorneys for Defendants*
14 JAMES RON PURYEAR, JR., GEORGIA
   LEE PURYEAR, and WORLD WIDE
15 GROUP, LLC

16 BOIES, SCHILLER & FLEXNER LLP
   GARY, WILLIAMS, PARENTI, FINNEY,
17 LEWIS, MCMANUS, WATSON & SPERANDO

18
19
   By: _____
20       David W. Shapiro
21
   *Attorneys for Plaintiffs*
22 JEFF POKORNY and LARRY BLENN and
   Proposed Plaintiff KENNETH BUSIERE
23
24
25
26
27
28

```
 1
 2                                    NORTHEN BLUE, LLP
                                      HOWREY LLP
 3
 4                                    By: _____
                                           Benjamin K. Riley
 5
                                      Attorneys for Defendants
 6                                    BRITT WORLDWIDE, LLC,
                                      AMERICAN MULTIMEDIA INC.,
 7                                    BRITT MANAGEMENT, INC.,
                                      BILL BRITT and PEGGY BRITT
 8
 9                                    CARLSON, CALLADINE & PETERSON, LLP
                                      WINSTON & CASHATT
10
11
                                      By: [signature]
12                                         C. Matthew Andersen    9/13/07
13
                                      Attorneys for Defendants
14                                    JAMES RON PURYEAR, JR., GEORGIA
                                      LEE PURYEAR, and WORLD WIDE
15                                    GROUP, LLC

16
                                      BOIES, SCHILLER & FLEXNER LLP
17                                    GARY, WILLIAMS, PARENTI, FINNEY,
                                      LEWIS, MCMANUS, WATSON & SPERANDO
18
19
                                      By: _____
20                                         David W. Shapiro
21
                                      Attorneys for Plaintiffs
22                                    JEFF POKORNY and LARRY BLENN and
                                      Proposed Plaintiff KENNETH BUSIERE
23
24
25
26
27
28
```

| | |
|---|---|
| 1 | NORTHEN BLUE, LLP |
| 2 | HOWREY LLP |
| 3 | |
| 4 | By: _____ |
| 5 | Benjamin K. Riley |
| 6 | *Attorneys for Defendants* |
| | *BRITT WORLDWIDE, LLC,* |
| 7 | *AMERICAN MULTIMEDIA INC.,* |
| | *BRITT MANAGEMENT, INC.,* |
| 8 | *BILL BRITT and PEGGY BRITT* |
| 9 | |
| | CARLSON, CALLADINE & PETERSON, LLP |
| 10 | WINSTON & CASHATT |
| 11 | |
| 12 | By: _____ |
| | C. Matthew Andersen |
| 13 | |
| | *Attorneys for Defendants* |
| 14 | *JAMES RON PURYEAR, JR., GEORGIA* |
| | *LEE PURYEAR, and WORLD WIDE* |
| 15 | *GROUP, LLC* |
| 16 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 17 | GARY, WILLIAMS, PARENTI, FINNEY, |
| | LEWIS, MCMANUS, WATSON & SPERANDO |
| 18 | |
| 19 | /s/ David W. Shapiro |
| 20 | By: _____ |
| | David W. Shapiro |
| 21 | |
| | *Attorneys for Plaintiffs* |
| 22 | *JEFF POKORNY and LARRY BLENN and* |
| | *Proposed Plaintiff KENNETH BUSIERE* |

1       **[PROPOSED] ORDER**

2       Pursuant to the foregoing Stipulation of the parties, and good cause shown therefor,

3   IT IS SO ORDERED.

4

5   Dated: September 19, 2007

_____
HONORABLE SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*