| | |
|---|---|
| CEDRIC C. CHAO (CA SBN 76045) <br> WILLIAM L. STERN (CA SBN 96105) <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  415.268.7000 <br> Facsimile:  415.268.7522 <br> E-mail:  cchao@mofo.com <br> E-mail:  wstern@mofo.com <br><br> JAMES R. SOBIERAJ *(Pro Hac Vice)* <br> RALPH J. GABRIC *(Pro Hac Vice)* <br> BRINKS HOFER GILSON & LIONE <br> 455 N. Cityfront Plaza Drive <br> Chicago, Illinois 60611 <br> Telephone:  312.321.4200 <br> Facsimile:  312.321.4299 <br> E-mail:  jsobieraj@usebrinks.com <br><br> Attorneys for Defendant <br> QUIXTAR INC. | DAVID W. SHAPIRO (CA SBN 219265) <br> BOIES, SCHILLER & FLEXNER LLP <br> 1999 Harrison Street, Suite 900 <br> Oakland, California 94612 <br> Telephone:  (510) 874-1000 <br> Facsimile:  (510) 874-1460 <br> E-mail:  dshapiro@bsfllp.com <br><br> STUART H. SINGER *(Pro Hac Vice)* <br> CARLOS M. SIRES *(Pro Hac Vice)* <br> SIGRID S. MCCAWLEY *(Pro Hac Vice)* <br> BOIES, SCHILLER & FLEXNER LLP <br> 401 East Las Olas Boulevard, Suite 1200 <br> Fort Lauderdale, Florida 33301 <br> Telephone:  (954) 356-0011 <br> Facsimile:  (954) 356-0022 <br> E-mail:  ssinger@bsfllp.com <br> E-mail:  csires@bsfllp.com <br> E-mail:  smccawley@bsfllp.com <br><br> Attorneys for Plaintiffs <br> JEFF POKORNY, LARRY BLENN, and <br> KENNETH BUSIERE |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN, AND KENNETH BUSIERE, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> QUIXTAR INC., *et al.*, <br><br> Defendants. | **CASE NO. C 07-00201 SC** <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> **(LOCAL RULE 6-1(a))** |

| | | |
|---|---|---|
| 1 | *Additional counsel for* *Defendants James Ron Puryear, Georgia* | *Additional counsel for* *Plaintiffs Jeff Pokorny, Larry Blenn, and* |
| 2 | *Lee Puryear, World Wide Group, L.L.C.:* | *Kenneth Busiere:* |
| 3 | C. Matthew Andersen (*Pro Hac Vice*) WINSTON & CASHATT | David Boies, Esq. (*Pro Hac Vice*) BOIES, SCHILLER & FLEXNER LLP |
| 4 | 1900 Bank of America Bldg. 601 W. Riverside | 333 Main Street Armonk, NY 10504 |
| 5 | Spokane, WA 99201 Telephone: 509.838.6131, 800.332.0534 | Telephone: (914) 749-8200 Facsimile: (914) 749-8300 |
| 6 | Facsimile: 509.838.1416 Email: cma@winstoncashatt.com | E-mail: dboies@bsfllp.com |
| 7 | | Willie E. Gary, Esq. (*Pro Hac Vice*) |
| | Donald W. Carlson (CA SBN 79258) | Maria Sperando, Esq. (*Pro Hac Vice*) |
| 8 | Edward F. Donohue (CA SBN 112730) CARLSON, CALLADINE & PETERSON, | Mary Diaz, Esq. (*Pro Hac Vice*) GARY, WILLIAMS, PARENTI, |
| 9 | LLP | FINNEY, LEWIS, MCMANUS, |
| | 353 Sacramento Street, 16th floor | WATSON & SPERANDO |
| 10 | San Francisco, CA 94111 Telephone: 415.391.3911 | 221 East Osceola Street Stuart, Florida 34994 |
| 11 | Facsimile: 415.391.3898 Email: dcarlson@ccplaw.com | Telephone: (772) 283-8260 Facsimile: (772) 220-3343 |
| 12 | Email: edonohue@ccplaw.com | E-mail: weg@williegary.com E-mail: mps@williegary.com |
| 13 | | E-mail: mad@williegary.com |
| | *Additional counsel for Defendants World* | |
| 14 | *Wide Group, L.L.C., American Multimedia* *Inc., Britt Management, Inc., Bill Britt,* | |
| 15 | *Peggy Britt* | |
| 16 | J. William Blue, Jr. (*Pro Hac Vice*) NORTHEN BLUE, L.L.P. | |
| 17 | 1414 Raleigh Road, Suite 435 The Exchange At Meadowmont | |
| 18 | Chapel Hill, NC 27517 Telephone: 919.968.4441 | |
| 19 | Facsimile: 919.942.6603 Email: jwb@nbfirm.com | |
| 20 | | |
| | Benjamin K. Riley (CA SBN 112007) | |
| 21 | Helen C. MacLeod (CA SBN 206618) HOWREY LLP | |
| 22 | 525 Market Street, Suite 3600 San Francisco, CA 94105-2708 | |
| 23 | Telephone: 415-848-4900 Facsimile: 415-848-4999 | |
| 24 | Email: rileyb@howrey.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT (LR 6-1)
C 07-00201 SC
sf-2493562

