| | | |
|---|---|---|
| 1 | CEDRIC C. CHAO (CA SBN 76045) | DAVID W. SHAPIRO (CA SBN 219265) |
|   | WILLIAM L. STERN (CA SBN 96105) | BOIES, SCHILLER & FLEXNER LLP |
| 2 | JAMES M. SCHURZ (CA SBN 145874) | 1999 Harrison Street, Suite 900 |
|   | MORRISON & FOERSTER LLP | Oakland, California 94612 |
| 3 | 425 Market Street | Telephone: (510) 874-1000 |
|   | San Francisco, California 94105-2482 | Facsimile: (510) 874-1460 |
| 4 | Telephone: 415.268.7000 | E-mail: dshapiro@bsfllp.com |
|   | Facsimile: 415.268.7522 | |
| 5 | E-mail: cchao@mofo.com | Stuart H. Singer, Esq. (*Pro Hac Vice*) |
|   | E-mail: wstern@mofo.com | Carlos M. Sires, Esq. (*Pro Hac Vice*) |
| 6 | | Sigrid S. McCawley, Esq. (*Pro Hac Vice*) |
|   | JAMES R. SOBIERAJ (*Pro Hac Vice*) | BOIES, SCHILLER & FLEXNER LLP |
| 7 | RALPH J. GABRIC (*Pro Hac Vice*) | 401 East Las Olas Boulevard, Suite 1200 |
|   | JULIE L. LEICHTMAN (*Pro Hac Vice*) | Fort Lauderdale, Florida 33301 |
| 8 | BRINKS HOFER GILSON & LIONE | Telephone: (954) 356-0011 |
|   | 455 N. Cityfront Plaza Drive | Facsimile: (954) 356-0022 |
| 9 | Chicago, Illinois 60611 | E-mail: ssinger@bsfllp.com |
|   | Telephone: 312.321.4200 | E-mail: csires@bsfllp.com |
| 10 | Facsimile: 312.321.4299 | E-mail: smccawley@bsfllp.com |
|   | E-mail: jsobieraj@usebrinks.com | |
| 11 | | Attorneys for Plaintiffs |
|   | Attorneys for Defendant | JEFF POKORNY, LARRY BLENN |
| 12 | QUIXTAR INC. | and KENNETH BUSIERE |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 17 | JEFF POKORNY, LARRY BLENN | **CASE NO. C 07-00201 SC** |
|    | and KENNETH BUSIERE on behalf of | |
| 18 | themselves and those similarly situated, | **[PROPOSED] ORDER** |
|    |                                          | **CONTINUING CASE** |
| 19 | Plaintiffs, | **MANAGEMENT CONFERENCE** |
| 20 | v. | |
| 21 | QUIXTAR INC., *et al.*, | |
| 22 | Defendants. | |

| | | |
|---|---|---|
| 1 | *Additional counsel for*<br>*Defendants James Ron Puryear, Georgia* | *Additional counsel for*<br>*Plaintiffs Jeff Pokorny, Larry Blenn and* |
| 2 | *Lee Puryear, World Wide Group, L.L.C.:* | *Kenneth Busiere:* |
| 3 | C. Matthew Andersen (*Pro Hac Vice*)<br>WINSTON & CASHATT | David Boies, Esq. (*Pro Hac Vice*)<br>BOIES, SCHILLER & FLEXNER LLP |
| 4 | 1900 Bank of America Bldg.<br>601 W. Riverside | 333 Main Street<br>Armonk, NY 10504 |
| 5 | Spokane, WA 99201<br>Telephone: 509.838.6131, 800.332.0534 | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 6 | Facsimile: 509.838.1416<br>Email: cma@winstoncashatt.com | E-mail: dboies@bsfllp.com |
| 7 | | |
| 8 | Donald W. Carlson (CA SBN 79258)<br>Edward F. Donohue (CA SBN 112730)<br>CARLSON, CALLADINE & PETERSON, | Willie E. Gary, Esq. (*Pro Hac Vice*)<br>Maria Sperando, Esq. (*Pro Hac Vice*) |
| 9 | LLP | Mary Diaz, Esq. (*Pro Hac Vice*)<br>GARY, WILLIAMS, PARENTI, |
| 10 | 353 Sacramento Street, 16th floor<br>San Francisco, CA 94111 | FINNEY, LEWIS, MCMANUS,<br>WATSON & SPERANDO |
| 11 | Telephone: 415.391.3911<br>Facsimile: 415.391.3898 | 221 East Osceola Street |
| 12 | Email: dcarlson@ccplaw.com<br>Email: edonohue@ccplaw.com | Stuart, Florida 34994<br>Telephone: (772) 283-8260 |
| 13 | | Facsimile: (772) 220-3343<br>E-mail: weg@williegary.com |
| 14 | *Additional counsel for Defendants World*<br>*Wide Group, L.L.C., American Multimedia* | E-mail: mps@williegary.com<br>E-mail: mad@williegary.com |
| 15 | *Inc., Britt Management, Inc., Bill Britt,*<br>*Peggy Britt* | |
| 16 | J. William Blue, Jr. (*Pro Hac Vice*) | |
| 17 | NORTHEN BLUE, L.L.P.<br>1414 Raleigh Road, Suite 435 | |
| 18 | The Exchange At Meadowmont<br>Chapel Hill, NC 27517 | |
| 19 | Telephone: 919.968.4441<br>Facsimile: 919.942.6603 | |
| 20 | Email: jwb@nbfirm.com | |
| 21 | Benjamin K. Riley (CA SBN 112007)<br>HOWREY LLP | |
| 22 | 525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708 | |
| 23 | Telephone: 415-848-4900<br>Facsimile: 415-848-4999 | |
| 24 | Email: rileyb@howrey.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 07-00201 SC
sf-2859614

1   The Court having considered the Stipulation Continuing Case Management Conference,

2   IT IS HEREBY ORDERED THAT:

3   The Case Management Conference currently set for June 25, 2010 at 10:00 a.m. be
4   continued to ~~August 13, 2010~~ September 17, 2010 at 10:00 a.m.

5   
6   IT IS SO ORDERED.

7   Dated: ___ June 21, 2010 ___

8                                                          _____
                                                              HON. SAMUEL CONTI
9                                                         United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE                1
CASE NO. C 07-00201 SC
sf-2859614