1  CEDRIC C. CHAO (CA SBN 76045)
   WILLIAM L. STERN (CA SBN 96105)
2  JAMES M. SCHURZ (CA SBN 145874)
   S. RAJ CHATTERJEE (CA SBN 177019)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522
   E-mail: cchao@mofo.com
6  E-mail: wstern@mofo.com

7  JAMES R. SOBIERAJ (*Pro Hac Vice*)
   BRINKS HOFER GILSON & LIONE
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: 312.321.4200
   Facsimile: 312.321.4299
10 E-mail: jsobieraj@usebrinks.com

11 Attorneys for Defendant
   QUIXTAR INC.
12

STUART H. SINGER (*Pro Hac Vice*)
CARLOS M. SIRES (*Pro Hac Vice*)
SIGRID S. MCCAWLEY (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
E-mail:  ssinger@bsfllp.com
E-mail:  csires@bsfllp.com
E-mail:  smccawley@bsfllp.com

WILLIE E. GARY (*Pro Hac Vice*)
MARIA SPERANDO (*Pro Hac Vice*)
TRICIA P.  HOFFLER  (*Pro Hac Vice*)
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone:  (772) 283-8260
Facsimile:  (772) 220-3343
E-mail:  weg@williegary.com
E-mail:  mps@williegary.com
E-mail:  mad@williegary.com

Attorneys for Plaintiffs
JEFF POKORNY, LARRY BLENN
and KENNETH BUSIERE

13

14

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                    **SAN FRANCISCO DIVISION**

19

20 JEFF POKORNY, LARRY BLENN
   and KENNETH BUSIERE on behalf of
21 themselves and those similarly situated,

22                    Plaintiffs,

23            v.

24 QUIXTAR INC., *et al.*,

25                    Defendants.

26

**CASE NO. C 07-00201 SC**

**STIPULATION TO REQUEST
THAT THE COURT VACATE
NOVEMBER 22, 2010 CASE
MANAGEMENT CONFERENCE**

27

28

Stip. to Request That The Court Vacate Nov. 22, 2010 Case Management Conf.
Case No. C 07-00201 SC
sf-2918101

1

1

2   *Additional counsel for*
*Defendants* James Ron Puryear, Georgia Lee
Puryear, World Wide Group, L.L.C.:

3

4   C. MATTHEW ANDERSEN (*Pro Hac Vice*)
WINSTON & CASHATT
1900 Bank of America Bldg.

5   601 W. Riverside
Spokane, WA 99201

6   Telephone:  509.838.6131, 800.332.0534
Facsimile:  509.838.1416

7   Email:  cma@winstoncashatt.com

8   DONALD CARLSON (CA SBN 79258)
CARLSON, CALLADINE & PETERSON,

9   LLP
353 Sacramento Street, 16th floor

10  San Francisco, CA 94111
Telephone:  415.391.3911

11  Facsimile:  415.391.3898
Email:  dcarlson@ccplaw.com

12

13  *Additional counsel for* Defendants Britt
Worldwide, L.L.C., American Multimedia
Inc., Britt Management, Inc., Bill Britt, Peggy

14  Britt

15  J. WILLIAM BLUE, JR. (*Pro Hac Vice*)
NORTHEN BLUE, L.L.P.

16  1414 Raleigh Road, Suite 435
The Exchange At Meadowmont

17  Chapel Hill, NC 27517
Telephone:  919.968.4441

18  Facsimile:  919.942.6603
Email:  jwb@nbfirm.com

19

20  BENJAMIN K. RILEY (CA SBN 112007)
BARTKO ZANKEL TARRANT & MILLER
900 Front St., Suite 300

21  San Francisco, CA  94111
Telephone:  415.956.1900

22  Facsimile:  415.956.1152
Email:  briley@btzm.com.

23

24

25

26

27

28

*Additional counsel for*
*Plaintiffs Jeff Pokorny, Larry Blenn and*
*Kenneth Busiere:*

DAVID BOIES (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300
E-mail:  dboies@bsfllp.com

DAVID W. SHAPIRO (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460
E-mail:  dshapiro@bsfllp.com

Stip. to Request That The Court Vacate Nov. 22, 2010 Case Management Conf.
Case No. C 07-00201 SC
sf-2918101

