1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12   JEFF POKORNY, LARRY BLENN               Case No.      C 07-00201 SC
     and KENNETH BUSIERE on behalf of
13   themselves and those similarly situated,   **[PROPOSED] ORDER GRANTING**
                                                **STIPULATED REQUEST [L.R. 6-2]**
14                      Plaintiffs,             **FOR EXTENSION OF TIME TO**
                                                **SUBMIT SUPPLEMENTAL**
15          v.                                  **BRIEFING IN RESPONSE TO**
                                                **DECEMBER 29, 2010 ORDER**
16   QUIXTAR INC., *et al.*,

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28
     [PROPOSED] ORDER GRANTING STIPULATED REQUEST
     FOR EXTENSION OF TIME TO SUBMIT SUPP'L BRIEFING
     CASE NO. C 07-00201 SC
     sf-2967003v3

1    The Court, having considered the Stipulated Request [L.R. 6-2] for Extension of Time to

2    Submit Supplemental Briefing in Response to December 29, 2010 Order ("Stipulated Request"),

3    and good cause appearing therefor,

4        IT IS HEREBY ORDERED THAT:

5        1.    The relief requested by the Stipulated Request is granted;

6        2.    Plaintiffs' supplemental briefing in response to the December 29, 2010 Order shall

7    be due by April 29, 2011;

8        3.    Defendants may file a responsive brief by May 20, 2011;

9        4.    Plaintiffs' and Quixtar's Joint Motion for Preliminary Approval of Class Action

10   Settlement shall be heard on **June 10,** 2011.

11       IT IS SO ORDERED.

12

13   Dated:   March 10, 2011                  _____

14                                            HONORABLE SAMUEL CONTI
                                              United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATED REQUEST                                          1
FOR EXTENSION OF TIME TO SUBMIT SUPP'L BRIEFING
CASE NO. C 07-00201 SC
sf-2967003v3