| | |
|---|---|
| CEDRIC C. CHAO (CA SBN 76045)<br>WILLIAM L. STERN (CA SBN 96105)<br>JAMES M. SCHURZ (CA SBN 145874)<br>S. RAJ CHATTERJEE (CA SBN 177019)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>E-mail:  cchao@mofo.com<br>E-mail:  wstern@mofo.com | STUART H. SINGER (*Pro Hac Vice*)<br>CARLOS M. SIRES (*Pro Hac Vice*)<br>SIGRID S. MCCAWLEY (*Pro Hac Vice*)<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida 33301<br>Telephone:  (954) 356-0011<br>Facsimile:  (954) 356-0022<br>E-mail:  ssinger@bsfllp.com<br>E-mail:  csires@bsfllp.com<br>E-mail:  smccawley@bsfllp.com |
| JAMES R. SOBIERAJ (*Pro Hac Vice*)<br>BRINKS HOFER GILSON & LIONE<br>455 N. Cityfront Plaza Drive<br>Chicago, Illinois 60611<br>Telephone:  312.321.4200<br>Facsimile:  312.321.4299<br>E-mail:  jsobieraj@usebrinks.com | WILLIE E. GARY (*Pro Hac Vice*)<br>MARIA SPERANDO (*Pro Hac Vice*)<br>TRICIA P.  HOFFLER  (*Pro Hac Vice*)<br>GARY, WILLIAMS, FINNEY, LEWIS,<br>WATSON & SPERANDO, P.L.<br>221 East Osceola Street<br>Stuart, Florida 34994<br>Telephone:  (772) 283-8260<br>Facsimile:  (772) 220-3343<br>E-mail:  weg@williegary.com<br>E-mail:  mps@williegary.com<br>E-mail:  mad@williegary.com |
| Attorneys for Defendant<br>QUIXTAR INC. | Attorneys for Plaintiffs<br>JEFF POKORNY, LARRY BLENN<br>and KENNETH BUSIERE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN and KENNETH BUSIERE on behalf of themselves and those similarly situated,<br><br>     Plaintiffs,<br><br>   v.<br><br>QUIXTAR INC., *et al.*,<br><br>     Defendants. | Case No.    C 07-00201 SC<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date: June 10, 2011<br>Time: 9:30 a.m. PST<br>Room: 1, 17th Floor<br>Judge: Honorable Samuel Conti |

*Additional counsel for
Plaintiffs Jeff Pokorny, Larry Blenn and
Kenneth Busiere:*

DAVID BOIES (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

DAVID W. SHAPIRO (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

## I. JOINT NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on June 10, 2011 at 9:30 a.m. PST (as set by the Court in its Order of March 10, 2011), or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, in Courtroom 1, 17th Floor, before the Honorable Samuel Conti, Plaintiffs and Quixtar will bring on for hearing this Joint Motion for Preliminary Approval of Amended Class Action Settlement Agreement.

## II. STATEMENT OF COURT ACTION SOUGHT BY MOVANTS

Plaintiffs and Quixtar jointly move the Court, pursuant to Federal Rule of Civil Procedure 23(e), and in accordance with this Court's Order Requiring Supplemental Briefing (Dkt. No. 157), to: (1) order that the Settlement Agreement filed on November 3, 2010, is withdrawn; (2) grant preliminary approval of the Amended Settlement Agreement attached hereto as Exhibit A; (3) conditionally certify a Settlement Class; (4) authorize the Proposed Notice of the Settlement Agreement to the Settlement Class; (5) appoint Plaintiffs as Class Representatives and their Counsel as Class Counsel; (6) set a hearing for determination of final approval of the proposed Settlement Agreement; and (7) grant leave for Plaintiffs to file conditionally a Second Amended Complaint pursuant to the proposed Settlement Agreement.

## III. MEMORANDUM OF POINTS AND AUTHORITIES

In support of this joint motion, Plaintiffs incorporate by reference the points and authorities set forth in their Plaintiffs' Memorandum in Response to the Court's Order Requiring Supplemental Briefing, filed contemporaneously with this motion, and Quixtar incorporates by reference the points and authorities set forth in its Quixtar's Memorandum in Response to the Court's Order Requiring Supplemental Briefing, which will be filed on or before May 20, 2011.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: April 29, 2011 | CEDRIC C. CHAO |
| 4 | | WILLIAM L. STERN |
| | | JAMES M. SCHURZ |
| 5 | | S. RAJ CHATTERJEE |
| | | MORRISON & FOERSTER LLP |

Dated: April 29, 2011

CEDRIC C. CHAO
WILLIAM L. STERN
JAMES M. SCHURZ
S. RAJ CHATTERJEE
MORRISON & FOERSTER LLP

JAMES R. SOBIERAJ
RALPH J. GABRIC
JULIE L. LEICHTMAN
BRINKS HOFER GILSON & LIONE

By:   /s/ Cedric C. Chao
       Cedric C. Chao

Attorneys for Defendant
QUIXTAR INC.

Dated: April 29, 2011

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Stuart H. Singer
       Stuart H. Singer

Attorneys for Plaintiffs JEFF POKORNY, LARRY BLENN and KENNETH BUSIERE

Dated: April 29, 2011

GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.

By:   /s/ Willie E. Gary
       Willie E. Gary

Additional counsel for Plaintiffs JEFF POKORNY, LARRY BLENN and KENNETH BUSIERE

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2011, the foregoing has been served via the CM/ECF system on counsel for Defendants at the following address:

| | |
|---|---|
| Cedric C. Chao<br>William L. Stern<br>James M. Schurz<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>cchao@mofo.com<br>wstern@mofo.com<br><br>*Attorneys for Defendant Quixtar Inc.* | Donald W. Carlson<br>Edward F. Donohue<br>CARLSON, CALLADINE & PETERSON, LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 391-3911<br>Facsimile: (415) 391-3898<br>dcarlson@ccplaw.com<br>edonohue@ccplaw.com<br><br>*Additional counsel for Defendants James Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C.* |
| James R. Sobieraj<br>Ralph J. Gabric<br>Julie L. Leichtman<br>BRINKS HOFER GILSON & LIONE<br>455 N. Cityfront Plaza Drive<br>Chicago, Illinois 60611<br>Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299<br>jsobieraj@usebrinks.com<br><br>*Attorneys for Defendant Quixtar Inc.* | J. William Blue, Jr.<br>NORTHEN BLUE, L.L.P.<br>1414 Raleigh Road, Suite 435<br>The Exchange At Meadowmont<br>Chapel Hill, NC 27517<br>Telephone: (919) 968-4441<br>Facsimile: (919) 942-6603<br>jwb@nbfirm.com<br><br>*Additional counsel for Defendants World Wide Group, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, Peggy Britt* |
| C. Matthew Andersen<br>WINSTON & CASHATT<br>1900 Bank of America Bldg.<br>601 W. Riverside<br>Spokane, WA 99201<br>Telephone: (509) 838-6131, (800) 332-0534<br>Facsimile: (509) 838-1416<br>cma@winstoncashatt.com<br><br>*Additional counsel for Defendants James Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C.* | Benjamin K. Riley<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br>Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999<br>rileyb@howrey.com<br><br>*Additional counsel for Defendants World Wide Group, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, Peggy Britt* |

/s/____Stuart Singer_____

*Attorney for Plaintiffs*