# Exhibit 1 to Joint Motion: Singer Declaration

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Jeff Pokorny, Larry Blenn, and Kenneth Busiere, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Quixtar, Inc., James Ron Puryear Jr., Georgia Lee Puryear, and World Wide Group, L.L.C., Britt Worldwide L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt and Peggy Britt,<br><br>Defendants. | CASE NO. C 07-0201 SC<br><br>DECLARATION OF STUART H. SINGER, ATTORNEY FOR PLAINTIFFS |

1. Pursuant to Local Rule 7-5, I, Stuart H. Singer, do hereby declare as follows:

2. I am an attorney duly licensed to practice law in the State of Florida and admitted *pro hac vice* in this matter.

3. I am an attorney with the law firm of Boies, Schiller, and Flexner, LLP, attorneys of record herein for the Plaintiffs.

4. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto:

5. The Amended Settlement Agreement and all Exhibits referenced therein are being filed as Exhibits to the Joint Motion for Preliminary Approval of Amended Class Action Settlement Agreement ("Joint Motion"). Whereas Local Rule 7-5 requires authentication of documents submitted as evidence in support of a motion, I hereby declare that all documents submitted in connection with the Joint Motion are true and correct copies of the Amended Settlement Agreement and all Exhibits referenced therein.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on April 29, 2011 in Fort Lauderdale, Florida.

/s/ STUART H. SINGER

CASE NO. C 07-0201 SC    DECLARATION OF STUART H. SINGER