# Exhibit F to Settlement Agreement: Joint Communication

DRAFT JOINT STATEMENT

To be distributed by Business Wire

FOR IMMEDIATE RELEASE

Contacts:
Rob Zeiger, Amway Corporation
616.787.7565

Stuart Singer, Boies, Schiller & Flexner
954.356.0011

Willie Gary, Gary Law Group
Gary, Williams, Finney, Lewis, Watson & Sperando
772.283.8260

**Quixtar Reaches Settlement With Former Distributors**

Sacramento, Calif. (November XX, 2010) – Quixtar Inc., a former subsidiary of Amway Corp., and the law firms of Boies, Schiller & Flexner and Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. today announced they have settled all claims related to a class action lawsuit brought on behalf of three former Independent Business Owners (IBOs). The parties released the following statement:

"We are pleased that we have been able to settle this case at this juncture, which follows extensive mediation sessions before a former judge, with the active participation of former IBOs who are named plaintiffs, Quixtar and counsel. This settlement also recognizes Quixtar's ongoing commitment to transform the manner in which it conducts its U.S. business, that together with the injunctive and monetary relief provided for in the settlement, will provide substantial benefit to the Plaintiff Class of current and former Quixtar IBOs."

-30-