Exhibit G to Plaintiffs' Memorandum
in Support of Joint Motion:
Alexander Declaration

CEDRIC C. CHAO (CA SBN 76045)
WILLIAM L. STERN (CA SBN 96105)
JAMES M. SCHURZ (CA SBN 145874)
S. RAJ CHATTERJEE (CA SBN 177019)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail:  cchao@mofo.com
E-mail:  wstern@mofo.com

JAMES R. SOBIERAJ (*Pro Hac Vice*)
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: 312.321.4200
Facsimile: 312.321.4299
E-mail:  jsobieraj@usebrinks.com

Attorneys for Defendant
QUIXTAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN and KENNETH BUSIERE on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUIXTAR INC., *et al.*,<br><br>Defendants. | Case No.    C 07-00201 SC<br><br>**DECLARATION OF RAY ALEXANDER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date:     June 11, 2011<br>Time:     10:00 a.m.<br>Room:    1, 17th Floor<br>Judge:    Honorable Samuel Conti |

I, Ray Alexander, declare as follows:

1.      I am the Director of Strategic Planning for Amway Corp.  I have served in this

position since August 2010.  Prior to that, I held the position of Director of Transformation, from

1    March 2008 to August 2010, and before that I was Director of Marketing, a position that I held

2    since 2006.

3         2.     In its Order Requiring Supplemental Briefing, dated December 29, 2010 (Dkt. No.

4    157) ("Order"), the Court asked the parties for additional facts and information about the

5    proposed initial Settlement Agreement. I will be providing some of those answers, and Gary

6    VanderVen will be providing other answers. The Court should note, however, that the parties

7    have revised the initial Settlement Agreement in certain respects so, in some instances, which I

8    will note, my answers will reflect those differences and address the revised terms ("Amended

9    Settlement Agreement").

10        3.     The questions that I will be answering in this Declaration are the following:

11   "[T]he estimated size of the proposed class" (Order, 12:21-24); "the basis for the parties' estimate

12   that the injunctive relief in the Settlement has a value of $100 million to the class (*id.*, 21:13-16);

13   "[h]ow many members of the proposed class stand to benefit from the proposed injunctive relief"

14   (*id.*, 21:16-17); "[h]ow many members of the class are eligible to recover initial registration fees

15   from the Settlement" (*id.*, 24:3-6); "[w]hat is the amount of the initial registration fee that is

16   recoverable under § 6.1.1 of the Settlement Agreement" (*id.*, 24:14-15); "[w]hat is the average

17   cost to Quixtar of each $100 'product bundle'" (*id.*, 22:12-13); and "[w]hat is the estimated cost

18   of shipping and handling per product bundle" (*id.*, 22:14-18).

19                    **The Estimated Size of the Proposed Class**

20        4.     The answer to the Court's question asking for the estimated size of the proposed

21   class (Order, 12:21-24) is as follows. The "Settlement Class" is defined in the Settlement

22   Agreement as all persons or entities who were Quixtar Independent Business Owners ("IBOs")

23   during the Class Period, which begins January 1, 2003 to the present. (Agreement, §§ 1.34, 1.9.)

24   Company records show that there are approximately 2,430,335 current and former IBOs in the

25   putative class. Of these, 305,264 are current IBOs. By simple subtraction, that means

26   approximately 2,125,071 million class members are former IBOs.

27

28

**The Number of Proposed Class Members Who Stand
to Benefit From The Proposed Injunctive Relief**

5.     The answer to the Court's question "[h]ow many members of the proposed class stand to benefit from the proposed injunctive relief" (Order, 21:16-17) is 946,804, or just under 39% of the total class of 2,430,335 class members. This is a different answer than the number of current IBOs, as set forth in the preceding paragraph. Amway began to implement many of the provisions of the injunctive relief in 2008. So, class members who were IBOs between 2008 and the present could benefit from Amway's price reductions, training, and other forms of non-restitutionary relief as set forth in the Settlement Agreement, not just those who are IBOs today.

**The Number of Class Members Eligible To Recover Initial Registration Fees**

6.     In the initial Settlement Agreement, class members who paid an initial registration fee and did not renew after their first year were eligible to receive a cash refund. (Agreement, § 6.1.1.) Based on that, the Court asked: "[h]ow many members of the class are eligible to recover initial registration fees from the Settlement" (Order, 24:3-6).

7.     This provision has now been changed. The Amended Settlement Agreement provides: "Settlement Class Members who are former IBOs who did not renew after their initial term and who have not received a refund of their Quixtar IBO registration fees shall be eligible to receive a free product bundle in the approximate amount of $75 retail from Quixtar. Settlement Class members will be able to select from a variety of product bundles (agreeable to Plaintiffs' Counsel, said agreement not to be unreasonably withheld) drawn from Artistry skincare, HomeCare (limited to two bundles, neither of which shall exceed 39,600 claims per bundle), or Nutrilite vitamin, mineral, or supplement products."

8.     Given the Court's question the last time, I will assume the Court would ask, as to the Amended Settlement Agreement, "How many members of the class are eligible to recover a *product bundle* under this definition?" The answer is approximately 1,408,297 persons.

9.     However, the number of claimants seeking a product credit is likely to be lower than this. Since at least 2008, the Company has refunded the Amway registration fee for any IBO

1   who made the request within 90 days, and even granted refunds of the Amway registration fee up

2   to one year for almost any IBO who requested one.  Prior to that time, the Amway registration fee

3   was automatically refunded within 30 days if requested within 30 days of registration, and on a

4   case by case basis for requests made after 30 days.  Thus, class members requesting a product

5   credit as part of this settlement would be those persons who did not ask for a refund of their

6   registration fee at the time they left the Company either because they felt they received sufficient

7   value in exchange for their registration fee, they thought requesting a refund was not worth the

8   trouble, or they were unaware that they could ask for a refund.  Given this, it is reasonable to

9   assume that many former IBOs who did not make such a claim before may be unlikely to make

10  one as part of this settlement.

### The Amount of the Initial Registration Fee

11

12          10.     The answer to the Court's question "[w]hat is the amount of the initial registration

13  fee" (Order, 24:14-15) is the following.  The registration fees varied over the time period covered

14  by the class definition, and sometimes it included a separate fee for the Independent Business

15  Owners Association International ("IBOAI"), which is an advocacy organization for North

16  American IBOs affiliated with Amway, and/or a fee for optional insurance.  During the class

17  period, these fees, inclusive, were $40 in 2003, $42 in 2004, $45 in 2005, $48 in 2006, $59 in

18  2007-09, and $62 in 2010.

19

### The Basis For The Parties' Estimate That The Injunctive Relief In The Settlement Has A Value Of $100 Million To The Class

20

21          11.     The Court asked "the basis for the parties' estimate that the injunctive relief in the

22  Settlement has a value of $100 million to the class." (Order, 21:13-16.)  For purposes of

23  settlement, Quixtar placed a value of $101,100,000 on the injunctive relief provisions, broken

24  down as follows:

25

| Category | Value |
|----------|-------|
| Formalizing 90-day refund registration period | Not calculated |
| Price reductions | $ 53,000,000 |

26

27

28

| Category | Value |
|---|---|
| Training | $ 34,800,000 |
| Cost of monitoring/BSM licensing | $ 13,000,000 |
| Annual monitoring | $     300,000 |
| **TOTAL** | **$101,100,000** |

12.    The Company believes that the actual value of the injunctive relief provisions of the settlement is considerably greater than $101 million.  As will be explained in the next paragraphs, the cost to the Company in implementing the provisions of the Settlement Agreement is expected to be substantially in excess of $101 million.  However, in the interest of being conservative relative to determining how much of the corporate cost constitutes a "benefit to the class," the Company adopted a smaller value for purposes of settlement.

13.    This paragraph will explain how we derived the components of the $101 million value shown in the preceding paragraph.

a)    **Formalizing the 90-day registration refund period.**  Section 5.1.1 of the Settlement Agreement requires that the Company modify its registration agreement to provide for not less than a 90-day refund period for registration fees. The registration agreement was modified beginning in 2010 to expressly disclose this 90-day refund period.   However, as noted above in paragraph 5, since at least 2008 the Company has refunded the registration fees of any IBO who made the request within 90 days, and even up to one year.  In any event, I believe any difference attributable to the disclosure would be relatively small in relation to the overall value of the injunctive relief.

b)    **Price reductions.**  Section 5.1.4 of the Settlement Agreement requires that the Company "maintain for twenty-four months from the Effective Date a price reduction that averages at least 5% from January 2007 pricing levels to [IBOs] across [Company]-branded products (existing SKUs, excluding freight)."

Decl. of Ray Alexander ISO. Mot. for Prelim. Approval of Settlement
Case No. C 07-00201 SC
sf- 2946932

5

1    These price adjustments have and will continue to be a significant cost to

2    the Company until at least 2013, if the settlement is approved.  To meet this

3    commitment, the Company began instituting certain price adjustments by product

4    line in January 2009.  The price reductions were rolled out in phases, and were

5    approximately 12% or more, depending on the product line.

6    In 2008, when we first performed the cost calculations, we estimated the

7    cost to the Company of the price reductions at $173 million over the three-year

8    period 2009-11.  We used 2009-2011 because, at that time, we assumed an

9    "Effective Date" in 2009.  We arrived at the $173 million number by taking a

10   forecast of sales volume for 2009 for the specific SKUs in our product line that are

11   subject to the price-reduction requirement.  We calculated the revenue that we

12   would have generated in 2009 on those projected sales under the higher, end-of-

13   2007 prices, and then subtracted the revenue we would have generated at the

14   reduced prices for 2009.  The difference was the loss in revenue attributable to the

15   price reductions.  We repeated this comparison for 2010, and assumed sales would

16   be flat, so we did not increase the sales volume over the 2009 projection for those

17   specified products.  And we repeated this comparison again for 2011, except that

18   in 2011 we projected a 3-4% increase in sales volume for those specified products.

19   Adding together the three numbers, we arrived at a total figure of $173 million in

20   reduced revenue attributable to the price reductions for the three-year period 2009-

21   11.

22   For purposes of settlement, however, the Company decided to be

23   conservative.  We attributed only $53 million in value for this category, a 70%

24   reduction from what we could have claimed using our 2008 projections.

25   As noted, this projection was undertaken in 2008.  More recently, in the

26   course of preparing this Declaration, I performed a further calculation of what the

27   actual cost of the price reduction has been to the Company.  The combination of

28   the actual price reduction taken and the resultant shift in the sales portfolio mix

1    had a net effect of a 14.1% revenue reduction for those SKUs in 2009, and 17.9%

2    in 2010.  Thus, the $173 million value projection is tracking over $200 million and

3    we are well ahead of our commitment to stay at a minimum of 5% in price

4    reductions, below 2007 prices.

5          I would note that these projections do not include the lost revenue from

6    price reductions for 2012-2013.  As noted above, when we performed these

7    calculations in 2008, we assumed an Effective Date of 2009, which under the

8    Settlement Agreement would have required that we maintain a reduction from

9    2007 prices for 24 months, i.e., through 2011.  But the Effective Date has not

10   occurred yet.  Assuming an Effective Date in 2011, this will cause an additional

11   two years in our obligation to maintain these price reductions from 2007 levels.

12   That represents additional lost revenue, which I calculate to be approximately

13   $130 million.

14         We recognize that products change year to year, as some SKUs are added

15   and others are retired.  But I have a fairly high level of confidence in these

16   numbers because I performed a further analysis and calculated that 634 of the 853

17   SKUs we offered in 2007 were still being offered in 2009, or approximately 74%.

18   In other words, the across-the-board price reduction that I have described that the

19   Company undertook continues to apply to the majority of our product offerings.

20   c)   **Training costs.**  Section 5.1.5 of the Settlement Agreement requires that the

21   Company increase its training budget for product, product merchandising,

22   compliance with law and the requirements of the Consent Decree, and business

23   skills by an average of $7 million or more over 2007 levels and maintain those

24   levels for 24 months starting at the earlier of the Effective Date or June 30, 2011,

25   whichever comes first.  In 2007, the Company's spent approximately $6 million on

26   training.  To prepare for this, in 2008 we created a training department that we did

27   not have before, and we consolidated all training under that new department.

28         Actual training costs for 2009 and 2010 amounted to approximately $16 million

1    for each of those years, a pace that puts us substantially ahead of our commitment

2    of spending at least $13 million a year on training.

3            The Company has produced a great deal of training materials as a result of

4    this increased training program.  These include free online courses in multiple

5    languages that provide training to improve an IBO's general business and sales

6    skills, as well as to improve an IBO's knowledge and sales skills for specific

7    products.

8        d)    **Maintaining Quality Control over BSMs and BSM Companies.**  Section 5.1.6

9    of the Settlement Agreement provides that the Company "will maintain and

10    enforce quality control over ... BSM Companies affiliated with the [Company]

11    business" to ensure, among other things,  "that BSMs comply with the standards

12    and policies contained in ... [the] Settlement Agreement."  In his accompanying

13    declaration, Gary VanderVen describes some steps the Company has taken to meet

14    this requirement and the internal resources the Company has devoted to it.  This

15    section describes some additional costs the Company incurred in implementing

16    this requirement.

17            As Mr. VanderVen discusses in paragraphs 6-16 of his Declaration, in mid-

18    2007 the Company began a new program called "Professional Development

19    Accreditation Program" or "PDAP" for short.  To incentivize the IBOs and their

20    BSM Companies into signing the PDAP agreement, the Company launched an

21    enhanced schedule of discretionary sales incentive payments, as part of the

22    "Quixtar Business Incentive" program or "QBI," for IBOs affiliated with PDAP

23    participants who achieved certain levels of sales.  I calculated the overall increase

24    in sales incentive payments under QBI at approximately $130 million from 2008-

25    2011, including a new program we implemented for 2010-11.  I measured what we

26    were paying IBOs in discretionary sales incentives in 2007 as compared to what

27    we actually paid out under the 2008 QBI and subsequent programs.  This came to

28    roughly $130 million.  However, in arriving at a value of this component for

1    purposes of settlement, we were very conservative and took only 10% of that

2    amount, or $13 million.

3    e)    **Monitoring.** Section 5.1.7 of the Settlement Agreement provides that the

4    provisions of 5.1.1-5.1.6 shall be subject to monitoring through annual meetings

5    between the Company and class counsel. We placed a cost on this of $100,000 a

6    year times three years, or $300,000.

7

8    **The Average Cost To The Company Of Each $100 Product Bundle and Average Cost of Out of Pocket Shipping and Handling Costs**

9    14.    In connection with the initial proposed Settlement Agreement, the Court asked the

10   questions "[w]hat is the average cost to Quixtar of each $100 'product bundle'" (Order, 22:12-13)

11   and "[w]hat is the estimated cost of shipping and handling per product bundle" (id., 22:14-18).

