1  CEDRIC C. CHAO (CA SBN 76045)
   WILLIAM L. STERN (CA SBN 96105)
2  JAMES M. SCHURZ (CA SBN 145874)
   S. RAJ CHATTERJEE (CA SBN 177019)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522
   E-mail:  cchao@mofo.com
6  E-mail:  wstern@mofo.com

7  JAMES R. SOBIERAJ (*Pro Hac Vice*)
   BRINKS HOFER GILSON & LIONE
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone:  312.321.4200
   Facsimile:  312.321.4299
10 E-mail:  jsobieraj@usebrinks.com

11 Attorneys for Defendant
   QUIXTAR INC.

12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 JEFF POKORNY, LARRY BLENN            Case No.     C 07-00201 SC
   and KENNETH BUSIERE on behalf of
18 themselves and those similarly situated,   **DECLARATION OF CEDRIC C.
                                               CHAO IN SUPPORT OF MOTION
19               Plaintiffs,                    FOR PRELIMINARY APPROVAL
                                               OF AMENDED CLASS ACTION
20      v.                                      SETTLEMENT AGREEMENT**

21 QUIXTAR INC., *et al.*,                 Date:     June 10, 2011
                                           Time:     10:00 a.m.
22               Defendants.               Room:     1, 17th Floor
                                           Judge:    Honorable Samuel Conti
23

24

25

26

27

28

DECL. OF CEDRIC C. CHAO ISO MOT. FOR PRELIM. APPROVAL OF AMENDED SETTLEMENT AGREEMENT
CASE NO. C 07-00201 SC
sf- 2996315

1

2          I, CEDRIC C. CHAO, declare as follows:

3          1.        I am a partner at the law firm of Morrison & Foerster LLP, counsel for Defendant

4   Quixtar Inc. ("Quixtar").  I am licensed to practice law in the state of California.  I make this

5   Declaration in support of the Motion for Preliminary Approval of Amended Class Action

6   Settlement Agreement.  I have personal knowledge of the matters set forth in this Declaration.  I

7   could and would testify competently as to those matters if called to do so.

8          2.        On November 12, 2010, the Defendants sent notice of the parties' initial settlement

9   agreement in this action (the "CAFA Notice") to the Attorney General of the United States and

10  the Attorneys General of the states and territories of the United States, as required by the notice

11  requirements of the Class Action Fairness Act (28 U.S.C. § 1715).

12         3.        Shortly after the Defendants issued their CAFA Notice, plaintiffs and Quixtar were

13  contacted by representatives from the Office of the Texas Attorney General, who suggested

14  certain revisions to the proposed consent judgment and requested documents and information

15  about the proposed settlement.  In response, Quixtar, through its counsel, provided information

16  for the Texas Attorney General's consideration and engaged in multiple telephone conferences

17  with representatives from the Texas Attorney General's Office to discuss the settlement and its

18  documentation.

19         4.        On March 2, 2011, Mike Mohr (Quixtar's General Counsel), Jon Sherk (a senior

20  member of Quixtar's legal department), and I as Quixtar's lead trial counsel, and two

21  representatives from the Texas Attorney General's Office participated in an all-day, face-to-face

22  meeting in Austin, Texas, to discuss the proposed settlement agreement and the associated

23  consent judgment.

24         5.        Following the March 2 meeting in Austin, there were further negotiations

25  concerning the settlement agreement and the wording of the consent judgment.  During these

26  negotiations, the Texas Attorney General requested specific changes to the proposed settlement

27  agreement and the proposed consent judgment.

28         6.        I understand that Plaintiffs' counsel held separate discussions with the Texas

Attorney General about the settlement and the proposed forms of class notice.

1

2      7.     On April 27, 2011, there was a final negotiation session by telephone conference

3 call, this time including counsel for both Quixtar and Plaintiffs, and representatives of the Texas

4 Attorney General's office.

5      8.     As a result of the negotiations with the Texas Attorney General, Quixtar and

6 Plaintiffs agreed to a number of changes to the proposed settlement agreement, the proposed

7 consent judgment, and the proposed forms of class notice.

8

9      I declare under penalty of perjury that the foregoing is true and correct, and that this

10 Declaration was executed on May 20, 2011, in San Francisco, California.

11

12

13

*/s/ Cedric C. Chao*
Cedric C. Chao

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF CEDRIC C. CHAO ISO MOT. FOR PRELIM. APPROVAL OF AMENDED SETTLEMENT AGREEMENT
CASE NO. C 07-00201 SC
sf- 2996315

2