BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Pokorny, Larry Blenn, and Kenneth Busiere on behalf of themselves and those similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>Quixtar, Inc., et al.,<br><br>                    Defendants. | CASE NO. C 07-0201 SC<br><br>**APPLICATION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 11-5, Joshua Riley hereby requests the Court's permission to withdraw as counsel of record for Plaintiffs in this matter. Mr. Riley is resigning from his employment with Boies, Schiller, and Flexner, LLP, to serve as Counsel with the Senate Judiciary Committee. Notice of this application has been provided to the Named Plaintiffs and to opposing counsel in accordance with the requirements of Local Rule 11-5. Plaintiffs will continue to be represented by the remaining counsel of record in this matter. A proposed order granting this application is being filed herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2011           /s/ Joshua P. Riley
                                   Joshua P. Riley

BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Pokorny, Larry Blenn, and Kenneth Busiere on behalf of themselves and those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Quixtar, Inc., et al.,<br><br>　　　　　Defendants. | CASE NO. C 07-0201 SC<br><br>[~~PROPOSED~~] ORDER<br><br>**GRANTING APPLICATION TO WITHDRAW AS COUNSEL** |

THIS CAUSE comes before the Court on the Application to Withdraw as Counsel, submitted by Joshua Riley, Plaintiffs' counsel, on September 6, 2011. The Court has reviewed the file and is fully advised in the premises. It is hereby ORDERED AND ADJUDGED that the Application is GRANTED. The docket in this matter shall be updated accordingly to reflect that Joshua Riley no longer is counsel of record in this matter.

DONE AND ORDERED in Chambers in ~~Los Angeles~~ San Francisco, California on this __8__ day of __September__, 2011.

_____
Hon. Samuel Conti
United States District Judge

*IT IS SO ORDERED*