IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN, and KENNETH BUSIERE, on behalf of themselves and those similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>QUIXTAR INC., et al.,<br><br>      Defendants. | Case No. 07-0201 SC<br><br>ORDER REGARDING <u>SUPPLEMENTAL BRIEFING</u> |

On April 29, 2011, Plaintiffs Jeff Pokorny, Larry Blenn, and Kenneth Busiere ("Plaintiffs") and Defendants Quixtar Inc., et al. ("Defendants") filed a second Joint Motion for Settlement. ECF No. 162. On July 20, 2011, the Court issued an order requiring supplemental briefing to address a number of the Court's concerns about the fairness of the proposed settlement. ECF No. 196. On October 5, 2011, the Court granted Plaintiffs' unopposed motion for an extension of time to respond to the Court's supplemental briefing request. ECF No. 200.

The Court hereby ORDERS Plaintiffs to provide one additional item of information in their supplemental briefing. Specifically, Plaintiffs shall inform the Court whether the Honorable David Weinstein ("Judge Weinstein"), a retired judge

who has served as the parties' mediator during settlement negotiations, will be compensated from the settlement fund. If so, Plaintiffs shall provide the Court with appropriate documentation setting forth the compensation Judge Weinstein will receive and a detailed accounting of his services rendered. It is the Court's view that complete transparency as to the distribution of settlement funds is essential to evaluating the fairness of the proposed settlement.

IT IS SO ORDERED.

Dated: October 13, 2011

_____
UNITED STATES DISTRICT JUDGE