# EXHIBIT #5

IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF
JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

STUART H. SINGER (*Pro Hac Vice*)
CARLOS M. SIRES (*Pro Hac Vice*)
SIGRID S. MCCAWLEY (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
E-mail: csires@bsfllp.com
E-mail: smccawley@bsfllp.com

WILLIE E. GARY (*Pro Hac Vice*)
MARIA SPERANDO (*Pro Hac Vice*)
TRICIA P. HOFFLER (*Pro Hac Vice*)
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343
E-mail: weg@williegary.com
E-mail: mps@williegary.com
E-mail: mad@williegary.com

Attorneys for Plaintiffs
JEFF POKORNY, LARRY BLENN
and KENNETH BUSIERE

*Additional counsel for*
*Plaintiffs Jeff Pokorny, Larry Blenn and*
*Kenneth Busiere:*

DAVID BOIES (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

DAVID W. SHAPIRO (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JEFF POKORNY, LARRY BLENN
and KENNETH BUSIERE on behalf of
themselves and those similarly situated,

Plaintiffs,

v.

QUIXTAR INC., *et al.*,

Defendants.

Case No.    C 07-00201 SC

**DECLARATION OF**
**SIGRID S. MCCAWLEY**

I, Sigrid S. McCawley, declare:

DECLARATION OF SIGRID S. MCCAWLEY
CASE NO. C 07-00201 SC

1    1.   I am an attorney licensed to practice law in the State of Florida and before various
2    federal courts, and have been admitted pro hac vice in this matter.

3    2.   I am a partner in the law firm of Boies Schiller & Flexner ("BSF"), and I have
4    been actively involved in this case from the pre-case investigation to the present and have
5    regularly interacted with the named plaintiffs.

6    3.   This declaration is based on my personal knowledge, except where noted
7    otherwise.

8    4.   I provide this declaration pursuant to this Court's direction that Plaintiffs' counsel
9    provide an explanation of the work, efforts and hours spent by the named plaintiffs as a result of
10   their involvement in this case.

11   5.   The named plaintiffs in this case, Jeff Pokorny, Larry Blenn and Kenneth Busiere,
12   have played an extraordinarily active role in the litigation from the initial fact investigation
13   stages through the various court filings and hearings and ultimately during the settlement
14   negotiations.   The named plaintiffs in this case had the courage to stand up to this major
15   corporation with its massive following of IBOs and challenge what they believed to be wrongful
16   business practices, despite their fear of retaliation.

17   6.   The work that the named plaintiffs performed includes the following general
18   categories: (1) attending initial meetings with class counsel to discuss fact investigations; (2)
19   conducting fact investigation for class counsel which included reviewing a large volume of
20   Quixtar documents and electronic information as well as organizing, categorizing and
21   summarizing their documents and information; (3) gathering factual information from other
22   colleagues who were also involved with Quixtar; (4) assisting the attorneys with the review and
23   finalization of the initial pleadings and gathering information and documents to be used with the
24   initial pleadings; (5) engaging in numerous phone conferences with counsel over the course of
25   six years in order to assist in the case development and respond to factual inquiries from counsel;
26   (6) attending approximately five in person mediation sessions which required traveling to New
27   York and taking extensive time off from work; (7) attending oral argument in the Ninth Circuit

28

1    with counsel which involved travel and taking time off from work; and (8) reviewing and

2    commenting on certain case filings to ensure their accuracy.

3          7.    Mr. Pokorny estimates that he spent approximately 278 hours assisting the

4    lawyers with the case which includes (1) preparing for, attending , and traveling to and from five

5    mediation sessions at 20 hours each session, which includes time spent traveling to and from

6    mediation as well as preparation and attendance time totaling approximately 100 hours; (2)

7    initial case meetings of approximately 12 hours; (3) phone conference meetings over the last six

8    years for approximately 72 hours; (4) independent fact investigation, review of documents,

9    financials and discussions with other fact witnesses for approximately 80 hours over the course

10   of the litigation; (5) traveling to and from, preparing for, and attending oral argument in the

11   Ninth Circuit for approximately 8 hours; and (6) reviewing and conferring regarding certain case

12   filings for approximately 6 hours.

13         8.    Mr. Blenn estimates that he spent approximately 248 hours 1) preparing for,

14   attending, and traveling to and from five mediation sessions at 20 hours each session which

15   includes time spent traveling to and from mediation as well as preparation and attendance time

16   totaling approximately 100 hours; (2) initial case meetings of approximately 12 hours; (3) phone

17   conference meetings over the last six years for approximately 72 hours; (4) independent fact

18   investigation, review of documents, financials and discussions with other fact witnesses for

19   approximately 60 hours over the course of the litigation; and (5) reviewing and conferring

20   regarding certain case filings for approximately 4 hours.

