UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-201        Samuel Conti                DATE January 13, 2012
Case Number     Judge                       Time 45 minutes

Title:   JEFF POKORNY, et al.      vs    QUIXTAR, et al.

Attorneys: Stuart Singer           Cedric Chao
           David Shapiro           Bill Blue
           Lorenzo Williams        Will Stern
                                   Ben Riley
                                   Raj Chatterjee
                                   Matt Andersen
                                   Don Carlson

Deputy Clerk: T. De Martini        Court Reporter: Jim Yeomans

PROCEEDINGS

Joint Motion for Preliminary Approval of Amended Class Action Settlement. - Held

Within 10 days the parties are to submit to the Court:
 - Amended sample notices advising Class Members of their right to write a letter objecting to the proposed settlement.
 - English translation of the Spanish notice.
 - Updated proposed order granting preliminary approval of the settlement agreement.