# EXHIBIT A



# Invoice

625 MARQUETTE AVENUE, SUITE 880  
MINNEAPOLIS, MN 55402  
**P** 612.359.2000   I   **F** 612.359.2050  
WWW.RUSTCONSULTING.COM  
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | March 28, 2012 |
| INVOICE #: | 12-1244 |
| MATTER #: | 294200 |

**TO:** William T. Dzurilla, Partner  
Boies, Schiller & Flexner LLP  
401 East Las Olas Blvd. Suite 1200  
Fort Lauderdale, FL  33301  
wd'zurilla@BSFLLP.com

William Stern  
WStern@mofo.com

Raymond Hasu  
RHasu@mofo.com

| **PROJECT** |
|---|
| *Pokorny v Quixtar* |
| *Initial Administrative Services* |

## Legal Notification
### INITIAL NOTICE

| | | | | | |
|---|---|---|---|---|---|
| Send Email Notice | 1,080,000 | Emails | $0.02 | $ | 21,600.00 |
| Print and Mail Postcard Notice | 1,294,335 | Notices | $0.05 | | 64,716.75 |
| Postage | 1,294,335 | Notices | $0.23 | | 297,697.05 |
| | | | | $ | 384,013.80 |

| | | |
|---|---|---|
| Total Invoice | $ | 384,013.80 |

**WIRE INFORMATION**  
ACCOUNT #: 8093434387  
ABA/ROUTING # WIRE or ACH: 111014325  
BANK: BANK OF TEXAS, DALLAS, TX 75225  
BANK CONTACT: MAYRA LANDEROS  214.987.8817  
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**