United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN, and KENNETH BUSIERE, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>QUIXTAR INC., et al.,<br><br>        Defendants. | Case No. 07-0201-SC<br><br>ORDER GRANTING MOTION FOR APPROVAL OF REMINDER NOTICE |

This Order assumes familiarity with the facts and procedural posture of this putative class action, which has been preliminarily approved for settlement. ECF No. 216. Plaintiffs Jeff Pokorny, Larry Blenn, and Kenneth Busiere ("Plaintiffs") seek the Court's leave to send, via email, a notice that reminds class members that their deadline to file claims is approaching. ECF Nos. 228 ("Reminder Mot."); 228-1 ("Reminder Email"). The Court previously set this matter for hearing on August 31, 2012. Reminder Mot. at 1. Because the deadline is August 17, id. at 2, Plaintiffs sought and received leave for an expedited hearing, which is scheduled for July 27, 2012. ECF No. 230.

On July 20, Defendants filed a response to the Reminder Motion in which they declined to oppose the motion and "defer[red] to the

Court's judgment as to whether a reminder notice is appropriate." ECF No. 231 at 2. The Court determines that it is. The Court acknowledges Defendant's statement that 98 percent of class members have already been contacted either through email or postcard, id., but the Court is also cognizant that this contact occurred in mid-April, nearly four months before the deadline, Reminder Mot. at 1. Common sense suggests that a reminder notice received weeks before the deadline will spur potential claimants to exercise their rights under the settlement more effectively than a notice delivered months beforehand. Furthermore, a reminder is particularly appropriate in light of the proportionally minimal expense involved. The class administrator estimates that sending the reminder emails will cost $22,000. Reminder Mot. at 2. This sum is de minimis in the context of an eight-figure settlement such as this.

Because the Reminder Motion is unopposed, the Court, having reviewed the papers and for good cause shown, GRANTS the Reminder Motion. The hearing set for July 27, 2012, is VACATED.

IT IS SO ORDERED.

Dated: July 20, 2012

UNITED STATES DISTRICT JUDGE