# EXHIBIT 2

| | |
|---|---|
| To: | |
| From: | Amway/Quixtar Settlement Administrator |
| Subject: | Update to Amyway/Quixtar Settlement: Eligibility for Benefits Broadened, Deadline Extended, Payouts Possibly Increasing |

****************

**Former Amway/Quixtar Distributors Can Get Additional Benefits from a Court-Approved Settlement**
<u>*Even if You Have Not Previously Filed a Claim*</u>.

Si Usted fue Distribuidor de Amway/Quixtar, Podrá Obtener Beneficios del Acuerdo Logrado a Partir de una Demanda Colectiva
<u>**Aunque No Sometiste Un Reclamo Anteriormente**</u>

Para una Notificación en Español, Llame el 1-888-334-6149 o Visite www.QuixtarClass.com
****************
*A federal court authorized this Notice. This is not a solicitation from a lawyer or advertising by Quixtar.*

Records show that you are a current or former Amway/Quixtar distributor ("IBO"). Former IBOs can get benefits from a Settlement providing $34 million in cash and $21 million (retail value) in free products from Quixtar. Initially, eligible claimants had until August 17, 2012 to file a claim to receive cash or free products. However, after accounting for the claims that have already been filed, there is excess cash and products in the Settlement Funds.

The Court in charge of this case has decided to distribute the excess cash and products to members of the class, to broaden eligibility, and to allow for the possibility of substantially higher benefits.

- Eligible claimants who have not already filed a claim have until [DATE] to file a claim.
- Eligible claimants who filed a claim or responded to the prior notice do not have to do anything to get additional cash or products. However, if you filed a hardship claim (Section IV of the prior Claim Form), you will need to provide additional documentation if the Claims Administrator requests it.

**Eligibility has been broadened in two ways.** (1) Former IBOs who have not already filed a claim for a product bundle may now submit a claim regardless of the length of time they were an IBO, and (2) Former IBOs who have not filed a claim for Business Support Materials ("BSM") expenditures may now submit a claim with only their own signed statement as evidentiary support (no other documents are required).

**Claimants (both those who previously filed claims and those who will file new claims) may now receive higher benefits.** Based on current estimates of the number of new claims that will be filed in response to this notice, product bundles may have a retail value of approximately $150 (increased from $75). However, the value of the product bundles may be greater or possibly lower based on the number of new claims. Claims for BSM expenditures may be paid at higher than 20% but again may be greater or possibly lower based on the number of new claims.

More information about the Settlement, how to file a Claim, and your other rights can be found at www.QuixtarClass.com or by calling 1-888-334-6149.

If you have any questions, the Court has appointed the law firms of Boies, Schiller & Flexner LLP and Gary, Williams, Parenti, Watson & Gary, P.L. as "Class Counsel" to represent you and the Class. You may contact these law firms by telephone at (888) 822-1270 or by email at QuixtarClassCounsel@bsfllp.com.

Go to www.QuixtarClass.com for more information and to file a claim online.