# EXHIBIT 5

David W. Shapiro (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

David Boies, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

Stuart H. Singer, Esq. (*Pro Hac Vice*)
Carlos M. Sires, Esq. (*Pro Hac Vice*)
Sigrid S. McCawley, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
E-mail: csires@bsfllp.com
E-mail: smccawley@bsfllp.com

Willie E. Gary, Esq. (*Pro Hac Vice*)
GARY, WILLIAMS, PARENTI,
WATSON & GARY, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343
E-mail: weg@williegary.com

*Attorneys for Plaintiffs Jeff Pokorny, Larry Blenn and Kenneth Busiere*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Jeff Pokorny, Larry Blenn, and Kenneth Busiere, on behalf of themselves and those similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Quixtar, Inc.,<br><br>　　　　Defendants. | **CASE NO. C 07-0201 SC**<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, ADOPTING JOINT PROPOSAL FOR DISTRIBUTION OF EXCESS, AND ADOPTING PROPOSED CONSENT JUDGMENT AND DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>DATE:　November 16, 2012<br>TIME:　10:00 a.m.<br>CTRM:　The Honorable Samuel Conti |

The Court, having considered: (1) the Class Action Amended Settlement Agreement, dated April 29, 2011, including all exhibits thereto; (2) Plaintiffs' and Quixtar's Joint Motion for Final Approval of Settlement, and their Joint Proposal for Distribution of Excess, filed on October 12, 2012, (3) all of the supporting materials submitted in connection with this Motion; and (4) all objections to the Motion; and having held a Hearing on November 16, 2012 and having considered the record of those proceedings, the representations and arguments of counsel, the Court hereby ORDERS that:

1. the Joint Motion for Final Approval of Settlement is GRANTED, and the Amended Settlement Agreement is APPROVED as fair, reasonable and adequate,
2. the Settlement Class preliminary certified in this Court's Order of February 21, 2012, is now CERTIFIED in accordance with Rule 23, Fed.R.Civ.Proc.,
3. the Plaintiffs' Proposal for distribution of excess cash and products is APPROVED, and the Claims Administrator is authorized to send the proposed notices as soon as possible, and
4. the proposed Consent Judgment and Dismissal of all Claims with Prejudice is APPROVED and shall be entered by the Court.

IT IS SO ORDERED this ___ day of _____, 2012.

_____
Hon. Samuel Conti
United States District Judge

---

CASE NO. C 07-0201 SC     [PROPOSED] **ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, ADOPTING JOINT PROPOSAL FOR DISTRIBUTION OF EXCESS, AND ADOPTING PROPOSED CONSENT JUDGMENT**