IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN, and KENNETH BUSIERE, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>QUIXTAR INC., et al.,<br><br>    Defendants. | Case No. 07-0201-SC<br><br>ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT; APPROVING JOINT PROPOSAL FOR DISTRIBUTION OF EXCESS; DEFERRING RULING ON MOTION FOR ATTORNEY FEES; ORDERING FILING OF JOINT STATEMENT RE SPECIAL <u>MASTER'S DUTIES</u> |

    The Court, having considered: (1) the Class Action Amended Settlement Agreement, dated April 29, 2011, including all exhibits thereto (ECF No. 162-2 ("ASA")); (2) Plaintiffs' Motion for Final Approval of Settlement, and Plaintiffs' and Quixtar's Joint Proposal for Distribution of Excess, filed on October 12, 2012 (ECF No. 241 ("Motion")) and Quixtar's Memorandum in Support of the Motion (ECF No. 242 ("Quixtar Memo."); (3) all of the supporting materials submitted in connection with the Motion; (4) all objections to the Motion; and having held a hearing on November 16, 2012 and considered the record of those proceedings and the representations and arguments of counsel, the Court hereby ORDERS that:

1. the Motion is GRANTED, and the ASA is APPROVED as fair, reasonable and adequate;

2. the Settlement Class preliminarily certified in this Court's Order of February 21, 2012 (ECF No. 216) is now CERTIFIED in accordance with Federal Rule of Civil Procedure 23;

3. the Joint Proposal for distribution of excess cash and products, as set forth in the Motion at pages 8-9 and the Quixtar Memorandum at pages 14-16, is APPROVED, and the Claims Administrator is authorized to send the proposed supplemental notices as soon as possible, and

4. the proposed Consent Judgment and Dismissal of all Claims with Prejudice is APPROVED and shall be entered by the Court.

The Court DEFERS consideration of Plaintiffs' unopposed motion for attorney fees, ECF No. 225, until such time as the Court is satisfied that the proposal for distribution of excess has been effected and a plan for equitable distribution of the settlement proceeds has been adduced and finalized.

The Court shall issue a separate order appointing as Special Master the Honorable James Larson, United States Magistrate Judge (Retired), to administer special hardship claims, pursuant to section 6.1.2 of the ASA and Federal Rule of Civil Procedure 53(a).

The parties acknowledge that the ASA authorizes the Court to modify the distribution of cash and products to qualified claimants so that such distributions are made in the most equitable manner, notwithstanding the limitations set forth in the ASA. Motion at 9 (citing ASA §§ 6.1.5, 6.2.4); Quixtar Memo. at 14 (same). The Court ORDERS the parties to submit a single, joint statement indicating whether the parties consent to having the Special Master

2

issue a report with recommendations on how to effect the final distribution of cash and products, consistent with the terms of the ASA and the Court's own powers, as well as reports with recommendations on any motions that may later be filed.[1]

The joint statement should also clarify which standard of review the parties propose for the Special Master's recommended factual findings. <u>See</u> Fed. R. Civ. P. 53(f)(3).

The joint statement shall not exceed five (5) pages and shall be filed within ten (10) days of the signature date of this Order.

IT IS SO ORDERED.

Dated: November 30, 2012

_____
UNITED STATES DISTRICT JUDGE

---

[1] The pending motion for attorney fees will not be referred to the Special Master.