STUART H. SINGER (*Pro Hac Vice*)
CARLOS M. SIRES (*Pro Hac Vice*)
SIGRID S. MCCAWLEY (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
E-mail: csires@bsfllp.com
E-mail: smccawley@bsfllp.com

WILLIE E. GARY (*Pro Hac Vice*)
GARY, WILLIAMS, LEWIS, &
WATSON, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343
E-mail: weg@williegary.com

Attorneys for Plaintiffs
JEFF POKORNY, LARRY BLENN
and KENNETH BUSIERE

CEDRIC C. CHAO (CA SBN 76045)
WILLIAM L. STERN (CA SBN 96105)
S. RAJ CHATTERJEE (CA SBN 177019)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: cchao@mofo.com
E-mail: wstern@mofo.com
E-mail: schatterjee@mofo.com

JAMES R. SOBIERAJ (*Pro Hac Vice*)
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: 312.321.4200
Facsimile: 312.321.4299
E-mail: jsobieraj@usebrinks.com

Attorneys for Defendant
QUIXTAR INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN and KENNETH BUSIERE on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUIXTAR INC.,<br><br>Defendant. | Case No. C 07-00201 SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND DEFENDANT QUIXTAR'S JOINT MOTION TO MODIFY THE COURT'S DECEMBER 27, 2012 ORDER APPOINTING SPECIAL MASTER** |

1

*Additional counsel for
Plaintiffs Jeff Pokorny, Larry Blenn and
Kenneth Busiere:*

2

3

DAVID BOIES (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

4

5

6

7

DAVID W. SHAPIRO (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY DEC. 27, 2012 ORDER
CASE NO. C 07-00201 SC
sf-3237619

The Court, having considered Plaintiffs' and Quixtar's Joint Motion to Modify the Court's December 27, 2012 Order Appointing Special Master ("Joint Motion"), and

Good cause appearing therefor;

IT IS HEREBY ORDERED that:

The Joint Motion is GRANTED.

Paragraph 5 of the December 27, 2012 Order shall be and hereby is modified to read as follows:

> 5. <u>Fairness Considerations</u>. Pursuant to Rule 53(a)(3), the Court has considered the fairness of paying the likely fees and expenses of the Special Master from the Cash Fund. The Court believes that the appointment and use of the Special Master will materially advance the litigation, thereby achieving considerable cost-savings to all parties. Moreover, the Court notes that the parties' ASA specifically contemplates appointment of a Special Master, that the parties have consented to the Special Master's appointment, and that the ASA provides that the Special Master's costs shall be paid from the Cash Fund, as discussed in paragraph 13 herein. The Court will protect against unreasonable fees, expenses, and delay through review and approval of the Special Master's work plan, fee proposal, budget, and invoices, and through regular communication with the Special Master.

Paragraph 8 of the December 27, 2012 Order shall be and hereby is modified to read as follows:

> 8. <u>Scope of Special Master's Duties</u>. Pursuant to Rule 53(b)(2)(A), the Special Master shall assist the Court with matters such as: administering special hardship claims, including assessing whether supporting documentation is sufficient and adjudicating the appropriate dollar value of each claim, pursuant to section 6.1.2 of the ASA; preparing a report with recommendations as to whether the current limit on individual special hardship awards or the current limit on aggregate special hardship payments should be amended and with recommendations on how to effect the final distribution of cash and products, consistent with the terms of the ASA and the Court's own powers; preparing reports with recommendations on any motions that may later be filed; determining any issue of law or fact necessary to discharging the foregoing duties, subject to review as provided in paragraphs 15 through 19; and other matters in which the Court wishes to utilize his services.

Paragraph 13 of the December 27, 2012 Order shall be and hereby is modified to read as follows:

> 13. <u>Compensation</u>. Pursuant to Rules 53(b)(2)(E) and 53(g), the parties shall confer with the Special Master to set his rates. The Special Master may hire or employ, at a reasonable rate, other personnel to assist in completion of the duties set forth in this Order, and the Special Master shall be reimbursed for payments made to such personnel as part of his expenses. The Special Master, having initially conferred with the parties on these and other issues on January 18, 2013, shall prepare a work plan, fee proposal, and budget for the parties' review and the Court's approval. The Special Master shall prepare a monthly invoice for his fees and expenses, which shall be paid from the Cash Fund established pursuant to the ASA. Upon approval by the Court, the parties shall promptly direct the Escrow Agent to pay such invoices.

IT IS SO ORDERED.

Dated: January 31, 2013

_____
HON. SAMUEL CONTI
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY DEC. 27, 2012 ORDER
CASE NO. C 07-00201 SC
sf-3237619