1    The Court's Order Denying Defendants' Motions to Dismiss or Stay and to Compel Compliance with Dispute Resolution Agreement having been issued on March 31, 2008, the parties hereto, by and through their respective counsel, hereby stipulate pursuant to Local Rule 6-1(a) as follows: Defendants Quixtar Inc., James Ron Puryear Jr., Georgia Lee Puryear, World Wide Group, L.L.C., Britt Worldwide, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt and Peggy Britt shall have up to and including May 12, 2008, to answer or otherwise respond to the First Amended Complaint, which was filed on or about August 23, 2007. This Stipulation will not alter the date of any event or any deadline already fixed by Court order. Plaintiffs do not waive any ground to oppose any response to the First Amended Complaint other than an answer by this Stipulation.

This Stipulation may be executed in counterparts and submitted with facsimile signature pages.

Dated: April __, 2008

CEDRIC C. CHAO
WILLIAM L. STERN
JAMES M. SCHURZ
MORRISON & FOERSTER LLP

JAMES R. SOBIERAJ
RALPH J. GABRIC
JULIE L. LEICHTMAN
BRINKS HOFER GILSON & LIONE

By:   /s/ Cedric C. Chao
      Cedric C. Chao

Attorneys for Defendant
QUIXTAR INC.

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT (LR 6-1)
C 07-00201 SC
sf-2493562

1

| | | |
|---|---|---|
| 1 | Dated: April __, 2008 | BENJAMIN K. RILEY |
| 2 | | HELEN CHAE MACLEOD |
| | | HOWREY LLP |
| 3 | | |
| | | J. WILLIAM BLUE, JR. |
| 4 | | NORTHEN BLUE, LLP |

By:   /s/ Benjamin K. Riley
           Benjamin K. Riley

Attorneys for Defendants
BRITT WORLDWIDE, LLC,
AMERICAN MULTIMEDIA INC.,
BRITT MANAGEMENT, INC.,
BILL BRITT and PEGGY BRITT

Dated: April __, 2008

DONALD W. CARLSON
EDWARD F. DONOHUE
CARLSON, CALLADINE & PETERSON, LLP

C. MATTHEW ANDERSEN
WINSTON & CASHATT

By:   /s/ Edward F. Donohue
           Edward F. Donohue

Attorneys for Defendants
JAMES RON PURYEAR, JR.,
GEORGIA LEE PURYEAR, and
WORLD WIDE GROUP, LLC

| | | |
|---|---|---|
| 1 | Dated: April __, 2008 | DAVID BOIES |
| 2 | | DAVID W. SHAPIRO |
| | | STUART H. SINGER |
| 3 | | CARLOS M. SIRES |
| | | SIGRID S. MCCAWLEY |
| 4 | | BOIES, SCHILLER & FLEXNER LLP |
| 5 | | WILLIE E. GARY |
| | | MARIA SPERANDO |
| 6 | | MARY DIAZ |
| | | GARY, WILLIAMS, PARENTI, FINNEY, |
| 7 | | LEWIS, MCMANUS, WATSON & |
| | | SPERANDO |