2

1     Plaintiffs Jeff Pokorny, Larry Blenn, and Kenneth Busiere, on behalf of themselves and

2     those similarly situated, and Defendants Quixtar Inc., James Ron Puryear Jr., Georgia Lee

3     Puryear, World Wide Group, L.L.C., Britt Worldwide, L.L.C., American Multimedia Inc., Britt

4     Management, Inc., Bill Britt and Peggy Britt (collectively the "Parties") submit the following

5     Stipulation To Vacate the November 22, 2010 Case Management Conference:

6          WHEREAS, on November 3, 2010, Plaintiffs and Quixtar executed a Class Action

7     Settlement Agreement ("Settlement Agreement") (Dkt. No. 141-2), which, if approved by the

8     Court, will resolve all claims in this action;

9          WHEREAS, on the same date, Plaintiffs and Quixtar jointly moved for preliminary

10    approval of the proposed Settlement Agreement (the "Joint Motion") (Dkt. No. 141);

11         WHEREAS, the Court is scheduled to hear the Joint Motion on December 17, 2010; and

12         WHEREAS, in light of the proposed Settlement of this action and the scheduled

13    December 17, 2010 hearing on the Joint Motion, the parties believe that the interests of efficiency

14    and conservation of judicial resources would be served by vacating the November 22, 2010 Case

15    Management Conference;

16         THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT

17         The Case Management Conference currently set for November 22, 2010 at 10:00 a.m.

18    should be vacated.

19

20

21

22

23

24

25

26

27

28

1    Dated: November 10, 2010        CEDRIC C. CHAO
WILLIAM L. STERN
2                                          JAMES M. SCHURZ
S. RAJ CHATTERJEE
3                                          MORRISON & FOERSTER LLP

4                                          JAMES R. SOBIERAJ
RALPH J. GABRIC
5                                        JULIE L. LEICHTMAN
BRINKS HOFER GILSON & LIONE
6

7                                          By:      /s/ Cedric C. Chao
8                                                        Cedric C. Chao

9                                          Attorneys for Defendant
QUIXTAR INC.
10

11    Dated: November 10, 2010        BOIES, SCHILLER & FLEXNER LLP

12

13                                          By:      /s/ Stuart H. Singer
14                                                        Stuart H. Singer

15                                          Attorneys for Plaintiffs JEFF
POKORNY, LARRY BLENN and
16                                          KENNETH BUSIERE

17

18    Dated: November 10, 2010        GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L.

19

20                                          By:      /s/ Willie E. Gary
21                                                        Willie E. Gary

22                                          Additional counsel for Plaintiffs JEFF
POKORNY, LARRY BLENN and
23                                          KENNETH BUSIERE

24

25

26

27

28

Stip. to Request That The Court Vacate Nov. 22, 2010 Case Management Conf.
Case No. C 07-00201 SC
sf-2918101

2

1    Dated: November 10, 2010             BENJAMIN K. RILEY
                                          BARTKO ZANKEL TARRANT & MILLER
2
                                          J. WILLIAM BLUE, JR.
3                                         NORTHEN BLUE, LLP

4

5                                         By:    /s/ Benjamin K. Riley
                                                 Benjamin K. Riley
6
                                          Attorneys for Defendants
7                                         BRITT WORLDWIDE, LLC,
                                          AMERICAN MULTIMEDIA INC.,
8                                         BRITT MANAGEMENT, INC.,
                                          BILL BRITT and PEGGY BRITT
9

10   Dated: November 10, 2010             DONALD W. CARLSON
                                          CARLSON, CALLADINE & PETERSON,
11                                        LLP

12                                        C. MATTHEW ANDERSEN
                                          WINSTON & CASHATT
13

14

15                                        By:    /s/ Donald W. Carlson
                                                 Donald W. Carlson
16
                                          Attorneys for Defendants
17                                        JAMES RON PURYEAR, JR.,
                                          GEORGIA LEE PURYEAR, and
18                                        WORLD WIDE GROUP, LLC

19

20

21

22

23

24

25

26

27

28

Stip. to Request That The Court Vacate Nov. 22, 2010 Case Management Conf.
Case No. C 07-00201 SC
sf-2918101