12   Under the Amended Settlement Agreement, the $21 Million Product Fund has been reconfigured

13   into $75 product bundles.  Therefore, I provide the following information on Amway's average

14   cost and estimated shipping and handling expenses based on the reconfigured $75 product

15   bundles.

16   15.    Attached as Exhibit A is a true and correct copy of the eight representative product

17   bundles and a description of those products, along with the retail price information. Each bundle

18   is a collection of Company products that the Company manufactures and sells to IBOs. The

19   suggested retail price of these eight product bundles ranges from $71.48 to $77.97 each, with an

20   average suggested retail price of $75.76.

21   16.    These are desirable products, and none of these bundles is made up of excess,

22   obsolete, or distressed inventory. The ARTISTRY® line is one of the world's top five, largest-

23   selling, premium skincare brands. ARTISTRY® is the official skincare and cosmetics sponsor

24   for the Miss America organization, and the products have been featured in leading U.S. beauty

25   *InStyle* and *Elle* magazines. The NUTRILITE® product line is the world's leading brand of

26   vitamin, mineral and dietary supplements based on 2009 sales. It is the only global vitamin and

27   mineral brand to grow, harvest and process plants on our own certified organic farms. Every

28   ingredient used in NUTRILITE® products undergoes extensive research, testing and formulating

1   so the end result is a product guaranteed to meet the nutritional needs of people on their way to

2   optimal health.  The HomeCare line of products dates back to the company's earliest beginnings.

3   In 1959, Amway launched Liquid Organic Cleanser (L.O.C.).  It was the first of its kind.  A high

4   performer product with biodegradable products that did not harm the environment.  That

5   commitment to quality, environmentally friendly products continues in the current HomeCare

6   product line.

7         17.    If the Company were manufacturing these bundles for sale by IBOs, the average

8   cost to the Company of each bundle would be $47.83, exclusive of third party shipping and

9   handling costs, for a total cost to the Company of $13,259,190.

10        18.    We also estimated that the average out-of-pocket costs for third party shipping and

11  handling will be $4.69 per bundle, or $1,300,678 for shipping of approximately 277,200 bundles.

12        I declare under penalty of perjury that the foregoing is true and correct and that I am

13  competent to testify to the facts contained in this Declaration of called as a witness.

14  Executed on this __ day of April, 2011, in Ada, Michigan.

15

16  _____

17                    Ray Alexander

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# **Bundle 1**

# **Family Supplements**

## Bundle 1 Components:  Family Supplements

| Product Name | Price |
|---|---|
| NUTRILITE® Women's Supplement Packs 30 Packets | $24.99 |
| NUTRILITE® Men's Supplement Packs 30 Packets | $24.99 |
| NUTRILITE® Kids Chewable Concentrated Fruits and Vegetables - 60 Count 60 chewable tablets | $27.99 |
| **Total Retail Value** | $77.97 |

**Family Supplements – Retail Value $77.97**

Supplements For Women –
Just one little on-the-go package with everything your body needs – calcium for your bones,
omega 3s for your brain and heart (because you definitely have a big one of each, right?), a little
something to help keep your hair and nails beautiful, and a daily multi with 24 vitamins and
minerals.

Supplements For Men –
These convenient daily on-the-go supplement packs have all the right stuff to help you get the
nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

Kids Chewable Concentrated Fruits & Vegetables –
Just two delicious chewable tablets give your kids the phytonutrient power of five-plus servings
of concentrated fruits and vegetables. Also enjoyed by adults who don't like to swallow tablets.
A delicious way for kids to get the good stuff in fruits and vegetables!

Close                                                                                          Print

# Amway



**NUTRILITE® Women's Supplement Packs
30 packets**
Item # 105481

It doesn't need to be difficult or time-consuming to get the nutrition you
need. Everything's right here in daily supplement packs for women –
calcium, omega 3s, and a daily multi.

Retail Price:                    $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at
1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Everything's right here in convenient daily packs that you can stash in your car, purse, or briefcase. There are no bottles
and no hassle. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for
your brain.

The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps keep you there. It's
perfect for women. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s
for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair
and nails beautiful, and a daily multi with 24 vitamins and minerals.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Cal Mag D,
  Complex for Hair, Skin & Nails, and OCEAN ESSENTIALS Balanced Health

- Designed just for women

- Convenient on-the-go packs

### Advisories

Store in a cool, dry place. Pregnant women or nursing mothers, or anyone with a medical condition should consult with a
physician before using this product. Keep out of reach of children.

### Frequently Asked Questions

**What are the potential benefits of using this product as recommended?** The NUTRILITE Women's Pack is designed
to provide the fundamental supplements women need daily, in one convenient package. It's also useful for women who

are new to supplementation, and not sure where to start.

**What do the specific supplements in this packet do?**

- NUTRILITE® Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Cal Mag D provides extra calcium and important minerals to help keep bones strong. It also supports wellbeing during the menstrual cycle.

- NUTRILITE Complex for Hair, Skin& Nails promotes healthy hair, supports smooth and elastic skin, and helps strengthen nails.

- NUTRILITE® OCEAN ESSENTIALS® Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Women's Pack compare to the NUTRILITE Perfect Pack for Your Health?** The Women's Pack meets the fundamental supplementation requirements for women at a cost of less than $1 per day. It is a great choice for women on the go who - first and foremost - need simplicity and convenience.

**Can men use this product?** They shouldn't. The NUTRILITE Men's Pack is for them. This pack is not designed for the nutritional needs of men.

**Can women who are pregnant or nursing use this product?** This product is not recommended for pregnant women or nursing mothers, who should consult their physician about proper supplementation.

**Is this product recommended for children? If so, what is the recommended serving?** The NUTRILITE Women's Pack is designed for adults. However, it may be consumed by females 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?** Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Women's Pack. So should anyone with a medical condition.

**When should this product be taken?** The NUTRILITE Women's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?** Our goal in providing omega-3 fatty acids in the Women's Pack was to provide the fundamentals, and to help women achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

## More Information

**Suggested Use** Take one packet daily, preferably with food.

Close                                                                    Print

**Amway**



**30 PACKETS**
Each packet containing one each of:
Daily Multi; Bio C Plus; Multi Carotene;
OCEAN ESSENTIALS® Balanced Health

### NUTRILITE® Men's Supplement Packs
### 30 packets
Item # 105480

Strong heart, clear mind, a tough immune system – these on-the-go supplement packs have all the right stuff to help you get the nutrition you need.

Retail Price:              $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

## Description

It doesn't have to be difficult or time consuming to get the extra nutrition you need. These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

## Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Bio C Plus, Multi Carotene, and OCEAN ESSENTIALS Balanced Health

- Convenient on-the-go packs

- No guesswork or label reading

- Finally, something your wife/girlfriend/sister/mom will be happy you're doing

## Product Advantage

Got some bad nutritional habits? You know you do, but you can't help it. You're always on-the-go. Work. Schmoozing. Family. They all compete for your time. When do you have time to eat right? And no ... a hoagie, loaded with cheese and peppers, is not considered a "balanced" meal.

It doesn't have to be difficult or time consuming to get the extra nutrition you need. The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps you stay there. These convenient daily packs have all the right stuff. Remember those chewable vitamins Mom made you take every day? Same concept. Except there are no bulky bottles, cartoon characters, or chewing. Sorry, no grape flavor either. Just a few little pills in a pouch that you can stash in your car, pocket, or briefcase. Take them whenever you get a chance. And if you really miss the old grape flavor, wash 'em down with a SIMPLY NUTRILITE Berry Antioxidant Juice.

## Advisories

Store in a cool, dry place. Pregnant women, nursing mothers, those who smoke, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**What do the specific supplements in this packet do?**
NUTRILITE Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Natural Multi Carotene provides additional antioxidants much like those found in fruits and vegetables.

- NUTRILITE Bio C Plus provides additional vitamin C to fight free radicals which can damage cells and weaken the immune system.

- NUTRILITE OCEAN ESSENTIALS Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Men's Pack compare to the NUTRILITE Perfect Pack for your health?**
The Men's Pack meets the fundamental supplementation requirements for men at a cost of less than $1 per day. It is a great choice for men on the go who – first and foremost – need simplicity and convenience.

**Can women use this product?**
They shouldn't. The **NUTRILITE** Men's Pack is not designed for women, and pregnant women or nursing mothers should definitely not take this pack, as it does not adequately meet their nutritional needs. It was designed specifically for men and their daily dietary supplementation needs.

**Is this product recommended for children? If so, what is the recommended serving?**
The **NUTRILITE** Men's Pack is designed for adults. However, it may be consumed by males 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?**
Vitamin K (in Daily) and fish oil (in Balanced Health) may affect blood coagulation. Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Men's Pack. Also, supplements containing beta-carotene (such as Daily and Natural Multi Carotene) should not be used by smokers. Anyone with a medical condition should consult a physician to determine their exact supplementation needs.

**When should this product be taken?**
The NUTRILITE Men's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?**
Our goal in providing omega-3 fatty acids in the Men's Pack was to provide the fundamentals, and to help men achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

Close                                                                                       Print



### NUTRILITE® Kids Chewable Concentrated Fruits and Vegetables - 60 Count
### 60 chewable tablets
Item # 100346



Just two delicious chewable tablets give your kids the phytonutrient power of five-plus servings of concentrated fruits and vegetables. Also enjoyed by adults who don't like to swallow tablets. A delicious way for kids to get the good stuff in fruits and vegetables!

 Retail Price:                               $27.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

For the times when you can't or don't eat the recommended 5 to 9 servings a day of fresh fruits and vegetables. Your kids will be saying, "Don't forget the fruits and veggies!"

### Benefits

A child's 2-tablet daily serving of Chewable Concentrated Fruits and Vegetables includes the:

- Lycopene of 1/2 tomato
- Lutein of 1/2 cup of raw spinach
- Quercetin of 21/2 apples
- Ellagic acid of 3/4 cup of raspberries
- Hesperidin of 11/2 oranges
- Exclusive NUTRILITE Phytonutrient Concentrate from blueberries, elderberries, rosemary, Acerola cherries, broccoli, spinach, and carrots
- No added artificial colors, flavors, or preservatives

### Competitive Information

©The Nutrilite Difference
Compare the phytonutrients identified on the labels.

| PHYTONUTRIENTS | Nutrilite Concentrated Fruits | Juice Plus+®† |
|---|---|---|

|  |  | and Vegetables |  |
|---|---|---|---|
| Serving | Per 2-tablet serving* | 4 capsules* |
| Lutein | 6 mg | None |
| Quercetin | 150 mg | None |
| Ellagic Acid | 40 mg | None |
| Hesperidin | 60 mg | None |
| EGCG | 90 mg | None |

*Based on label claims, October 8, 2006.
†Trademark: Juice Plus+ (NSA International, Inc., Memphis, Tennessee).

## Product Advantage

Your kids will be saying, "Don't forget the fruits and veggies!" An apple a day is no longer enough to keep the doctor away. Your children – and you – should be eating fruits and veggies in an artist's palette of color, from deep green and reds to pale orange and yellow. So, on the days your children can't take another bite of spinach, offer these sweet and tangy chewables. Kids love 'em. Adults enjoy 'em, too.

## Advisories

Pregnant women, nursing mothers, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**What do I need to know about phytonutrients?**
They are extracted from plants and have many healthy benefits.

**Are there real raspberries, apples, spinach, tomatoes, and tea in Concentrated Fruits and vegetables?**
No. But there are the same amount of phytonutrients in these tablets that you would get from those fruits and vegetables.

**Where do the phytonutrients come from?**
From plants, concentrated, tested for potency, and blended into tablets.

**Do my children need phytonutrients?**
Yes. Children should eat a variety of fruits and vegetables in a spectrum of colors. Not every child likes that many fruits or vegetables, or eats that many, daily. And so Concentrated Fruits and Vegetables delivers the phytonutrients they'd get if they were eating more, in a wider range of colors.

**Should my children eat these tablets instead of fruits and vegetables?**
Not at all. These tablets are meant to be added to your children's diet – not to replace fruits and vegetables. You should give them in addition to food you'd normally serve.

## More Information

**Use Instructions:**

- Children 4 to 12 years old who can safely chew and swallow without supervision should chew two tablets a day.

- Adults and children over 12 should chew four tablets a day.

- If you are pregnant or nursing, are on medications, or have a medical condition, please consult your doctor before taking any supplements.

# **Bundle 2**

# **Supplements & Skincare (Dry Skin)**

## Bundle 2 Components:  Supplements & Skincare (Dry Skin)

| Product Name | Price |
|---|---|
| NUTRILITE® Women's Supplement Packs 30 Packets | $24.99 |
| NUTRILITE® Men's Supplement Packs 30 Packets | $24.99 |
| ARTISTRY® essentials Hydrating Cleanser 4.56 fl. oz. | $14.00 |
| ARTISTRY® essentials Hydrating Toner 6.7 fl. oz. | $13.50 |
| **Total Retail Value** | **$77.48** |

**Supplements & Skincare (Dry Skin) – Retail Value $77.48**

Supplements For Women –
Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair and nails beautiful, and a daily multi with 24 vitamins and minerals.

Supplements For Men –
These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

Skincare For Normal to Dry Skin –
The Hydrating Cleanser is the first step to proper skin care.  The cleanser cleans and exfoliates. The Hydrating Toner does more than just moisturize and prep your skin.  Each application is energizing, actually boosting your skin's ability to stay perfectly hydrated throughout the day.

Close                                                                                     Print

**Amway**



**30 PACKETS**
Each packet containing one each of Daily
Multi: Cal Mag D; Complex for Hair, Skin &
Nails, OCEAN ESSENTIALS® Balanced Health

### NUTRILITE® Women's Supplement Packs
### 30 packets
Item # 105481

It doesn't need to be difficult or time-consuming to get the nutrition you
need. Everything's right here in daily supplement packs for women –
calcium, omega 3s, and a daily multi.

Retail Price:                    $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at
1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Everything's right here in convenient daily packs that you can stash in your car, purse, or briefcase. There are no bottles
and no hassle. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for
your brain.

The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps keep you there. It's
perfect for women. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s
for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair
and nails beautiful, and a daily multi with 24 vitamins and minerals.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Cal Mag D,
  Complex for Hair, Skin & Nails, and OCEAN ESSENTIALS Balanced Health

- Designed just for women

- Convenient on-the-go packs

### Advisories

Store in a cool, dry place. Pregnant women or nursing mothers, or anyone with a medical condition should consult with a
physician before using this product. Keep out of reach of children.

### Frequently Asked Questions

**What are the potential benefits of using this product as recommended?** The NUTRILITE Women's Pack is designed
to provide the fundamental supplements women need daily, in one convenient package. It's also useful for women who

are new to supplementation, and not sure where to start.