21         9.    Mr. Busiere estimates that he spent approximately 233 hours 1) preparing for,

22   attending, and traveling to and from five mediation sessions at 20 hours each session, which

23   includes time spent traveling to and from mediation as well as preparation and attendance time

24   totaling approximately 100 hours; (2) initial case meetings of approximately 12 hours; (3) phone

25   conference meetings over the last six years for approximately 72 hours; (4) independent fact

26   investigation, review of documents, financials and discussions with other fact witnesses for

27   approximately 35 hours over the course of the litigation; (5) traveling to and from, preparing for,

28

DECLARATION OF SIGRID S. MCCAWLEY

1   and attending oral argument in the Ninth Circuit for approximately 10 hours; and (6) reviewing

2   and conferring regarding certain case filings for approximately 4 hours.

3       10.    The named plaintiffs played an incredibly active part in the settlement of the case.

4   Each settlement proposal was discussed with the named plaintiffs, who provided valuable input

5   in connection with the existing settlement structure that provides economic compensation for

6   IBOs who registered but then withdrew during their first year, for IBOs who purchased a

7   substantial amount of business support materials, and for the hardship fund for those IBOs who

8   suffered special damages. In addition, each of the named plaintiffs provided input on the

9   injunctive relief elements of the settlement.

10       11.    Each of the named plaintiffs had financially suffered as a result of their

11   involvement with Quixtar, including Mr. Blenn being financially hurt to the point of bankruptcy.

12   Despite already having suffered financially, the named representatives took time away from their

13   wage earning positions to assist in the litigation, including attending meetings, hearings and

14   mediations as explained in detail above.

15       12.    As a result of the significant effort put forth by the named representatives, if the

16   settlement is approved, plaintiffs' counsel will request an incentive award of $20,000.00 for each

17   of the three named plaintiffs.

18       13.    I declare under penalty of perjury that the foregoing facts are true and correct to

19   the best of my knowledge.

20       14.    Dated this 16<u>th</u> day of November, 2011 in Broward County, Florida.

21

22

23                           Sigrid S. McCawley, Declarant

24

25

26

27

28

DECLARATION OF SIGRID S. MCCAWLEY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2011, the foregoing has been

served via the CM/ECF system on counsel for Defendants at the following address:

| | |
|---|---|
| Cedric C. Chao<br>William L. Stern<br>James M. Schurz<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>cchao@mofo.com<br>wstern@mofo.com<br><br>*Attorneys for Defendant Quixtar Inc.* | Donald W. Carlson<br>Edward F. Donohue<br>CARLSON, CALLADINE & PETERSON, LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 391-3911<br>Facsimile: (415) 391-3898<br>dcarlson@ccplaw.com<br>edonohue@ccplaw.com<br><br>*Additional counsel for Defendants James Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C.* |
| James R. Sobieraj<br>Ralph J. Gabric<br>Julie L. Leichtman<br>BRINKS HOFER GILSON & LIONE<br>455 N. Cityfront Plaza Drive<br>Chicago, Illinois 60611<br>Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299<br>jsobieraj@usebrinks.com<br><br>*Attorneys for Defendant Quixtar Inc.* | J. William Blue, Jr.<br>NORTHEN BLUE, L.L.P.<br>1414 Raleigh Road, Suite 435<br>The Exchange At Meadowmont<br>Chapel Hill, NC 27517<br>Telephone: (919) 968-4441<br>Facsimile: (919) 942-6603<br>jwb@nbfirm.com<br><br>*Additional counsel for Defendants World Wide Group, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, Peggy Britt* |
| C. Matthew Andersen<br>WINSTON & CASHATT<br>1900 Bank of America Bldg.<br>601 W. Riverside<br>Spokane, WA 99201<br>Telephone: (509) 838-6131, (800) 332-0534<br>Facsimile: (509) 838-1416<br>cma@winstoncashatt.com<br><br>*Additional counsel for Defendants James Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C.* | Benjamin K. Riley<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br>Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999<br>rileyb@howrey.com<br><br>*Additional counsel for Defendants World Wide Group, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, Peggy Britt* |

/s/ Sigrid S. McCawley
*Attorney for Plaintiffs*

DECLARATION OF SIGRID S. MCCAWLEY