By:   /s/ David W. Shapiro
     David W. Shapiro

Attorneys for Plaintiffs
JEFF POKORNY,
LARRY BLENN, and KENNETH BUSIERE

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT (LR 6-1)    3
C 07-00201 SC
sf-2493562

**EXHIBIT A**

The Court's Order Denying Defendants' Motions to Dismiss or Stay and to Compel Compliance with Dispute Resolution Agreement having been issued on March 31, 2008, the parties hereto, by and through their respective counsel, hereby stipulate pursuant to Local Rule 6-1(a) as follows: Defendants Quixtar Inc., James Ron Puryear Jr., Georgia Lee Puryear, World Wide Group, L.L.C., Britt Worldwide, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt and Peggy Britt shall have up to and including May 12, 2008, to answer or otherwise respond to the First Amended Complaint, which was filed on or about August 23, 2007. This Stipulation will not alter the date of any event or any deadline already fixed by Court order. Plaintiffs do not waive any ground to oppose any response to the First Amended Complaint other than an answer by this Stipulation.

This Stipulation may be executed in counterparts and submitted with facsimile signature pages.

Dated: April 7, 2008

CEDRIC C. CHAO
WILLIAM L. STERN
JAMES M. SCHURZ
MORRISON & FOERSTER LLP

JAMES R. SOBIERAJ
RALPH J. GABRIC
JULIE L. LEICHTMAN
BRINKS HOFER GILSON & LIONE

By: /s/ Cedric C. Chao  by mmT per phone instructions

Attorneys for Defendant
QUIXTAR INC.

Dated: April __, 2008

BENJAMIN K. RILEY
HELEN CHAE MACLEOD
HOWREY LLP

J. WILLIAM BLUE, JR.
NORTHEN BLUE, LLP

By:
STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT (LR 6-1)    1
C 07-00201 SC
sf-2493562

|    |                          |                                                                     |
|----|--------------------------|---------------------------------------------------------------------|
| 1  |                          | *[signature]* Benjamin K. Riley                                     |
| 2  |                          | Attorneys for Defendants                                            |
| 3  |                          | BRITT WORLDWIDE, LLC, AMERICAN MULTIMEDIA INC.,                     |
| 4  |                          | BRITT MANAGEMENT, INC., BILL BRITT and PEGGY BRITT                  |
| 5  |                          |                                                                     |
| 6  | Dated: April __, 2008    | DONALD W. CARLSON                                                   |
| 7  |                          | EDWARD F. DONOHUE CARLSON, CALLADINE & PETERSON, LLP                |
| 8  |                          |                                                                     |
| 9  |                          | C. MATTHEW ANDERSEN WINSTON & CASHATT                               |
| 10 |                          |                                                                     |
| 11 |                          | By: _____                                  |
| 12 |                          |      Edward F. Donohue                     |
| 13 |                          | Attorneys for Defendants JAMES RON PURYEAR, JR.,                    |
| 14 |                          | GEORGIA LEE PURYEAR, and WORLD WIDE GROUP, LLC                      |
| 15 |                          |                                                                     |
| 16 | Dated: April __, 2008    | DAVID BOIES                                                         |
| 17 |                          | DAVID W. SHAPIRO STUART H. SINGER                                   |
| 18 |                          | CARLOS M. SIRES SIGRID S. MCCAWLEY                                  |
| 19 |                          | BOIES, SCHILLER & FLEXNER LLP                                       |
| 20 |                          | WILLIE E. GARY MARIA SPERANDO                                       |
| 21 |                          | MARY DIAZ GARY, WILLIAMS, PARENTI, FINNEY,                          |
| 22 |                          | LEWIS, MCMANUS, WATSON & SPERANDO                                   |
| 23 |                          |                                                                     |
| 24 |                          |                                                                     |
| 25 |                          | By: _____      David W. Shapiro |
| 26 |                          | Attorneys for Plaintiffs                                            |
| 27 |                          | JEFF POKORNY, LARRY BLENN, and KENNETH                              |
| 28 |                          | BUSIERE                                                             |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT (LR 6-1)    2
C 07-00201 SC
sf-2493562