3

1   CEDRIC C. CHAO (CA SBN 76045)
    WILLIAM L. STERN (CA SBN 96105)
2   JAMES M. SCHURZ (CA SBN 145874)
    S. RAJ CHATTERJEE (CA SBN 177019)
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522
    E-mail:  cchao@mofo.com
6   E-mail:  wstern@mofo.com

7   JAMES R. SOBIERAJ (*Pro Hac Vice*)
    BRINKS HOFER GILSON & LIONE
8   455 N. Cityfront Plaza Drive
    Chicago, Illinois 60611
9   Telephone: 312.321.4200
    Facsimile: 312.321.4299
10  E-mail:  jsobieraj@usebrinks.com

11  Attorneys for Defendant
    QUIXTAR INC.

12

13

14

15

16

17

18

STUART H. SINGER (*Pro Hac Vice*)
CARLOS M. SIRES (*Pro Hac Vice*)
SIGRID S. MCCAWLEY (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
E-mail:  ssinger@bsfllp.com
E-mail:  csires@bsfllp.com
E-mail:  smccawley@bsfllp.com

WILLIE E. GARY (*Pro Hac Vice*)
MARIA SPERANDO (*Pro Hac Vice*)
TRICIA P.  HOFFLER  (*Pro Hac Vice*)
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone:  (772) 283-8260
Facsimile:  (772) 220-3343
E-mail:  weg@williegary.com
E-mail:  mps@williegary.com
E-mail:  mad@williegary.com

Attorneys for Plaintiffs
JEFF POKORNY, LARRY BLENN
and KENNETH BUSIERE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN and KENNETH BUSIERE on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUIXTAR INC., *et al.*,<br><br>Defendants. | CASE NO.C 07-00201 SC<br><br>[~~PROPOSED~~] ORDER VACATING NOVEMBER 22, 2010 CASE MANAGEMENT CONFERENCE |

1

2 *Additional counsel for*
*Defendants* James Ron Puryear, Georgia Lee
Puryear, World Wide Group, L.L.C.:

3

4 C. MATTHEW ANDERSEN (*Pro Hac Vice*)
WINSTON & CASHATT
1900 Bank of America Bldg.

5 601 W. Riverside
Spokane, WA 99201

6 Telephone: 509.838.6131, 800.332.0534
Facsimile: 509.838.1416

7 Email: cma@winstoncashatt.com

8 DONALD CARLSON (CA SBN 79258)
CARLSON, CALLADINE & PETERSON,

9 LLP
353 Sacramento Street, 16th floor

10 San Francisco, CA 94111
Telephone: 415.391.3911

11 Facsimile: 415.391.3898
Email: dcarlson@ccplaw.com

12

13 *Additional counsel for* Defendants Britt
Worldwide, L.L.C., American Multimedia
Inc., Britt Management, Inc., Bill Britt, Peggy

14 Britt

15 J. WILLIAM BLUE, JR. (*Pro Hac Vice*)
NORTHEN BLUE, L.L.P.

16 1414 Raleigh Road, Suite 435
The Exchange At Meadowmont

17 Chapel Hill, NC 27517
Telephone: 919.968.4441

18 Facsimile: 919.942.6603
Email: jwb@nbfirm.com

19

20 BENJAMIN K. RILEY (CA SBN 112007)
BARTKO ZANKEL TARRANT & MILLER

21 900 Front St., Suite 300
San Francisco, CA 94111

22 Telephone: 415.956.1900
Facsimile: 415.956.1152

23 Email: briley@btzm.com.

24

25

26

27

28

*Additional counsel for*
*Plaintiffs Jeff Pokorny, Larry Blenn and*
*Kenneth Busiere:*

DAVID BOIES (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

DAVID W. SHAPIRO (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

1    The Court, having considered the Stipulation to Vacate the November 22, 2010 Case

2  Management Conference,

3    HEREBY ORDERS THAT:

4    The Case Management Conference currently set for November 22, 2010 at 10:00 a.m. is

5  vacated.

6

7    IT IS SO ORDERED.

8

9  Dated: _____11/18/2010_____

10                                                          _____

11                                                          United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER VACATING NOV. 22, 2010 CASE MANAGEMENT CONF.
CASE NO. C 07-00201 SC
sf-2918105                                                                              1