**What do the specific supplements in this packet do?**

- NUTRILITE® Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Cal Mag D provides extra calcium and important minerals to help keep bones strong. It also supports wellbeing during the menstrual cycle.

- NUTRILITE Complex for Hair, Skin& Nails promotes healthy hair, supports smooth and elastic skin, and helps strengthen nails.

- NUTRILITE® OCEAN ESSENTIALS® Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Women's Pack compare to the NUTRILITE Perfect Pack for Your Health?** The Women's Pack meets the fundamental supplementation requirements for women at a cost of less than $1 per day. It is a great choice for women on the go who - first and foremost - need simplicity and convenience.

**Can men use this product?** They shouldn't. The NUTRILITE Men's Pack is for them. This pack is not designed for the nutritional needs of men.

**Can women who are pregnant or nursing use this product?** This product is not recommended for pregnant women or nursing mothers, who should consult their physician about proper supplementation.

**Is this product recommended for children? If so, what is the recommended serving?** The NUTRILITE Women's Pack is designed for adults. However, it may be consumed by females 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?** Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Women's Pack. So should anyone with a medical condition.

**When should this product be taken?** The NUTRILITE Women's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?** Our goal in providing omega-3 fatty acids in the Women's Pack was to provide the fundamentals, and to help women achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

## More Information

**Suggested Use** Take one packet daily, preferably with food.

Close                                                         Print

# Amway



## NUTRILITE® Men's Supplement Packs
## 30 packets
Item # 105480

Strong heart, clear mind, a tough immune system – these on-the-go supplement packs have all the right stuff to help you get the nutrition you need.

Retail Price:                    $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

It doesn't have to be difficult or time consuming to get the extra nutrition you need. These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Bio C Plus, Multi Carotene, and OCEAN ESSENTIALS Balanced Health
- Convenient on-the-go packs
- No guesswork or label reading
- Finally, something your wife/girlfriend/sister/mom will be happy you're doing

### Product Advantage

Got some bad nutritional habits? You know you do, but you can't help it. You're always on-the-go. Work. Schmoozing. Family. They all compete for your time. When do you have time to eat right? And no ... a hoagie, loaded with cheese and peppers, is not considered a "balanced" meal.

It doesn't have to be difficult or time consuming to get the extra nutrition you need. The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps you stay there. These convenient daily packs have all the right stuff. Remember those chewable vitamins Mom made you take every day? Same concept. Except there are no bulky bottles, cartoon characters, or chewing. Sorry, no grape flavor either. Just a few little pills in a pouch that you can stash in your car, pocket, or briefcase. Take them whenever you get a chance. And if you really miss the old grape flavor, wash 'em down with a SIMPLY NUTRILITE Berry Antioxidant Juice.

## Advisories

Store in a cool, dry place. Pregnant women, nursing mothers, those who smoke, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**What do the specific supplements in this packet do?**
NUTRILITE Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Natural Multi Carotene provides additional antioxidants much like those found in fruits and vegetables.

- NUTRILITE Bio C Plus provides additional vitamin C to fight free radicals which can damage cells and weaken the immune system.

- NUTRILITE OCEAN ESSENTIALS Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Men's Pack compare to the NUTRILITE Perfect Pack for your health?**
The Men's Pack meets the fundamental supplementation requirements for men at a cost of less than $1 per day. It is a great choice for men on the go who – first and foremost – need simplicity and convenience.

**Can women use this product?**
They shouldn't. The **NUTRILITE** Men's Pack is not designed for women, and pregnant women or nursing mothers should definitely not take this pack, as it does not adequately meet their nutritional needs. It was designed specifically for men and their daily dietary supplementation needs.

**Is this product recommended for children? If so, what is the recommended serving?**
The **NUTRILITE** Men's Pack is designed for adults. However, it may be consumed by males 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?**
Vitamin K (in Daily) and fish oil (in Balanced Health) may affect blood coagulation. Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Men's Pack. Also, supplements containing beta-carotene (such as Daily and Natural Multi Carotene) should not be used by smokers. Anyone with a medical condition should consult a physician to determine their exact supplementation needs.

**When should this product be taken?**
The NUTRILITE Men's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?**
Our goal in providing omega-3 fatty acids in the Men's Pack was to provide the fundamentals, and to help men achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

Close

Print

**Amway**



### ARTISTRY® essentials Hydrating Cleanser
### 4.56 fl. oz.
Item # 104126

The first step in proper skin care. The cleanser that cleans and exfoliates. For normal-to-dry skin.

Retail Price:                    $14.00

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

## Description

Reveal fresher skin. You expect a cleanser to cleanse, but exfoliate and hydrate too? Get the results you want times two! With built-in patented exfoliation technology, you'll reveal fresh, smooth, even-looking skin every time you cleanse. Add ultra-moisturizing ingredients to sooth away dryness, and all you're left with is radiant skin.

## Benefits

- Patented exfoliation technology reveals fresh, smooth, even-looking skin every time you cleanse
- Ultra-moisturizing ingredients soothe dry skin for radiant results
- Safe for use on sensitive skin
- 4.56 fl. oz

## Other Ingredients

Water/Eau, Isoeicosane, Isododecane, Isopropyl Palmitate, Glycerin, Ethylhexyl Palmitate, Cetyl Alcohol, Glyceryl Stearate, Peg-100 Stearate, C12-15 Alkyl Benzoate, Butylene Glycol, Polysorbate 60, Hydrolyzed Oats, Perilla Ocymoides Seed Oil, Aloe Barbadensis Leaf Juice, Salvia Hispanica Seed Oil, Opuntia Ficus-Indica Stem Extract, Oryza Sativa (Rice) Bran Oil, Butyrospermum Parkii (Shea Butter) Oil, Borago Officinalis Seed Oil, Squalane, Simmondsia Chinensis (Jojoba) Seed Oil, Limnanthes Alba (Meadowfoam) Seed Oil, Helianthus Annuus (Sunflower) Seed Oil, Zea Mays (Corn) Oil, Punica Granatum Sterols, Sesamum Indicum (Sesame) Seed Oil, Macadamia Integrifolia Seed Oil, Olea Europaea (Olive) Fruit Oil, Agave Tequilana Leaf Extract, Oenothera Biennis (Evening Primrose) Flower Extract, Yucca Schidigera Leaf/Root/Stem Extract, Chamomilla Recutita (Matricaria) Flower Extract, Trehalose, Tamarindus Indica Seed Polysaccharide, Myrothamnus Flabellifolia Leaf/Stem Extract, Panthenol, Dipotassium Glycyrrhizate, Sodium Hyaluronate, Proline, Ceramide 3, Beta-Sitosterol, Lecithin, Polyacrylamide, Dipropylene Glycol Dibenzoate, C13-14 Isoparaffin, Dimethicone, Chlorphenesin, Disodium Edta, Propylparaben, Ppg-15 Stearyl Ether Benzoate, Laureth-7, Fragrance/Parfum, Methylparaben, Maltodextrin

**Frequently Asked Questions**

**What is ARTISTRY essentials?**
ARTISTRY essentials is a skin care and makeup line that represents a simplified and uncomplicated approach to beauty. Made up of two basic skin care systems, three supplemental skin care products, and three all-inclusive makeup kits, ARTISTRY essentials products work to enhance every woman's natural beauty. It's beauty that fits your busy life.

**Will ARTISTRY essentials replace any of the current ARTISTRY daily skin care products?**
Yes. ARTISTRY essentials will replace the following products:

- ARTISTRY essentials balancing (10-5487) and hydrating (10-5489) Skin Care Systems will replace the ARTISTRY Moisture Rich Daily Skin Care System (E-5017), Clarifying Daily Skin Care System (E-5018), and Delicate Care Daily Skin Care System (E-5110).

- ARTISTRY essentials anti-blemish (10-4134) will replace ARTISTRY Blemish Control Acne Treatment Gel (EE-0176).

- ARTISTRY essentials moisture plus (10-4133) will replace ARTISTRY Extra Dry Hydration Oil (10-2204).

**What are the average use-up rates for the new ARTISTRY essentials skin care products?**
The use-up rates are as follows and can vary depending on frequency of use:

- 4–6 weeks for both the hydrating and balancing systems (if used twice daily).

- 4 weeks for the soothing creme and moisture plus.

- 3–4 months for the anti-blemish (if used as a spot treatment when needed).

**What is the fragrance used in the ARTISTRY essentials products?**
A new fragrance was developed exclusively for ARTISTRY essentials. With more natural notes, the new fragrance is an oriental herbal citrus with fresh, green galbanum, orange, bergamot, and lush cypress accords that merge into transparent floral mid-notes of rose, jasmine, cardamom, and hints of clary sage. Base notes are composed of dewy musk, vanilla, vetiver, and tonka bean. The only difference in fragrance between the hydrating and balancing systems is the witch hazel in the balancing system.

## More Information

**Use Instructions**
Splash face with warm water to moisten skin. Apply a dime-size amount of cleanser to fingertips and apply in a circular motion to face and throat to gently exfoliate. Rinse thoroughly with warm water. Pat dry.

See the Skin Care Routine Chart to determine where the hydrating cleanser fits into your daily routine.

# Amway



### ARTISTRY® essentials Hydrating Toner
### 6.7 fl. oz.
Item # 104127

This toner does more than just moisturize and prep skin. For normal-to-dry skin.

Retail Price:                        $13.50

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at
1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

## Description

Energize your skin. This toner does more than just moisturize and prep skin. Each application is energizing, actually boosting your skin's ability to stay perfectly hydrated throughout the day.

## Benefits

- Provides essential moisturizers
- Each application actually energizes skin, boosting its ability to stay hydrated throughout the day
- Safe for use on sensitive skin
- 6.7 fl. oz

## Other Ingredients

Water/Eau, Butylene Glycol, Glycerin, Ceteth 20, Salvia Hispanica Seed Oil, Opuntia Ficus-Indicia Stem Extract, Agave Tequilana Leaf Extract, Yucca Schidigera Leaf/Root/Stem Extract, Oenothera Biennis (Evening Primrose) Flower Extract, Borago Officinalis Seed Oil, Tamarindus Indica Seed Polysaccharide, Trehalose, Aloe Barbadensis Leaf Juice, Perilla Ocymoides Seed Oil, Helianthus Annuus (Sunflower) Seed Oil, Zea Mays (Corn) Oil, Sesamum Indicum (Sesame) Seed Oil, Macadamia Integrifolia Seed Oil, Olea Europaea (Olive) Fruit Oil, Hydrolyzed Oats, Myrothamnus Flabellifolia Leaf/Stem Extract, Oryza Sativa (Rice) Bran Oil, Dipotassium Glycyrrhizate, Sodium Hyaluronate, Lecithin, Ceramide 3, Beta-Sitosterol, Proline, Panthenol, Sodium Citrate, Chlorphenesin, Disodium Edta, Styrene/Vp Copolymer, Citric Acid, Fragrance/Parfum, Methylparaben, Maltodextrin

## Frequently Asked Questions

### What is ARTISTRY essentials?

ARTISTRY essentials is a skin care and makeup line that represents a simplified and uncomplicated approach to beauty. Made up of two basic skin care systems, three supplemental skin care products, and three all-inclusive makeup kits, essentials products work to enhance every woman's natural beauty. It's beauty that fits your busy life.

**Will ARTISTRY essentials replace any of the current ARTISTRY daily skin care products?**
Yes. ARTISTRY essentials will replace the following products:

- ARTISTRY essentials balancing (10-5487) and hydrating (10-5489) Skin Care Systems will replace the ARTISTRY Moisture Rich Daily Skin Care System (E-5017), Clarifying Daily Skin Care System (E-5018), and Delicate Care Daily Skin Care System (E-5110).

- ARTISTRY essentials anti-blemish (10-4134) will replace ARTISTRY Blemish Control Acne Treatment Gel (EE-0176).

- ARTISTRY essentials moisture plus (10-4133) will replace ARTISTRY Extra Dry Hydration Oil (10-2204).

**What are the average use-up rates for the new ARTISTRY essentials skin care products?**
The use-up rates are as follows and can vary depending on frequency of use:

- 4–6 weeks for both the hydrating and balancing systems (if used twice daily).

- 4 weeks for the soothing creme and moisture plus.

- 3–4 months for the anti-blemish (if used as a spot treatment when needed).

**What is the fragrance used in the ARTISTRY essentials products?**
A new fragrance was developed exclusively for ARTISTRY essentials. With more natural notes, the new fragrance is an oriental herbal citrus with fresh, green galbanum, orange, bergamot, and lush cypress accords that merge into transparent floral mid-notes of rose, jasmine, cardamom, and hints of clary sage. Base notes are composed of dewy musk, vanilla, vetiver, and tonka bean. The only difference in fragrance between the hydrating and balancing systems is the witch hazel in the balancing system.

## More Information

### Use Instructions
After cleansing, gently shake toner until thoroughly mixed. Saturate a cotton pad and smooth over face and throat, energizing skin and boosting its ability to stay perfectly hydrated.

See the Skin Care Routine Chart to determine where the hydrating toner fits into your daily routine.

# **Bundle 3**

# **Supplements & Skincare (Oily Skin)**

## Bundle 3 Components:  Supplements & Skincare (Oily Skin)

| Product Name | Price |
|---|---|
| NUTRILITE® Men's Supplement Packs 30 Packets | $24.99 |
| NUTRILITE® Women's Supplement Packs 30 Packets | $24.99 |
| ARTISTRY® essentials Balancing Cleanser – Combination-to-Oily Skin 4.56 fl. oz. | $14.00 |
| ARTISTRY® essentials Balancing Toner – Combination-to-Oily Skin 6.7 fl. oz. | $13.50 |
| **Total Retail Value** | **$77.48** |

**Supplements & Skincare (Oily Skin) – Retail Value $77.48**

Supplements For Women –
Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair and nails beautiful, and a daily multi with 24 vitamins and minerals.

Supplements For Men –
These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

Skincare For Combination to Oily Skin –
The Balancing Cleanser cleans, clarifies, and exfoliates skin to a balanced finish.  The Balancing Toner does more than just prep and control oil.  Each application is energizing, actually boosting your skin's ability to stay perfectly balanced throughout the day.

Close                                                                   Print

# Amway



**30 PACKETS**
Each packet containing one each of Daily
Multi: Cal Mag D; Complex for Hair, Skin &
Nails; OCEAN ESSENTIALS® Balanced Health

## NUTRILITE® Women's Supplement Packs
## 30 packets
Item # 105481

It doesn't need to be difficult or time-consuming to get the nutrition you
need. Everything's right here in daily supplement packs for women –
calcium, omega 3s, and a daily multi.

Retail Price:                    $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at
1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Everything's right here in convenient daily packs that you can stash in your car, purse, or briefcase. There are no bottles
and no hassle. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for
your brain.