|     |                          |                                                                                                     |
| --- | ------------------------ | --------------------------------------------------------------------------------------------------- |
| 1   |                          | Benjamin K. Riley                                                                                   |
| 2   |                          | Attorneys for Defendants                                                                            |
| 3   |                          | BRITT WORLDWIDE, LLC, AMERICAN MULTIMEDIA INC., BRITT MANAGEMENT, INC.,                             |
| 4   |                          | BILL BRITT and PEGGY BRITT                                                                          |
| 5   |                          |                                                                                                     |
| 6   | Dated: April __, 2008    | DONALD W. CARLSON                                                                                   |
| 7   |                          | EDWARD F. DONOHUE CARLSON, CALLADINE & PETERSON, LLP                                                |
| 8   |                          |                                                                                                     |
| 9   |                          | C. MATTHEW ANDERSEN WINSTON & CASHATT                                                               |
| 10  |                          |                                                                                                     |
| 11  |                          | By: _____                                                                  |
| 12  |                          |           Edward F. Donohue                                                                         |
| 13  |                          | Attorneys for Defendants JAMES RON PURYEAR, JR.,                                                    |
| 14  |                          | GEORGIA LEE PURYEAR, and WORLD WIDE GROUP, LLC                                                      |
| 15  |                          |                                                                                                     |
| 16  | Dated: April 7, 2008     | DAVID BOIES                                                                                         |
| 17  |                          | DAVID W. SHAPIRO STUART H. SINGER                                                                   |
| 18  |                          | CARLOS M. SIRES SIGRID S. MCCAWLEY                                                                  |
| 19  |                          | BOIES, SCHILLER & FLEXNER LLP                                                                       |
| 20  |                          | WILLIE E. GARY MARIA SPERANDO                                                                       |
| 21  |                          | MARY DIAZ GARY, WILLIAMS, PARENTI, FINNEY,                                                          |
| 22  |                          | LEWIS, MCMANUS, WATSON & SPERANDO                                                                   |
| 23  |                          |                                                                                                     |
| 24  |                          |                                                                                                     |
| 25  |                          | By: _/s/ David W. Shapiro_____ David W. Shapiro                                                   |
| 26  |                          | Attorneys for Plaintiffs                                                                            |
| 27  |                          | JEFF POKORNY, LARRY BLENN, and KENNETH                                                              |
| 28  |                          | BUSIERE                                                                                             |

| | |
|---|---|
| 1 | Benjamin K. Riley |
| 2 | Attorneys for Defendants |
| 3 | BRITT WORLDWIDE, LLC, AMERICAN MULTIMEDIA INC., |
| 4 | BRITT MANAGEMENT, INC., BILL BRITT and PEGGY BRITT |
| 5 | |
| 6 Dated: April __, 2008 | DONALD W. CARLSON |
| 7 | EDWARD F. DONOHUE CARLSON, CALLADINE & PETERSON, LLP |
| 8 | |
| 9 | C. MATTHEW ANDERSEN WINSTON & CASHATT |
| 10 | |
| 11 | By: _____ |
| 12 | Edward F. Donohue |
| 13 | Attorneys for Defendants JAMES RON PURYEAR, JR., |
| 14 | GEORGIA LEE PURYEAR, and WORLD WIDE GROUP, LLC |
| 15 | |
| 16 Dated: April 7, 2008 | DAVID BOIES |
| 17 | DAVID W. SHAPIRO STUART H. SINGER |
| 18 | CARLOS M. SIRES SIGRID S. MCCAWLEY |
| 19 | BOIES, SCHILLER & FLEXNER LLP |
| 20 | WILLIE E. GARY MARIA SPERANDO |
| 21 | MARY DIAZ GARY, WILLIAMS, PARENTI, FINNEY, |
| 22 | LEWIS, MCMANUS, WATSON & SPERANDO |
| 23 | |
| 24 | |
| 25 | By: _____ David W. Shapiro |
| 26 | Attorneys for Plaintiffs |
| 27 | JEFF POKORNY, LARRY BLENN, and KENNETH |
| 28 | BUSIERE |