The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps keep you there. It's
perfect for women. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s
for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair
and nails beautiful, and a daily multi with 24 vitamins and minerals.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Cal Mag D,
  Complex for Hair, Skin & Nails, and OCEAN ESSENTIALS Balanced Health

- Designed just for women

- Convenient on-the-go packs

### Advisories

Store in a cool, dry place. Pregnant women or nursing mothers, or anyone with a medical condition should consult with a
physician before using this product. Keep out of reach of children.

### Frequently Asked Questions

**What are the potential benefits of using this product as recommended?** The NUTRILITE Women's Pack is designed
to provide the fundamental supplements women need daily, in one convenient package. It's also useful for women who

are new to supplementation, and not sure where to start.

**What do the specific supplements in this packet do?**

- NUTRILITE® Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Cal Mag D provides extra calcium and important minerals to help keep bones strong. It also supports wellbeing during the menstrual cycle.

- NUTRILITE Complex for Hair, Skin& Nails promotes healthy hair, supports smooth and elastic skin, and helps strengthen nails.

- NUTRILITE® OCEAN ESSENTIALS® Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Women's Pack compare to the NUTRILITE Perfect Pack for Your Health?** The Women's Pack meets the fundamental supplementation requirements for women at a cost of less than $1 per day. It is a great choice for women on the go who - first and foremost - need simplicity and convenience.

**Can men use this product?** They shouldn't. The NUTRILITE Men's Pack is for them. This pack is not designed for the nutritional needs of men.

**Can women who are pregnant or nursing use this product?** This product is not recommended for pregnant women or nursing mothers, who should consult their physician about proper supplementation.

**Is this product recommended for children? If so, what is the recommended serving?** The NUTRILITE Women's Pack is designed for adults. However, it may be consumed by females 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?** Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Women's Pack. So should anyone with a medical condition.

**When should this product be taken?** The NUTRILITE Women's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?** Our goal in providing omega-3 fatty acids in the Women's Pack was to provide the fundamentals, and to help women achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

## More Information

**Suggested Use** Take one packet daily, preferably with food.

Close                                                                                                    Print

# Amway



## NUTRILITE® Men's Supplement Packs
## 30 packets
Item # 105480

Strong heart, clear mind, a tough immune system – these on-the-go supplement packs have all the right stuff to help you get the nutrition you need.

Retail Price:                    $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

## Description

It doesn't have to be difficult or time consuming to get the extra nutrition you need. These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

## Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Bio C Plus, Multi Carotene, and OCEAN ESSENTIALS Balanced Health
- Convenient on-the-go packs
- No guesswork or label reading
- Finally, something your wife/girlfriend/sister/mom will be happy you're doing

## Product Advantage

Got some bad nutritional habits? You know you do, but you can't help it. You're always on-the-go. Work. Schmoozing. Family. They all compete for your time. When do you have time to eat right? And no ... a hoagie, loaded with cheese and peppers, is not considered a "balanced" meal.

It doesn't have to be difficult or time consuming to get the extra nutrition you need. The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps you stay there. These convenient daily packs have all the right stuff. Remember those chewable vitamins Mom made you take every day? Same concept. Except there are no bulky bottles, cartoon characters, or chewing. Sorry, no grape flavor either. Just a few little pills in a pouch that you can stash in your car, pocket, or briefcase. Take them whenever you get a chance. And if you really miss the old grape flavor, wash 'em down with a SIMPLY NUTRILITE Berry Antioxidant Juice.

## Advisories

Store in a cool, dry place. Pregnant women, nursing mothers, those who smoke, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**What do the specific supplements in this packet do?**
NUTRILITE Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Natural Multi Carotene provides additional antioxidants much like those found in fruits and vegetables.

- NUTRILITE Bio C Plus provides additional vitamin C to fight free radicals which can damage cells and weaken the immune system.

- NUTRILITE OCEAN ESSENTIALS Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Men's Pack compare to the NUTRILITE Perfect Pack for your health?**
The Men's Pack meets the fundamental supplementation requirements for men at a cost of less than $1 per day. It is a great choice for men on the go who – first and foremost – need simplicity and convenience.

**Can women use this product?**
They shouldn't. The **NUTRILITE** Men's Pack is not designed for women, and pregnant women or nursing mothers should definitely not take this pack, as it does not adequately meet their nutritional needs. It was designed specifically for men and their daily dietary supplementation needs.

**Is this product recommended for children? If so, what is the recommended serving?**
The **NUTRILITE** Men's Pack is designed for adults. However, it may be consumed by males 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?**
Vitamin K (in Daily) and fish oil (in Balanced Health) may affect blood coagulation. Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Men's Pack. Also, supplements containing beta-carotene (such as Daily and Natural Multi Carotene) should not be used by smokers. Anyone with a medical condition should consult a physician to determine their exact supplementation needs.

**When should this product be taken?**
The NUTRILITE Men's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?**
Our goal in providing omega-3 fatty acids in the Men's Pack was to provide the fundamentals, and to help men achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

Close                                                                                    Print

# Amway



### ARTISTRY® essentials Balancing Cleanser - Combination-to-Oily Skin
### 4.56 fl. oz.
Item # 104129

The cleanser that cleans, clarifies, and exfoliates skin to a balanced finish. For combination-to-oily skin.

Retail Price:                          $14.00

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Reveal fresher skin. It's a balancing act - a cleanser that clears, clarifies, and exfoliates skin to a balanced finish. With built-in patented exfoliation technology, you'll reveal smooth, even-looking skin every time you cleanse. Add natural oil-controlling ingredients and you'll be fresh-faced all day, every day.

### Benefits

- Cleanses, clarifies, and exfoliates skin to a balanced finish.
- Built-in patented exfoliation technology reveals smooth even-looking skin every time you cleanse.
- Oil-free cleanser controls shine all day.
- Adjusts for continuous oil control.
- Safe for use on sensitive skin.
- 4.56 fl. Oz

### Other Ingredients

Water/Eau, Peg-150 Distearate, Disodium Lauroamphodiacetate, Sodium Trideceth Sulfate, Peg-8, Tea-Lauryl Sulfate, Hexylene Glycol, Sodium Myristoyl Sarcosinate, Lauryl Betaine, Sodium Methyl Cocoyl Taurate, Peg-60 Almond Glycerides, Methylparaben, Hydrolyzed Oats, Citric Acid, Diazolidinyl Urea, Fragrance/Parfum, Polyquaternium-10, Sodium Citrate, Sodium Lauroyl Oat Amino Acids, Butylene Glycol, Glycerin, Panthenol, Aloe Barbadensis Leaf Juice, Maltodextrin, Opuntia Ficus-Indica Stem Extract, Terminalia Ferdinandiana Fruit Extract, Alcohol Denat., Agave Tequilana Leaf Extract, Oenothera Biennis (Evening Primrose) Flower Extract, Yucca Schidigera Leaf/Root/Stem Extract, Malpighia Emarginata (Acerola) Pulp Powder, Proline, Sodium Hyaluronate, Hamamelis Virginiana (Witch Hazel) Twig Extract, Lecithin, Tamarindus Indica Seed Polysaccharide, Trehalose, Perilla Ocymoides Leaf Extract, Myrothamnus Flabellifolia Leaf/Stem

Extract, Cinnamomum Cassia Bark Extract, Poterium Officinale Root Extract, Zingiber Officinale (Ginger) Root Extract, Ceramide 3, Beta-Sitosterol

## Frequently Asked Questions

### What is ARTISTRY essentials?

ARTISTRY essentials is a skin care and makeup line that represents a simplified and uncomplicated approach to beauty. Made up of two basic skin care systems, three supplemental skin care products, and three all-inclusive makeup kits, ARTISTRY essentials products work to enhance every woman's natural beauty. It's beauty that fits your busy life.

### Will ARTISTRY essentials replace any of the current ARTISTRY daily skin care products?

Yes. ARTISTRY essentials will replace the following products:

- ARTISTRY essentials balancing (10-5487) and hydrating (10-5489) Skin Care Systems will replace the ARTISTRY Moisture Rich Daily Skin Care System (E-5017), Clarifying Daily Skin Care System (E-5018), and Delicate Care Daily Skin Care System (E-5110).

- ARTISTRY essentials anti-blemish (10-4134) will replace ARTISTRY Blemish Control Acne Treatment Gel (EE-0176).

- ARTISTRY essentials moisture plus (10-4133) will replace ARTISTRY Extra Dry Hydration Oil (10-2204).

### What are the average use-up rates for the new ARTISTRY essentials skin care products?

The use-up rates are as follows and can vary depending on frequency of use:

- 4–6 weeks for both the hydrating and balancing systems (if used twice daily).

- 4 weeks for the soothing creme and moisture plus.

- 3–4 months for the anti-blemish (if used as a spot treatment when needed).

### What is the fragrance used in the ARTISTRY essentials products?

A new fragrance was developed exclusively for ARTISTRY essentials. With more natural notes, the new fragrance is an oriental herbal citrus with fresh, green galbanum, orange, bergamot, and lush cypress accords that merge into transparent floral mid-notes of rose, jasmine, cardamom, and hints of clary sage. Base notes are composed of dewy musk, vanilla, vetiver, and tonka bean. The only difference in fragrance between the hydrating and balancing systems is the witch hazel in the balancing system.

## More Information

### Use Instructions

Splash face with warm water to moisten skin. Apply a dime-size amount of cleanser to fingertips and apply in a circular motion to face and throat to gently exfoliate. Rinse thoroughly with warm water. Pat dry.
See the Skin Care Routine Chart to determine where the balancing cleanser fits into your daily routine

Close

Print

# Amway



### ARTISTRY® essentials Balancing Toner - Combination-to-Oily Skin
### 6.7 fl. oz.
Item # 104130

Give your skin what it needs for a fresh, matte finish. Energize and prep skin to stay oil-free throughout the day. For combination-to-oily skin.

Retail Price:                    $13.50

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at **http://www.amway.com**

## SUMMARY

### Description

Give your skin what it needs to reveal a fresh, matte finish with toner that does more than just prep and control oil. Each application is energizing, actually boosting your skin's ability to stay perfectly balanced throughout the day.

### Benefits

- Energizes skin - revealing a fresh, matte finish
- Oil-free toner keeps skin perfectly balanced throughout the day
- Safe for use on sensitive skin
- 6.7 fl. oz

### Other Ingredients

Water/Eau, Alcohol Denat., Methyl Gluceth-20, Malpighia Emarginata (Acerola) Pulp Powder, Opuntia Ficus-Indicia Stem Extract, Salix Alba (Willow) Bark Extract, Hamamelis Virginiana (Witch Hazel) Twig Extract, Hydrolyzed Oats, Zinc Pca, Salicylic Acid, Zingiber Officinale (Ginger) Root Extract, Origanum Vulgare Leaf Extract, Yucca Schidigera Leaf/Root/Stem Extract, Oenothera Biennis (Evening Primrose) Flower Extract, Agave Tequilana Leaf Extract, Aloe Barbadensis Leaf Juice, Perilla Ocymoides Leaf Extract, Cinnamomum Cassia Bark Extract, Poterium Officinale Root Extract, Silica, Tamarindus Indica Seed Polysaccharide, Trehalose, Spiraea Ulmaria Extract, Terminalia Ferdinandiana Fruit Extract, Myrothamnus Flabellifolia Leaf/Stem Extract, Dipotassium Glycyrrhizate, Sodium Hyaluronate, Bisabolol, Panthenol, Arginine, Proline, Lecithin, Ceramide 3, Beta-Sitosterol, Glycerin, Hdi/Trimethylol Hexyllactone Crosspolymer, Ceteth-20, Dimethyl Isosorbide, Butylene Glycol, Fragrance/Parfum, Sodium Magnesium Silicate, Chlorphenesin, Methylparaben, Maltodextrin, Blue 1

## Frequently Asked Questions

**What is ARTISTRY essentials?**
ARTISTRY essentials is a skin care and makeup line that represents a simplified and uncomplicated approach to beauty. Made up of two basic skin care systems, three supplemental skin care products, and three all-inclusive makeup kits, ARTISTRY essentials products work to enhance every woman's natural beauty. It's beauty that fits your busy life.

**Will ARTISTRY essentials replace any of the current ARTISTRY daily skin care products?**
Yes. ARTISTRY essentials will replace the following products:

- ARTISTRY essentials balancing (10-5487) and hydrating (10-5489) Skin Care Systems will replace the ARTISTRY Moisture Rich Daily Skin Care System (E-5017), Clarifying Daily Skin Care System (E-5018), and Delicate Care Daily Skin Care System (E-5110).

- ARTISTRY essentials anti-blemish (10-4134) will replace ARTISTRY Blemish Control Acne Treatment Gel (EE-0176).

- ARTISTRY essentials moisture plus (10-4133) will replace ARTISTRY Extra Dry Hydration Oil (10-2204).

**What are the average use-up rates for the new ARTISTRY essentials skin care products?**
The use-up rates are as follows and can vary depending on frequency of use:

- 4–6 weeks for both the hydrating and balancing systems (if used twice daily).

- 4 weeks for the soothing creme and moisture plus.

- 3–4 months for the anti-blemish (if used as a spot treatment when needed).

**What is the fragrance used in the ARTISTRY essentials products?**
A new fragrance was developed exclusively for ARTISTRY essentials. With more natural notes, the new fragrance is an oriental herbal citrus with fresh, green galbanum, orange, bergamot, and lush cypress accords that merge into transparent floral mid-notes of rose, jasmine, cardamom, and hints of clary sage. Base notes are composed of dewy musk, vanilla, vetiver, and tonka bean. The only difference in fragrance between the hydrating and balancing systems is the witch hazel in the balancing system.

## More Information

**Use Instructions**
After cleansing, gently shake toner until thoroughly mixed. Saturate a cotton pad and smooth over face and throat, energizing skin and boosting its ability to stay perfectly hydrated.

See the Skin Care Routine Chart to determine where the balancing toner fits into your daily routine.

# **Bundle 4**

# **Double X Supplement**

## Bundle 4 Components:  Double X Supplement

| Product Name | Price |
|---|---|
| NUTRILITE® DOUBLE X® Vitamin/Mineral/Phytonutrient – 31-Day Supply with case 186 tablets | $76.89 |
| **Total Retail Value** | **$76.89** |

**Double X – Retail Value $76.89**

Double X Dietary Supplement –
A single serving of DOUBLE X is what you need – 12 essential vitamins, 10 essential minerals, and 20 plant concentrates, giving you the antioxidant power of tomato, blueberry, broccoli, cranberry, pomegranate, and more.

**Close**                                                                    **Print**



### NUTRILITE® DOUBLE X® Vitamin/ Mineral/ Phytonutrient - 31-Day Supply/with Case 186 tablets

Item # A4300



DOUBLE X Vitamin/Mineral/Phytonutrient supplement delivers a blend of essentials - 12 vitamins and 10 minerals. It features 20 plant concentrates for even broader antioxidant protection and unbeatable health benefits.

Retail Price:                          $76.89

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Unlike other leading multivitamins, a single serving of DOUBLE X is what you need your vitamin to be - 12 essential vitamins, 10 essential minerals, and 20 plant concentrates, giving you the antioxidant power of tomato, blueberry, broccoli, cranberry, pomegranate, and more. The B vitamins found in the NUTRILITE DOUBLE X Multivitamin unlock the energy in your food, and Double X contains more B6 and B12 vitamins than Centrum® Performance and One-a-Day Active® combined! In a clinical study, NUTRILITE DOUBLE X was shown to improve blood nutrient levels to provide your cells with the energy they need to support a healthy heart, brain, eyes, skin, bones, and immune system.*

*This statement has not been evaluated by the Food and Drug Administration.
This product is not intended to diagnose, treat, cure, or prevent any disease.
Trademarks: Centrum (Wyeth Holdings Corporation, Madison, N.J.); One-a-Day Active (Bayer Healthcare L.L.C., Pittsburgh, Pa.).

### Product Advantage

The Phytonutrient Spectrum brings to life the colors, health benefits and fruits and vegetables associated with select phytonutrients. Are you getting your daily dose of color? Find out.

### Advisories

Children under 12 years of age, pregnant women or nursing mothers, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

### Frequently Asked Questions

**Why do I need a supplement?**
The American Medical Association recommends that all adults take one multivitamin daily. This is true even if you already eat a diet rich in fresh, whole, natural foods, because the foods you consume often don't supply all the vitamins and

minerals you need, at the recommended levels. If you're going to supplement, why not start with the world's best multi? NUTRILITE® DOUBLE X Vitamin/Mineral/Phytonutrient.

**What's a phytonutrient and why are there so many in NUTRILITE DOUBLE X Vitamin/Mineral/Phytonutrient**
Phytonutrients are naturally occurring chemicals in plants that help fight off insects, resist disease, promote healthy growth, and enhance survival. NUTRILITE has always included these plant nutrients in its supplement formulas because of their health benefits to humans. The phytonutrients found in the 20 plant concentrates in DOUBLE X offer you both broad and targeted antioxidant protection.

**Why are antioxidants important?**
Antioxidants are your natural defenses against free radicals. Free radicals oxidize compounds in your cells - even in your DNA - starting a chain reaction of instability and damage. The antioxidants in NUTRILITE DOUBLE X Vitamin/Mineral/Phytonutrient neutralize free radicals in five categories and offer protection - right down to your cells!

**Why should I choose NUTRILITE DOUBLE X Vitamin/Mineral/Phytonutrient over any other multivitamin/multimineral?**
Because it's the best one made by the company that marketed the very first multivitamin/multimineral in North America. NUTRILITE is the world's leading brand of vitamins, minerals, and dietary supplements. You get the reassurance of NUTRILITE's cutting-edge research; plant concentrates from natural sources, grown to the highest standards; and the nutritional insurance offered by a great multi.

## More Information

**NUTRILITE® DOUBLE X Vitamin/Mineral/Phytonutrient delivers!**

- Provides your body with nutrients it needs for optimal health

- for just $2.31 a day

- More natural plant concentrates than three mass-market multis combined: Advanced Formula Centrum*, Pharmanex* Life Essentials*, and One-A-Day Maximum*

- More plant concentrates than two premium multis, combined: USANA* Essentials and Pharmanex LifePak* Anti-aging Formula

- Kosher and halal certified

- WADA compliant

*Trademarks: Advanced Formula Centrum (Wyeth Holdings Corp., Madison, N.J.); Pharmanex, LifePak, and Life Essentials (NuSkin International, Provo, Utah); One-A-Day (Bayer Healthcare, LLC, Pittsburgh, Pa.); USANA (USANA, Inc. Salt Lake City, Utah).

**Suggested Use**
For adults: 1 gold, 1 silver, and 1 bronze tablet, twice a day. Or, for more convenience, tailor your daily consumption to fit your schedule. You should take your DOUBLE X with a meal.

# Bundle 5

# Women's

## Bundle 5 Components: Women's

| Product Name | Price |
|---|---|
| ARTISTRY® TIME DEFIANCE® Derma Erase 4 ml | $39.00 |
| NUTRILITE® Women's Supplement Packs 30 Packets | $24.99 |
| NUTRILITE® Triple Guard Echinacea Spray 0.55 oz. | $11.10 |
| **Total Retail Value** | **$75.09** |

**Women's Age Defying Skincare and Supplements – Retail Value $75.09**

Skincare –
ARTISTRY TIME DEFIANCE® Derma Erase is specifically designed and clinically proven to reduce the appearance of facial expression lines. It combines patented peptide, derma-smoothing ingredients, and a light-diffusing complex to relax and soften the appearance of expression lines for dramatically younger-looking skin.

Supplements For Women –
Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair and nails beautiful, and a daily multi with 24 vitamins and minerals.

Triple Guard Echinacea Spray –
Get the immune-boosting benefits of echinacea and a hint of soothing menthol with this handy spray applicator.

Close                                                                                    Print

# Amway



**ARTISTRY® TIME DEFIANCE® Derma Erase
4 ml**
Item # 102050

The at-home alternative to line-relaxing injections* ARTISTRY TIME
DEFIANCE Derma Erase is a concentrated, non-surgical, non-invasive
alternative to relax the appearance of expression lines.

Retail Price:                    $39.00

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at
1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Popular line-relaxing injections use botulism toxins to paralyze the muscles that cause expression lines. Say no to needles
with a non-invasive approach to younger-looking skin. It combines patented peptide, derma-smoothing ingredients, and a
light-diffusing complex to relax and soften the appearance of expression lines for dramatically younger-looking skin.

### Benefits

- Reduce the appearance of expression lines - without a surgeon in sight.

*Injection-free. Bo-toxin free, Line-Free
**Results not equivalent to professional procedures

### Other Ingredients

Water/Eau, Dimethicone, Cyclopentasiloxane, Polymethyl Methacrylate, Butylene Glycol, Polysilicone-11, Tricaprylin,
Nylon-12, Silica, Glycereth-26, Acetyl Hexapeptide-3, Glucosamine Hcl, Centella Asiatica Extract, Pisum Sativum (Pea)
Extract, Bambusa Vulgaris Extract, Retinyl Palmitate, Adenosine, Anthemis Nobilis Flower Extract, Squalane,
Isohexadecane, Benzyl Alcohol, Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer, Ammonium
Polyacryloyldimethyl Taurate, Peg-10 Dimethicone, Sodium Acrylate/Sodium Acryloyldimethyl Taurate Copolymer,
Polysorbate 40, Polysorbate 60, Polysorbate 80, Hydroxethylcellulose, Methylparaben, Chlorphenesin

### Competitive Information

ARTISTRY beats the competition:

- ARTISTRY TIME DEFIANCE Derma Erase

- $39.00 for 56 uses = $0.70 per use

- DDF™ Wrinkle Relax
- $88 for 84 uses = $1.05 per use
- Freeze 24/7™
- $125 for 56 uses = $2.23 per use
- Dr. Brandt Crease Release™
- $150 for 56 uses = $2.68 per use

Trademarks: DDF (HDS Cosmetics Lab, Inc., Yonkers, N.Y.); Freeze 24/7 (Freeze 24/7 International LLC, New York, N.Y.); Dr. Brandt Crease Release (Cosmetic Dermatology, Inc., Miami, Fla.).

Competitive pricing information from ddfskincare.com, freeze247.com, and drbrandtskincare.com

04/30/09

**Product Advantage**

**Advisories**

For external use only

**More Information**

For all skin types. The first product from ARTISTRY specifically designed to target expression lines.

ARTISTRY TIME DEFIANCE Derma Erase is a concentrated, non-surgical, non-invasive alternative to relax the appearance of expression lines.

*Injection-free. Bo-toxin free. Line-Free

**Use Instructions**
Apply Derma Erase to expression lines on the forehead, between the eyes, at the corner of eyes, and around the mouth.

Use Time Defiance Derma Erase morning and night, following these simple steps:

1. Cleanse and tone using your preferred Artistry cleanser and toner.

2. Repair using Artistry Time Defiance Intensive Repair Serum (100282).

3. Treat using Artistry Replenishing Eye Creme (100227).

4. Follow with Derma Erase and your other treatment products and moisturizer, Artistry Time Defiance Daytime Protection Creme (E3433), or Artistry Time Defiance Nighttime Renewal Creme (E3442).

5. For first time use, prime pen by turning pen slowly until you see product (about 20 clicks).

6. Gently brush product onto first area of expression lines--across your forehead and between the eyes.

7. Dispense product again (about 5-8 clicks of the pen) for application on the next area of expression lines, around the corner of the eyes, and the corners of the nose and mouth.

8. At the end of the use cycle, the Derma Erase pen may become difficult to turn and no product will be dispensed. This is an indication that the pen is empty and a new pen is needed. Each dispenser will last approximately 4 weeks.





**30 PACKETS**
Each packet containing one each of Daily
Multi: Cal Mag D, Complex for Hair, Skin &
Nails, OCEAN ESSENTIALS® Balanced Health

## NUTRILITE® Women's Supplement Packs
## 30 packets
Item # 105481

It doesn't need to be difficult or time-consuming to get the nutrition you
need. Everything's right here in daily supplement packs for women –
calcium, omega 3s, and a daily multi.

Retail Price:              $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at
1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Everything's right here in convenient daily packs that you can stash in your car, purse, or briefcase. There are no bottles
and no hassle. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for
your brain.

The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps keep you there. It's
perfect for women. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s
for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair
and nails beautiful, and a daily multi with 24 vitamins and minerals.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Cal Mag D,
  Complex for Hair, Skin & Nails, and OCEAN ESSENTIALS Balanced Health

- Designed just for women

- Convenient on-the-go packs

### Advisories

Store in a cool, dry place. Pregnant women or nursing mothers, or anyone with a medical condition should consult with a
physician before using this product. Keep out of reach of children.

### Frequently Asked Questions

**What are the potential benefits of using this product as recommended?** The NUTRILITE Women's Pack is designed
to provide the fundamental supplements women need daily, in one convenient package. It's also useful for women who

are new to supplementation, and not sure where to start.

**What do the specific supplements in this packet do?**

- NUTRILITE® Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Cal Mag D provides extra calcium and important minerals to help keep bones strong. It also supports wellbeing during the menstrual cycle.

- NUTRILITE Complex for Hair, Skin& Nails promotes healthy hair, supports smooth and elastic skin, and helps strengthen nails.

- NUTRILITE® OCEAN ESSENTIALS® Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Women's Pack compare to the NUTRILITE Perfect Pack for Your Health?** The Women's Pack meets the fundamental supplementation requirements for women at a cost of less than $1 per day. It is a great choice for women on the go who - first and foremost - need simplicity and convenience.

**Can men use this product?** They shouldn't. The NUTRILITE Men's Pack is for them. This pack is not designed for the nutritional needs of men.

**Can women who are pregnant or nursing use this product?** This product is not recommended for pregnant women or nursing mothers, who should consult their physician about proper supplementation.

**Is this product recommended for children? If so, what is the recommended serving?** The NUTRILITE Women's Pack is designed for adults. However, it may be consumed by females 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?** Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Women's Pack. So should anyone with a medical condition.

**When should this product be taken?** The NUTRILITE Women's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?** Our goal in providing omega-3 fatty acids in the Women's Pack was to provide the fundamentals, and to help women achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

## More Information

**Suggested Use** Take one packet daily, preferably with food.

Close                                                                                      Print





### NUTRILITE® Triple Guard Echinacea Spray 0.55 oz.
Item # AA0176

Get the immune-boosting benefits of echinacea and a hint of soothing menthol with this handy spray applicator.

 Retail Price:                          $11.10

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

NUTRILITE Triple Guard Echinacea Spray is an immune-boosting spray containing Echinacea (purple coneflower). Our formula blends extracts from three forms of the plant – two from the root, one from the leaf. Combining all three gives the broadest boost to your body's natural defenses. Soothing menthol is added.

We use organic-certified Echinacea, guaranteed for purity and potency, and standardize all extract levels.

### Benefits

NUTRILITE Triple Guard Echinacea Spray includes:

- A handy, compact spray applicator

- The equivalent amount of 3 Triple Guard tablets in 16 sprays

- 3 distinct forms of Echinacea: Echinacea purpurea leaf extract and root extract and Echinacea angustifolia root extract, all harvested at an ideal stage of development

- Echinacea grown on certified organic acreage at NUTRILITE's own Trout Lake Farm, one of the nation's largest herb growers and the first in the nation to cultivate the echinacea wildflower commercially

- A hint of mild, soothing menthol

- No added artificial flavors, colors, or preservatives

### Product Advantage

NUTRILITE Triple Guard Echinacea Spray is an immune-boosting spray containing Echinacea (purple coneflower). Our formula blends extracts from three forms of the plant – two from the root, one from the leaf. Combining all three gives

the broadest boost to your body's natural defenses. Soothing menthol is added.

We use organic-certified Echinacea, guaranteed for purity and potency, and standardize all extract levels.

## Advisories

Children under 12 years of age, pregnant women or nursing mothers, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**I've been hearing a lot about echinacea. What's its history?**
Echinacea is more commonly known as the purple coneflower. It's native to the Great Plains of North America. Native Americans used it to support their well-being during the harsh winters, and they taught its use to early settlers from the east. Today, echinacea is a popular supplement often used during the wintertime. NUTRILITE Triple Guard Echinacea contains three different standardized extracts, to assure you of consistent amounts of the ingredients you pay for.

## More Information

- 506 mg of Triple Guard Echinacea Blend (purpurea root and aerial parts, angustifolia roots) in a daily serving.

- 100 mg of NUTRILITE Citrus Multiflavonoid Concentrates with phytonutrients in a daily serving. Phytonutrients are naturally present in plants and fruits and help you achieve dietary balance and optimal nutrition.

- Certified organic echinacea grown at Trout Lake Farm and harvested at an ideal stage of development. Echinacea is widely used by people around the world to support the body's natural resistance.

- Standardized levels of echinacea. Over 300 quality tests and checks were conducted to assure its purity and potency.

- A wide spectrum of support for your immune system.

- No added artificial colors, flavors, or preservatives.

# **Bundle 6**

# **Men's**

## Bundle 6 Components:  Men's

| Product Name | Price |
|---|---|
| TOLSOM® Skin Protective Lotion with SPF 15 3.4 oz. | $32.00 |
| TOLSOM® After Shave Splash 5.9 oz. | $17.50 |
| NUTRILITE® Men's Supplement Packs 30 Packets | $24.99 |
| **Total Retail Value** | **$74.49** |

**Men's Age Defying Skincare and Supplements – Retail Value $74.49**

Skincare –
You'll get TOLSOM Skin Protective Lotion with SPF 15 (3.4 oz.) and After Shave Splash (5.9 fl. oz.).  The T-10 Complex in TOLSOM products contains eight moisturizing and two oil-controlling ingredients support the needs of men's skin.


Supplements For Men –
These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

Close                                                        Print





**TOLSOM® Skin Protective Lotion with SPF 15
3.4 oz.**
Item # 100049

Absorbs easily into skin and improves elasticity.

Retail Price:                    $32.00

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at
1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Chances are you wear sunscreen when you go to the beach or go skiing. But what about all the time you spend in the sun on a daily basis? Protecting your skin from the sun's damaging ultraviolet rays is the single most important thing you can do to prevent premature aging.

This non-greasy moisturizing lotion is perfect for everyday use – absorbing easily into the skin and improving elasticity. SPF 15 will protect you from damaging ultraviolet rays while the T-10 Complex of eight moisturizing and two oil-controlling ingredients conditions, smooths, and moisturizes your skin.

Use it in the morning and at night and enjoy its cool and refreshing citrus scent.

Tolsom gets you there.
Tolsom. Skin Care for Men.

### Benefits

- Protects you from damaging UV rays that cause premature aging.

- Absorbs easily into skin and improves elasticity.

- T-10 Complex conditions, smoothes, and moisturizes your skin.

- Non-greasy lotion and cool, refreshing citrus scent is perfect for use morning or night.

- 3.40 oz.

### Other Ingredients

Water, Butylene Glycol, Caprylic/Capric Triglyceride, Meadowfoam (Limnanthes Alba) Seed Oil, C12-15 Alkyl Benzoate,

PEG-100 Stearate, Glyceryl Stearate SE, Cetyl Alcohol, Sorbitan Stearate, Aloe Barbadensis Gel, Phenoxyethanol, Glycerin, Methylparaben, Arginine, Xanthan Gum, Benzyl Alcohol, Fragrance, Carbomer, Dimethicone, Cucumber (Cucumis Sativus) Extract, D-Panthenol, Lemon (Citrus Medica Limonum) Extract, Disodium EDTA, Allantoin, Sodium Citrate, dl alpha - Tocopheryl Acetate, Propylene Glycol, Ethyl Paraben, Butyl Paraben, Propylparaben, Isobutyl Paraben, Chamomile (Anthemis Noblis) Extract, Glycoproteins, Hops Extract, Cephalins, Disodium Cocoamphodiacetate, Sodium Hyaluronate, Active/Medicinal Ingredients: Octinoxate 7.5%, Oxybenzone 4.0%, Octisalate 4.8%.

**T-10 Complex**
The following ingredients comprise the T-10 Complex: 8 moisturizers and 2 oil-control ingredients that support men's skin. Moisturizers: Glycerin, Panthenol, Sodium Hyaluronate, Wheat Germ Lipids (Cephalins), Yeast Extract (Glycoproteins), Hops Extract, Chamomile Extract, and Aloe Vera Gel. Oil Control: Lemon Extract, Cucumber Extract.

Close                                                                                                    Print





**TOLSOM® After Shave Splash**
**5.9 oz.**
Item # 100918

Minimizes irritation after shaving.For all skin types. Reduces the oiliness of your skin by 84% after a single use of Tolsom Facial Cleansing Foam and Tolsom After Shave Splash.

Retail Price:              $17.50

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Start your day with an invigorating splash. This mild formula removes unwanted oil from your skin and minimizes irritation after shaving. Even if you don't shave, use it as a high-performance skin toner. Formulated with a refreshing citrus scent and the T-10 Complex of eight moisturizing and two oil-controlling ingredients, specifically designed to meet the skin care needs of men. Tolsom After Shave Splash is perfect for everyday use. Splash it on and you're good to go!

### Benefits

- Mild formula minimizes irritation after shaving - and removes unwanted oil from your skin.
- A high-performance skin toner for when you don't shave.
- Formulated with T-10 Complex and a refreshing citrus scent - perfect for everyday use.
- 5.90 oz.

### Other Ingredients

**T-10 Complex**
The following ingredients comprise the T-10 Complex: 8 moisturizers and 2 oil-control ingredients that support men's skin. Moisturizers: Glycerin, Panthenol, Sodium Hyaluronate, Wheat Germ Lipids (Cephalins), Yeast Extract (Glycoproteins), Hops Extract, Chamomile Extract, and Aloe Vera Gel. Oil Control: Lemon Extract, Cucumber Extract.

**Additional Ingredients**
SD Alcohol 40B, Methyl Gluceth-20, Aloe Barbadensis Gel, Glycerin, Ceteth-20, Sodium Citrate, Arginine, Methylparaben, Salicylic Acid, Phenoxyethanol, Lemon (Citrus Medica Limonum) Extract, Propylene Glycol, Cucumber (Cucumis Sativus) Extract, D-Panthenol, Citric Acid, Butylene Glycol, Fragrance, Chamomile (Anthemis Noblis) Extract, Glycoproteins, Hops Extract, Cephalins, Disodium Cocoamphodiacetate, Sodium Hyaluronate, Ethyl Paraben, Butyl Paraben, Isobutyl Paraben, Propylparaben.

## Frequently Asked Questions

### Use Questions

**What's the benefit of a skin care regimen?**
A properly formulated skin care regimen – like the three-step Tolsom process – will leave your skin in optimal condition. Clean and protected skin feels and looks healthier.

**What are the basic steps in a good skin care regimen?**
Taking care of your skin is easy. The three basic steps of a good skin care regimen are cleansing, moisturizing, and protecting your skin. Men generally add shaving to this routine.

**Why shouldn't I clean my face with soap?**
Some soaps are too harsh – actually removing the necessary oils and lipids that aid in skin moisture retention.

**How can I fight premature aging?**
Use a sunscreen. Protecting your skin from the sun's damaging ultraviolet rays is the best way to fight premature aging.

**My face gets bumps all the time after shaving. What causes this?**
Daily shaving irritates skin and sometimes causes little red bumps (folliculitis) on the face and neck. Another condition (pseudofolliculitis barbae) primarily affects black men. This condition happens when curly beard hairs are cut too short and they curve back into the skin and cause irritation and red bumps.

**Why do people with oily skin need a moisturizer?**
It is possible to have oily skin and still have low moisture content in your skin. The sebaceous glands control oil levels in your skin. This oil – called sebum – is good at lubricating skin, but it doesn't aid moisture retention. That's why you can have oily skin and still need a moisturizer.

**Why is it important to wash my hands before applying Tolsom products to my face?**
Your hands and fingernails may carry bacteria, dirt, and all sorts of nasty stuff that can infect facial pores and cause pimples or skin reactions.

**Do I need to use a sponge or washcloth when I clean my face, or can I just use my hands?**
There's no need to use a sponge or washcloth to wash your face. Your hands – as long as they are clean – will work fine. What's important is creating surface friction to remove dirt. Your hands can do that as well as a sponge or washcloth.

**Is it necessary to apply sun protection on top of Tolsom Skin Protective Lotion with SPF 15?**
It's not necessary unless you are very sensitive to the sun. The Tolsom Skin Protective Lotion provides SPF 15 broad-spectrum protection against UVA/UVB rays. Applied to your face and neck, this should be enough.

**Can women use Tolsom?**
Yes, but Tolsom products were formulated especially for men's skin. They contain the T-10 complex of eight moisturizing and two oil-controlling ingredients and a citrus scent. For optimal benefits, we recommend women use the Artistry® Daily Skin Care Systems, specifically designed to meet the skin care needs of women.

**Can people with sensitive skin use Tolsom Skin Smoothing Gel?**
Yes, the Tolsom products were all tested on men with sensitive skin. But, no skin care product can guarantee that it will be 100% irritation free for everyone. All Tolsom products are thoroughly tested for skin compatibility and safety, but there are always a small number of people sensitive to certain ingredients. If you experience continued sensitivity, discontinue use of the product.

**Can I use Tolsom products around my eyes?**
You can use Tolsom Skin Protective Lotion with SPF 15 and Skin Smoothing Gel in the areas below the eye and on the orbital bone. None of the products should be applied directly onto the eyelid or into the eye itself.

**When and in which order should I use Tolsom Men's Skin Care products?**
For instructions on how to use Tolsom products, refer to the order of use instructions provided in the Tolsom web presentation, as well as on the Tolsom product pages at www.amwayglobal.com.

**If I have a bad sunburn, can I use this product?**
If you have a bad sunburn, we do not recommend using Tolsom or any other product until after the sunburn goes away.

**Can I still use Artistry treatment products along with my Tolsom products?**
Yes. You should definitely use Tolsom products to wash, shave, and protect your face. And you can use any Artistry products with Tolsom products.

**See the order of use chart below:**

- Tolsom Facial Cleansing Foam

- Tolsom Shave Gel

- Tolsom After Shave Splash (aka toner)
- Artistry Blemish Control Acne Treatment
- Artistry Replenishing Eye Creme
- Artistry Time Defiance® Vitamin C + Wild Yam Treatment
- Tolsom Skin Smoothing Gel
- Artistry Bright Idea® Illuminating Essence
- Tolsom Skin Protective Lotion with SPF 15

**Ingredient Questions**

**What is the T-10 Complex found in the Tolsom men's skin care line?**
The T-10 Complex is a formula of eight moisturizing and two oil-controlling ingredients that support men's skin. The moisturizers are Glycerin, Panthenol, Sodium Hyaluronate, Wheat Germ Lipids (Cephalins), Yeast Extract (Glycoproteins), Hops Extract, Chamomile Extract, and Aloe Vera Gel. The oil-controlling ingredients are Lemon Extract and Cucumber Extract.

**Which Sun Protection Factor (SPF) does the Tolsom Skin Protective Lotion contain?**
Tolsom Skin Protective Lotion contains SPF 15 to help protect skin from damage and premature aging caused by UVA/UVB rays.

**Is the Meadowfoam Seed Oil found in the Skin Smoothing Gel the same ingredient found in Satinique® products?**
Yes, it is the same ingredient. Meadowfoam Seed Oil is useful as an antioxidant and for treating dry skin. With the longest fatty acid chain of the vegetable oils, it leaves a long-lasting, superslick feeling to your skin.

**Other Questions**

**How long can I keep each product once it's opened?**
Once a Tolsom product is opened, it generally has a two-year shelf life.

**Were Tolsom products tested on animals?**
Tolsom products were not tested on animals. Clinical and consumer tests were conducted using human volunteers.

**Why aren't Tolsom products hypoallergenic?**
There is no industry-accepted definition of hypoallergenic. However, Tolsom products are allergy tested and dermatologically tested.

**Why do some products, despite extensive testing, still cause a skin irritation?**
No skin care product can guarantee that it will be 100% irritation free for everyone. Just as some people are allergic to pets or dust, others are allergic to certain cosmetic ingredients. When formulating Tolsom products, we were careful not to use any ingredients that are known to cause allergic reactions. All Tolsom products are thoroughly tested for skin compatibility and safety, but there are always a small number of people sensitive to certain ingredients.

**What kind of safety testing has been done on Tolsom products?**
All Tolsom products have been dermatologically tested and allergy tested. They are also tested to make sure they won't clog pores.

**What is the shelf life of these products?**
If the product is unopened, the shelf life is three years. After opening and initial use of product, the product can be used for two years.

**What is the targeted age group for this product?**
The Tolsom line of skin care products was formulated for men ages 25 and up. However, the sooner you start a skin care regimen, the better.

Close

Print

# Amway



**NUTRILITE® Men's Supplement Packs
30 packets**
Item # 105480

Strong heart, clear mind, a tough immune system – these on-the-go supplement packs have all the right stuff to help you get the nutrition you need.

Retail Price:                 $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at **http://www.amway.com**

## SUMMARY

### Description

It doesn't have to be difficult or time consuming to get the extra nutrition you need. These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Bio C Plus, Multi Carotene, and OCEAN ESSENTIALS Balanced Health

- Convenient on-the-go packs

- No guesswork or label reading

- Finally, something your wife/girlfriend/sister/mom will be happy you're doing

### Product Advantage

Got some bad nutritional habits? You know you do, but you can't help it. You're always on-the-go. Work. Schmoozing. Family. They all compete for your time. When do you have time to eat right? And no ... a hoagie, loaded with cheese and peppers, is not considered a "balanced" meal.

It doesn't have to be difficult or time consuming to get the extra nutrition you need. The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps you stay there. These convenient daily packs have all the right stuff. Remember those chewable vitamins Mom made you take every day? Same concept. Except there are no bulky bottles, cartoon characters, or chewing. Sorry, no grape flavor either. Just a few little pills in a pouch that you can stash in your car, pocket, or briefcase. Take them whenever you get a chance. And if you really miss the old grape flavor, wash 'em down with a SIMPLY NUTRILITE Berry Antioxidant Juice.

**Advisories**

Store in a cool, dry place. Pregnant women, nursing mothers, those who smoke, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**What do the specific supplements in this packet do?**
NUTRILITE Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Natural Multi Carotene provides additional antioxidants much like those found in fruits and vegetables.

- NUTRILITE Bio C Plus provides additional vitamin C to fight free radicals which can damage cells and weaken the immune system.

- NUTRILITE OCEAN ESSENTIALS Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Men's Pack compare to the NUTRILITE Perfect Pack for your health?**
The Men's Pack meets the fundamental supplementation requirements for men at a cost of less than $1 per day. It is a great choice for men on the go who – first and foremost – need simplicity and convenience.

**Can women use this product?**
They shouldn't. The **NUTRILITE** Men's Pack is not designed for women, and pregnant women or nursing mothers should definitely not take this pack, as it does not adequately meet their nutritional needs. It was designed specifically for men and their daily dietary supplementation needs.

**Is this product recommended for children? If so, what is the recommended serving?**
The **NUTRILITE** Men's Pack is designed for adults. However, it may be consumed by males 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?**
Vitamin K (in Daily) and fish oil (in Balanced Health) may affect blood coagulation. Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Men's Pack. Also, supplements containing beta-carotene (such as Daily and Natural Multi Carotene) should not be used by smokers. Anyone with a medical condition should consult a physician to determine their exact supplementation needs.

**When should this product be taken?**
The NUTRILITE Men's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?**
Our goal in providing omega-3 fatty acids in the Men's Pack was to provide the fundamentals, and to help men achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

# **Bundle 7**

# **Laundry Care & Immune Supplements**

## Bundle 7 Components:  Laundry Care & Immune Supplements

| Product Name | Price |
|---|---|
| NUTRILITE® Triple Guard Echinacea Spray 0.55 oz. | $11.10 |
| NUTRILITE® Triple Guard Echinacea - Tablets 120 Count | $37.65 |
| Legacy of Clean™ SA8® Triple Liquid 3X Concentrated Laundry Detergent – Light Scent 101.4 fl. oz./3 L | $28.20 |
| **Total Retail Value** | **$76.95** |

**Laundry Care and Immune Supplements – Retail Value $76.95**

Laundry Care –
Power away dirt naturally. This environmentally-conscious, concentrated laundry detergent fights stubborn stains without harmful phosphates. You'll get the super-effective, planet-positive laundry product: SA8® Triple Liquid - Light scent (3 L, up to 100 wash loads).

Immune Supplements –
Use Triple Guard Echinacea Tablets to boost immunity. At the first sign of a sneeze, sniffle, or tickle, turn to Triple Guard Echinacea.  Also, get the immune-boosting benefits of echinacea and a hint of soothing menthol with this handy spray applicator from the Triple Guard Echinacea Spray.

Close                                                                                                      Print





### NUTRILITE® Triple Guard Echinacea Spray 0.55 oz.

Item # AA0176

Get the immune-boosting benefits of echinacea and a hint of soothing menthol with this handy spray applicator.

Retail Price:                                    $11.10

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

NUTRILITE Triple Guard Echinacea Spray is an immune-boosting spray containing Echinacea (purple coneflower). Our formula blends extracts from three forms of the plant – two from the root, one from the leaf. Combining all three gives the broadest boost to your body's natural defenses. Soothing menthol is added.

We use organic-certified Echinacea, guaranteed for purity and potency, and standardize all extract levels.

### Benefits

NUTRILITE Triple Guard Echinacea Spray includes:

- A handy, compact spray applicator

- The equivalent amount of 3 Triple Guard tablets in 16 sprays

- 3 distinct forms of Echinacea: Echinacea purpurea leaf extract and root extract and Echinacea angustifolia root extract, all harvested at an ideal stage of development

- Echinacea grown on certified organic acreage at NUTRILITE's own Trout Lake Farm, one of the nation's largest herb growers and the first in the nation to cultivate the echinacea wildflower commercially

- A hint of mild, soothing menthol

- No added artificial flavors, colors, or preservatives

### Product Advantage

NUTRILITE Triple Guard Echinacea Spray is an immune-boosting spray containing Echinacea (purple coneflower). Our formula blends extracts from three forms of the plant – two from the root, one from the leaf. Combining all three gives

the broadest boost to your body's natural defenses. Soothing menthol is added.

We use organic-certified Echinacea, guaranteed for purity and potency, and standardize all extract levels.

## Advisories

Children under 12 years of age, pregnant women or nursing mothers, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**I've been hearing a lot about echinacea. What's its history?**
Echinacea is more commonly known as the purple coneflower. It's native to the Great Plains of North America. Native Americans used it to support their well-being during the harsh winters, and they taught its use to early settlers from the east. Today, echinacea is a popular supplement often used during the wintertime. NUTRILITE Triple Guard Echinacea contains three different standardized extracts, to assure you of consistent amounts of the ingredients you pay for.

## More Information

- 506 mg of Triple Guard Echinacea Blend (purpurea root and aerial parts, angustifolia roots) in a daily serving.

- 100 mg of NUTRILITE Citrus Multiflavonoid Concentrates with phytonutrients in a daily serving. Phytonutrients are naturally present in plants and fruits and help you achieve dietary balance and optimal nutrition.

- Certified organic echinacea grown at Trout Lake Farm and harvested at an ideal stage of development. Echinacea is widely used by people around the world to support the body's natural resistance.

- Standardized levels of echinacea. Over 300 quality tests and checks were conducted to assure its purity and potency.

- A wide spectrum of support for your immune system.

- No added artificial colors, flavors, or preservatives.

Close                                                                              Print





### NUTRILITE® Triple Guard Echinacea - Tablets
### 120 Count
### 120 tablets
Item # A5986

To boost immunity, use the best echinacea. At the first sign of a sneeze, sniffle, or tickle, turn to Triple Guard Echinacea. It's the best echinacea you can buy. It has more immune-boosting echinacea than Shaklee Defend & Resist Complex.

Retail Price:               $37.65

For more information, please contact: ʻ
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

NUTRILITE® Triple Guard Echinacea is an immune-boosting supplement made from echinacea (purple coneflower and angustifolia). Our formula blends 3 extracts from 2 forms of the plant - 2 from the root, 1 from the leaf. Combining both forms gives the broadest boost to your body's natural defenses. We use organic-certified echinacea, guaranteed for purity and potency, and standardize all extract levels. Certified kosher and halal.

### Benefits

NUTRILITE® Triple Guard Echinacea Tablets include:

- 506 mg of Triple Guard Echinacea Blend (purpurea root and aerial parts, angustifolia roots) in a daily serving.

- 100 mg of Nutrilite Citrus Multiflavonoid Concentrates with phytonutrients in a daily serving. Phytonutrients are naturally present in plants and fruits and help you achieve dietary balance and optimal nutrition.

- Certified organic echinacea grown at Trout Lake Farm and harvested at an ideal stage of development. Echinacea is widely used by people around the world to support the body's natural resistance.

- Standardized levels of echinacea. Over 300 quality tests and checks were conducted to assure its purity and potency.

- A wide spectrum of support for your immune system.

- No added artificial colors, flavors, or preservatives.

### Product Advantage

**We have more echinacea per bottle**
NUTRILITE® Triple Guard Echinacea: 20,160 mg
Shaklee* Defend and Resist Complex: 2,520 mg

*Trademark: Shaklee(Shaklee Corporation, San Francisco, Calif.).

## Advisories

Children under 12 years of age, pregnant women or nursing mothers, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**I've been hearing a lot about echinacea. What's its history?**
Echinacea is more commonly known as the purple coneflower. It's native to the Great Plains of North America. Native Americans used it to support their well-being during the harsh winters, and they taught its use to early settlers from the east. Today, echinacea is a popular supplement often used during the wintertime. Nutrilite® Triple Guard Echinacea contains 3 different standardized extracts, to assure you of consistent amounts of the ingredients you pay for.

## More Information

**Use Instructions**
Take 3 tablets with meals on the first day. Then continue with 3 tablets a day for up to 2 weeks.

Close                                                                                  Print





### Legacy of Clean™ SA8® Triple Liquid 3X Concentrated Laundry Detergent - Light Scent 101.4 fl. oz./3 L
Item # 107866

Wash up to 100 loads with this concentrated formula. Light Scent is designed to not leave behind any fragrance on your clean laundry and contains no dyes. Great for sensitive skin or noses.

Retail Price:                    $28.20

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Wash your color fabrics with this environmentally-conscious detergent that's effective in all water temperatures. Plant-powered and enzyme-activated, SA8 detergent powers out the toughest stains without irritating skin or fading colors. Triple-concentrated, low suds formula so you wash more with less. Phosphate-free. In a subtle light scent.

### Active Ingredients

**Floral Scent**
Pareth-25-7 (nonionic surfactant), Water, Cocamide DEA (biodegradable coconut-based surfactant), Potassium Cocoate (coconut soap), Pareth-25-12 (nonionic surfactant), Alcohol (grain alcohol), Triethanolamine (organic buffering agent), Propylene Glycol (biodegradable solvent), Glycereth – 26 (glycerin derivative), Polyamine (color protectant), Fragrance, Protease (protein stain remover), Solvent Blue 58 (colorant)

**Light Scent**
Pareth-25-7 (nonionic surfactant), Water, Cocamide DEA (biodegradable coconut-based surfactant), Potassium Cocoate (coconut soap), Pareth-25-12 (nonionic surfactant), Alcohol (grain alcohol), Triethanolamine (organic buffering agent), Propylene Glycol (biodegradable solvent), Glycereth – 26 (glycerin derivative), Polyamine (color protectant), Fragrance, Subtilisin (protein stain remover)

### Frequently Asked Questions

**Have there been changes for the formula, color, or fragrance?**
Yes! SA8® Triple Liquid Laundry Detergent is now formulated with extra color protection and is available in Light or Floral scent, both created using essential oils. Light Scent is designed to not leave any fragrance on your clean laundry and contains no dyes.

**Are there any demonstrations I can do with this product?**
Yes! Look under the "Resources" tab for SA8 Triple Liquid Detergent demos.

**What does "planet-positive" mean?**

LEGACY OF CLEAN products are super-effective, but they're also planet-positive – meaning they have less impact on the environment. So rest assured that while you're making things cleaner, safer, and brighter in your home, you're doing the same for your planet.

## More Information

### About LEGACY OF CLEAN™

LEGACY OF CLEAN products are never tested on animals. And, at Amway Global, we make responsible raw material choices by selecting effective ingredients that are renewable and biodegradable whenever possible. LEGACY OF CLEAN products are made with natural ingredients, come in recyclable packaging (some of which are reusable), and won't irritate your skin or the planet when used as directe.

LEGACY OF CLEAN products are known as "planet-positive" because of the biodegradable ingredients and processes used to create them. At Amway Global, we strive to minimize our environmental footprint by using wind energy, recycling more than 70% of waste generated, and conserving energy and water. Our manufacturing facility is surrounded by an actively managed wildlife habitat.

LEGACY OF CLEAN family-friendly, planet-positive products are sustainable, featuring naturally derived ingredients for better cleaning results – and concentrated formulas. So rest assured, while you're making things cleaner, safer, and brighter at home, you're doing the same for the planet with LEGACY OF CLEAN laundry and cleaning products.

# **Bundle 8**

## **Laundry Care and His & Hers Supplements**

## Bundle 8 Components:  Laundry Care and His & Hers Supplements

| Product Name | Price |
|---|---|
| NUTRILITE® Women's Supplement Packs 30 Packets | $24.99 |
| NUTRILITE® Men's Supplement Packs 30 Packets | $24.99 |
| Legacy of Clean™ Fabric Softener, Original scent 33.8 fl. Oz./1 L | $7.60 |
| Legacy of Clean™ All Fabric Bleach 2.6 lbs./1.2 kg | $8.45 |
| Legacy of Clean™ PreWash 32 fl. oz./946 mL | $5.45 |
| **Total Retail Value** | **$71.48** |

**Laundry Care and His & Hers Supplements – Retail Value $71.48**

Laundry Care –
Power away dirt naturally. These concentrated laundry products fight stubborn stains, plus soften and brighten clothes. All without harmful phosphates. You'll get three super-effective, planet-positive laundry products:  Fabric Softener - Original scent (1 L, up to 50 wash loads), All Fabric Bleach (2.6 lbs., up to 40 wash loads), and PreWash (32 fl. oz.) with one Pistol Grip Sprayer.

Supplements –
These convenient daily packs have all the right stuff for him and her, with a month's supply of supplements. Stash them in your car, gym bag, or briefcase. They go anywhere you do. You'll get 30 packs designed just for women and 30 packs especially for men. Each Women's Pack contains Cal Mag D to provide calcium, OCEAN ESSENTIALS® Balanced Health to deliver omega 3s for your brain and heart, Complex for Hair, Skin & Nails to keep your hair and nails beautiful, plus a multivitamin/multimineral with 24 vitamins and minerals. And the Men's Pack contains Bio C Plus, Multi Carotene, OCEAN ESSENTIALS Balanced Health, and a multivitamin/multimineral.

# Amway



## NUTRILITE® Women's Supplement Packs 30 packets

Item # 105481

It doesn't need to be difficult or time-consuming to get the nutrition you need. Everything's right here in daily supplement packs for women – calcium, omega 3s, and a daily multi.

Retail Price:                    $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Everything's right here in convenient daily packs that you can stash in your car, purse, or briefcase. There are no bottles and no hassle. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for your brain.

The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps keep you there. It's perfect for women. Just one little on-the-go package with everything your body needs – calcium for your bones, omega 3s for your brain and heart (because you definitely have a big one of each, right?), a little something to help keep your hair and nails beautiful, and a daily multi with 24 vitamins and minerals.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Cal Mag D, Complex for Hair, Skin & Nails, and OCEAN ESSENTIALS Balanced Health

- Designed just for women

- Convenient on-the-go packs

### Advisories

Store in a cool, dry place. Pregnant women or nursing mothers, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

### Frequently Asked Questions

**What are the potential benefits of using this product as recommended?** The NUTRILITE Women's Pack is designed to provide the fundamental supplements women need daily, in one convenient package. It's also useful for women who

are new to supplementation, and not sure where to start.

**What do the specific supplements in this packet do?**

- NUTRILITE® Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Cal Mag D provides extra calcium and important minerals to help keep bones strong. It also supports wellbeing during the menstrual cycle.

- NUTRILITE Complex for Hair, Skin& Nails promotes healthy hair, supports smooth and elastic skin, and helps strengthen nails.

- NUTRILITE® OCEAN ESSENTIALS® Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Women's Pack compare to the NUTRILITE Perfect Pack for Your Health?** The Women's Pack meets the fundamental supplementation requirements for women at a cost of less than $1 per day. It is a great choice for women on the go who - first and foremost - need simplicity and convenience.

**Can men use this product?** They shouldn't. The NUTRILITE Men's Pack is for them. This pack is not designed for the nutritional needs of men.

**Can women who are pregnant or nursing use this product?** This product is not recommended for pregnant women or nursing mothers, who should consult their physician about proper supplementation.

**Is this product recommended for children? If so, what is the recommended serving?** The NUTRILITE Women's Pack is designed for adults. However, it may be consumed by females 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?** Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Women's Pack. So should anyone with a medical condition.

**When should this product be taken?** The NUTRILITE Women's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?** Our goal in providing omega-3 fatty acids in the Women's Pack was to provide the fundamentals, and to help women achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

## More Information

**Suggested Use** Take one packet daily, preferably with food.

Close                                                                                      **Print**

# Amway



## NUTRILITE® Men's Supplement Packs
## 30 packets
Item # 105480

Strong heart, clear mind, a tough immune system – these on-the-go supplement packs have all the right stuff to help you get the nutrition you need.

Retail Price:                  $24.99

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

It doesn't have to be difficult or time consuming to get the extra nutrition you need. These convenient daily on-the-go supplement packs have all the right stuff to help you get the nutrition you need – Bio C Plus, antioxidants, omega 3s, and a multi.

### Benefits

- Each pack contains one tablet of each of these essential supplements from NUTRILITE: Daily Multi, Bio C Plus, Multi Carotene, and OCEAN ESSENTIALS Balanced Health
- Convenient on-the-go packs
- No guesswork or label reading
- Finally, something your wife/girlfriend/sister/mom will be happy you're doing

### Product Advantage

Got some bad nutritional habits? You know you do, but you can't help it. You're always on-the-go. Work. Schmoozing. Family. They all compete for your time. When do you have time to eat right? And no … a hoagie, loaded with cheese and peppers, is not considered a "balanced" meal.

It doesn't have to be difficult or time consuming to get the extra nutrition you need. The expert scientists who formulated SIMPLY NUTRILITE have put together the pack that helps you stay there. These convenient daily packs have all the right stuff. Remember those chewable vitamins Mom made you take every day? Same concept. Except there are no bulky bottles, cartoon characters, or chewing. Sorry, no grape flavor either. Just a few little pills in a pouch that you can stash in your car, pocket, or briefcase. Take them whenever you get a chance. And if you really miss the old grape flavor, wash 'em down with a SIMPLY NUTRILITE Berry Antioxidant Juice.

## Advisories

Store in a cool, dry place. Pregnant women, nursing mothers, those who smoke, or anyone with a medical condition should consult with a physician before using this product. Keep out of reach of children.

## Frequently Asked Questions

**What do the specific supplements in this packet do?**
NUTRILITE Daily Multivitamin/Multimineral provides the essential vitamins and minerals you need, every single day.

- NUTRILITE Natural Multi Carotene provides additional antioxidants much like those found in fruits and vegetables.

- NUTRILITE Bio C Plus provides additional vitamin C to fight free radicals which can damage cells and weaken the immune system.

- NUTRILITE OCEAN ESSENTIALS Balanced Health is a source of important omega-3 fatty acids. Most people do not get enough of these, yet they are beneficial for maintaining the health of your heart and brain.

**How does the NUTRILITE Men's Pack compare to the NUTRILITE Perfect Pack for your health?**
The Men's Pack meets the fundamental supplementation requirements for men at a cost of less than $1 per day. It is a great choice for men on the go who – first and foremost – need simplicity and convenience.

**Can women use this product?**
They shouldn't. The **NUTRILITE** Men's Pack is not designed for women, and pregnant women or nursing mothers should definitely not take this pack, as it does not adequately meet their nutritional needs. It was designed specifically for men and their daily dietary supplementation needs.

**Is this product recommended for children? If so, what is the recommended serving?**
The **NUTRILITE** Men's Pack is designed for adults. However, it may be consumed by males 12 years old or older.

**Are there any other physical states/conditions for which use of this product is not advisable?**
Vitamin K (in Daily) and fish oil (in Balanced Health) may affect blood coagulation. Individuals with known or suspected bleeding disorders should consult a physician for further advice prior to consuming the NUTRILITE Men's Pack. Also, supplements containing beta-carotene (such as Daily and Natural Multi Carotene) should not be used by smokers. Anyone with a medical condition should consult a physician to determine their exact supplementation needs.

**When should this product be taken?**
The NUTRILITE Men's Pack should be taken as one packet daily, preferably with a meal. This product can be taken with other dietary supplements.

**Why is there only one NUTRILITE OCEAN ESSENTIALS Balanced Health in each pack if the bottled product says that three tablets daily is the recommended serving?**
Our goal in providing omega-3 fatty acids in the Men's Pack was to provide the fundamentals, and to help men achieve a higher intake of these beneficial acids than they currently receive in their diets. NUTRILITE OCEAN ESSENTIALS Balanced Health can be purchased separately for those wanting to receive more than just the fundamentals.

Close                                                                    Print





### Legacy of Clean™ Fabric Softener, Original scent 33.8 fl. oz./1 L
Item # 107871

This concentrated formula will soften up to 50 loads. Fragranced using natural essential oils for a fresh, clean scent.

Retail Price:                    $7.60

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Clothes with more softness and life; it's a wonderful feeling. LEGACY OF CLEAN Fabric Softener has a naturally sourced softener that makes clothes feel plush, smell great, and helps extend wear time. All without phosphates and irritation. And that's a concept everyone can cozy up to.
• Leaves clothes snuggly-soft and static-free.
• Softening comes from natural sources, not harsh chemicals.
• Concentrated formula means more loads per bottle.
• Rinses clean in all water temperatures, even in cold water.
• Safe for all washable fabrics.
• Dermatologist-tested.
• No phosphates or other unpleasant ingredients that could harm the environment.
• Safe and effective in all washers, even HE.

### Other Ingredients

**Fabric Softener, Original scent (10-7871 and 10-7872)**
Water, Ester Quat (fabric softening agent), Calcium Chloride (thickness control), Fragrance, Glutaraldehyde (preservative), Blue Dye (colorant).

**Fabric Softener, Floral scent (10-7869 and 10-7870)**
Water, Ester Quat (fabric softening agent), Calcium Chloride (thickness control), Fragrance, Glutaraldehyde (preservative)

### Frequently Asked Questions

**Have there been changes for the formula, color, or fragrance?**
No, LEGACY OF CLEANTM Fabric Softener is the same great product it's always been. We have changed the name of our Signature scent to Floral scent, but it's the same great fragrance.

**Are there any demonstrations I can do with this product?**
Yes! Look under the "Resources" tab for a LEGACY OF CLEAN Fabric Softener demo.

**What does "planet-positive" mean?**
LEGACY OF CLEAN products are super-effective, but they're also planet-positive – meaning they won't negatively affect the environment. So rest assured that while you're making things cleaner, safer, and brighter in your home, you're doing the same for your planet.

## More Information

**About LEGACY OF CLEAN™**
LEGACY OF CLEAN products are never tested on animals. And, at Amway Global, we make responsible raw material choices by selecting effective ingredients that are renewable and biodegradable whenever possible. LEGACY OF CLEAN products are made with natural ingredients, come in recyclable packaging (some of which are reusable), and won't irritate your skin or the planet when used as directed.

LEGACY OF CLEAN products are known as "planet-positive" because of the biodegradable ingredients and processes used to create them. At Amway Global, we strive to minimize our environmental footprint by using wind energy, recycling more than 70% of waste generated, and conserving energy and water. Our manufacturing facility is surrounded by an actively managed wildlife habitat.

LEGACY OF CLEAN family-friendly, planet-positive products are sustainable, featuring naturally derived ingredients for better cleaning results – and concentrated formulas. So rest assured, while you're making things cleaner, safer, and brighter at home, you're doing the same for the planet with LEGACY OF CLEAN laundry and cleaning products.



### Legacy of Clean™ All Fabric Bleach
### 2.6 lbs./1.2 kg
Item # 107873

Eliminate even the toughest stains, but preserve the perfect shade of your favorite bright red shirt. All Fabric Bleach harnesses the power of oxygen and minerals – never chlorine – to power out stains in any washable fabric. Up to 40 loads per container.

Retail Price:                    $8.45



For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Power out stains, but preserve colors. LEGACY OF CLEAN All Fabric Bleach is chlorine free and uses the power of oxygen to get out stains in water of all temperatures while leaving clothes bright and the earth right.

- Harnesses the power of oxygen and mineral ingredients to eliminate stains.
- Dermatologist-tested so it won't irritate sensitive skin, when used as directed.
- Safe for all washable fabrics.
- No phosphates, chlorine, nonylphenols, or other unpleasant ingredients that could harm the environment.
- Safe and effective in all washers, even HE.
- Recognized by the U.S. Environmental Protection Agency's (EPA) Design for the Environment (DfE) program.

### Active Ingredients

Sodium Carbonate Peroxyhydrate (hydrogen peroxide on washing soda), Pareth-25-7 (nonionic surfactant), Fragrance

### Competitive Information

More oxygen bleaching power than OxiClean® Multipurpose Stain Remover.*
*Trademark: Church & Dwight Co., Inc. (Princeton, N.J.).

### Frequently Asked Questions

**Many products claim to be safe and "green." What proof do you have?**
We have partnered with the U.S. Environmental Protection Agency's (EPA) Designed for the Environment program. Many

of our formulas and ingredients have already been reviewed by the EPA and third-party accreditation contractors to meet their goals for safety.

We're also a participant in the A.I.S.E. (International Association for Soaps, Detergents, and Maintenance Products) "Charter for Sustainable Cleaning." As a participant, we voluntarily commit to follow this industry initiative for continual improvement in sustainability. Each phase of the product's life cycle (raw material selection, chemical safety, resource use, occupational health and safety, and advice to customers on how best to use the products) is assessed, reviewed, and externally verified. The goal? Being a trendsetter and role model for continual improvement in sustainability for the entire cleaning products industry.

**What does "planet-positive" mean?**
LEGACY OF CLEAN products are super-effective, but they're also planet-positive – meaning they won't negatively affect the environment. So rest assured that while you're making things cleaner, safer, and brighter in your home, you're doing the same for your planet.

**Why are LEGACY OF CLEAN™ products packaged in plastic if they're supposed to be eco-sensitive?**
Plastic can certainly be eco-sensitive. We chose to use plastic to package our products because it's durable, recyclable, and, in the case of our tubs, easily reusable. All of our plastic containers are made with 25% post-consumer resin and are recyclable.

Our tubs are specifically designed to support the second "R" – reuse. They are the perfect shape for storing everything from crayons to more SA8®+BIOQUEST® Detergent! We chose #5 plastic for the tubs because of its durability. When you're done reusing them, they're also recyclable. But, while most recycling centers accept #2 plastic (like our bottles), some won't accept #5. If this is the case in your area, we encourage you to contact your center and ask them to start accepting #5 plastics, which can include everything from milk caps and yogurt containers to car battery casings. You can also visit www.earth911.com to find a recycling center or program that will accept #5 plastics.

**Is this product considered septic tank safe?**
Yes. It is also one of the laundry products displaying the U.S. EPA Designed for the Environment logo.

## More Information

**About LEGACY OF CLEAN™**
LEGACY OF CLEAN products are never tested on animals. And, at Amway Global, we make responsible raw material choices by selecting effective ingredients that are renewable and biodegradable whenever possible. LEGACY OF CLEAN products are made with naturally derived ingredients, come in recyclable packaging (some of which are reusable), and won't irritate your skin or the planet when used as directed.
LEGACY OF CLEAN products are known as "planet-positive" because of the biodegradable ingredients and processes used to create them. At Amway Global, we strive to minimize our environmental footprint by using wind energy, recycling more than 70% of waste generated, and conserving energy and water. Our manufacturing facility is surrounded by an actively managed wildlife habitat.
LEGACY OF CLEAN family-friendly, planet-positive products are sustainable, featuring naturally derived ingredients for better cleaning results – and concentrated formulas. So rest assured, while you're making things cleaner, safer, and brighter at home, you're doing the same for the planet with LEGACY OF CLEAN laundry and cleaning products.

Close                                                                                           Print

# Amway



## Legacy of Clean™ PreWash
## 32 fl. oz./946 mL
Item # 107875

Everyone makes mistakes, but now you don't have to live with them. With our plant-powered pre-treatment, you can easily remove even the toughest stains, like grass or blood, without breaking a sweat (and yes, we can remove those stains, too).

Retail Price:                          $5.45

For more information, please contact:
Your Amway Independent Business Owner or Amway Customer Support at 1-800-253-6500.
Visit us at http://www.amway.com

## SUMMARY

### Description

Erase stains without wiping out your clothes. LEGACY OF CLEAN PreWash Stain Treatment is plant-powered and enzyme-activated, to remove stains without scrubbing or damaging clothes.

- Doubles the stain-removing ability of detergent alone!
- Cleaning powered by natural plant-based ingredients.
- Works in minutes on even the toughest stains – no scrubbing required.
- Effective on all fabric colors and at all water temperatures.
- Not as effective on grease and oil based stains as products specifically formulated to treat those stains.
- Dermatologist-tested for sensitive skin.
- No phosphates, chlorine, or other unpleasant ingredients that could harm the environment.
- Safe and effective in all washers, even HE.
- Recognized by the U.S. Environmental Protection Agency's (EPA) Design for the Environment program (DfE).
- Safe for septic systems.

### Active Ingredients

Water, Propylene Glycol (solvent), Pareth-25-7 (nonionic surfactant), Pareth-25-3 (nonionic surfactant), Sodium Borate (borax enzyme stabilizer), Xanthan Gum (organic thickener), Citrus Terpenes (orange oil), Protease (protein stain remover), Methylchloroisothiazolinone (preservative), Methylisothiazolinone (preservative)

**Frequently Asked Questions**

**Are there any fabrics I shouldn't use PreWash on?**
LEGACY OF CLEANTM PreWash Stain Treatment is for washable, non-protein fabrics and shouldn't be used on protein fabrics like wool or silk. Check the care label of your clothes to make sure.

**Have there been changes for the formula, color, or fragrance?**
Yes, LEGACY OF CLEAN PreWash Stain Treatment is a new, thicker formula to make it more effective in a trigger sprayer.

**Are there any demonstrations I can do with this product?**
We're currently developing some new demos. When they're ready, you'll be able to find them under the "Resources" tab.

**Many products claim to be safe and "green." What proof do you have?**
We have partnered with the U.S. Environmental Protection Agency's (EPA) Designed for the Environment program. Many of our formulas and ingredients have already been reviewed by the EPA and third-party accreditation contractors to meet their goals for safety.

We're also a participant in the A.I.S.E. (International Association for Soaps, Detergents, and Maintenance Products) "Charter for Sustainable Cleaning." As a participant, we voluntarily commit to follow this industry initiative for continual improvement in sustainability. Each phase of the product's life cycle (raw material selection, chemical safety, resource use, occupational health and safety, and advice to customers on how best to use the products) is assessed, reviewed, and externally verified. The goal? Being a trendsetter and role model for continual improvement in sustainability for the entire cleaning products industry.

**What does "planet-positive" mean?**
LEGACY OF CLEAN products are super-effective, but they're also planet-positive – meaning they have less impact on the environment. So rest assured that while you're making things cleaner, safer, and brighter in your home, you're doing the same for your planet.

**Is this product safe for septic systems?**
Yes, all LEGACY OF CLEAN products are septic safe. They won't cause sludge to form or disrupt the natural bacteria that keeps your septic system working.

## More Information

**Use Instructions:**
Turn sprayer "ON". Spray stain completely. Wait a few minutes then launder in warmest water recommended on clothing label care instructions.

Not recommended for silk, wool, or non-colorfast clothing.

CAUTION: Do not pre-treat bright, khaki or fluorescent colors more than a few minutes before laundering or color may be affected.

**About LEGACY OF CLEAN™**
LEGACY OF CLEAN products are never tested on animals. And, at Amway, we make responsible raw material choices by selecting effective ingredients that are renewable and biodegradable whenever possible. LEGACY OF CLEAN products are made with natural ingredients, come in recyclable packaging (some of which are reusable), and won't irritate your skin or the planet when used as directed.

LEGACY OF CLEAN products are known as "planet-positive" because of the biodegradable ingredients and processes used to create them. At Amway, we strive to minimize our environmental footprint by using wind energy, recycling more than 70% of waste generated, and conserving energy and water. Our manufacturing facility is surrounded by an actively managed wildlife habitat.

LEGACY OF CLEAN family-friendly, planet-positive products are sustainable, featuring naturally derived ingredients for better cleaning results – and concentrated formulas. So rest assured, while you're making things cleaner, safer, and brighter at home, you're doing the same for the planet with LEGACY OF CLEAN laundry and cleaning products.