David W. Shapiro (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

David Boies, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

Stuart H. Singer, Esq. (*Pro Hac Vice*)
Carlos M. Sires, Esq. (*Pro Hac Vice*)
Sigrid S. McCawley, Esq. (*Pro Hac Vice)*
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
E-mail: csires@bsfllp.com
E-mail: smccawley@bsfllp.com

Willie E. Gary, Esq. (*Pro Hac Vice*)
GARY, WILLIAMS, PARENTI,
WATSON & GARY, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343
E-mail: weg@williegary.com

*Attorneys for Plaintiffs Jeff Pokorny, Larry Blenn and Kenneth Busiere*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Jeff Pokorny, Larry Blenn, and Kenneth Busiere, on behalf of themselves and those similarly situated,

Plaintiffs,

v.

Quixtar, Inc.,

Defendant.

**CASE NO. C 07-0201 SC**

**NOTICE RE:**

**ENTRY OF FINAL JUDGMENT**

**PLEASE TAKE NOTICE THAT** on January 31, 2013, the United States District Court, Northern District of California entered a Consent Judgment and Dismissal of All Claims with Prejudice ("Final Judgment") in the *Pokorny v. Quixtar* matter. (Dkt. No. 259.) On February 1, 2013, the Final Judgment was posted on the settlement website http://www.quixtarclass.com. A true and correct copy of the Final Judgment is attached as EXHIBIT 1.

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any appeal of this judgment must be filed with the district clerk within 30 days after entry of the judgment.

Dated: February 13, 2013

Respectfully submitted,

By: /s/ Stuart Singer
*Attorney for Plaintiffs*

David W. Shapiro (CA SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: dshapiro@bsfllp.com

Stuart H. Singer, Esq. (*Pro Hac Vice*)
Carlos M. Sires, Esq. (*Pro Hac Vice*)
Sigrid S. McCawley, Esq. (*Pro Hac Vice)*
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
E-mail: csires@bsfllp.com
E-mail: smccawley@bsfllp.com

David Boies, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

Willie E. Gary, Esq. (*Pro Hac Vice*)
GARY, WILLIAMS, PARENTI,
WATSON & GARY, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343
E-mail: weg@williegary.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2013 the foregoing was served via the **CM/ECF** system on counsel for Defendants at the following address:

| | |
|---|---|
| Cedric C. Chao<br>William L. Stern<br>James M. Schurz<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>cchao@mofo.com<br>wstern@mofo.com<br><br>*Attorneys for Defendant Quixtar Inc.* | Donald W. Carlson<br>Edward F. Donohue<br>CARLSON, CALLADINE & PETERSON, LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 391-3911<br>Facsimile: (415) 391-3898<br>dcarlson@ccplaw.com<br>edonohue@ccplaw.com<br><br>*Additional counsel for Defendants James Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C.* |
| James R. Sobieraj<br>Ralph J. Gabric<br>Julie L. Leichtman<br>BRINKS HOFER GILSON & LIONE<br>455 N. Cityfront Plaza Drive<br>Chicago, Illinois 60611<br>Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299<br>jsobieraj@usebrinks.com<br><br>*Attorneys for Defendant Quixtar Inc.* | J. William Blue, Jr.<br>NORTHEN BLUE, L.L.P.<br>1414 Raleigh Road, Suite 435<br>The Exchange At Meadowmont<br>Chapel Hill, NC 27517<br>Telephone: (919) 968-4441<br>Facsimile: (919) 942-6603<br>jwb@nbfirm.com<br><br>*Additional counsel for Defendants World Wide Group, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, Peggy Britt* |
| C. Matthew Andersen<br>WINSTON & CASHATT<br>1900 Bank of America Bldg.<br>601 W. Riverside<br>Spokane, WA 99201<br>Telephone: (509) 838-6131, (800) 332-0534<br>Facsimile: (509) 838-1416<br>cma@winstoncashatt.com<br><br>*Additional counsel for Defendants James Ron Puryear, Georgia Lee Puryear, World Wide Group, L.L.C.* | Benjamin K. Riley<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br>Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999<br>rileyb@howrey.com<br><br>*Additional counsel for Defendants World Wide Group, L.L.C., American Multimedia Inc., Britt Management, Inc., Bill Britt, Peggy Britt* |

/s/ Stuart Singer
*Attorney for Plaintiffs*

I certify that the additional parties (Objectors) were served the foregoing on February 13, 2013 at the following addresses:

| | |
|---|---|
| Via CM/ECF & U.S. Mail<br><br>Joseph Darrell Palmer (SBN 125147)<br>E-Mail: darrell.palmer@palmerlegalteam.com<br>Law Offices of Darrell Palmer PC<br>603 North Highway 101, Ste. A<br>Solana Beach, California 92075<br>Telephone: (858) 792-5600<br>Facsimile: (858) 792-5655<br><br>Christopher A. Bandas (*Pro Hac Vice* Pending)<br>E-Mail: cbandas@bandaslawfirm.com<br>Bandas Law Firm, PC<br>500 N. Shoreline Avenue, #1020<br>Corpus Christi, Texas 78401<br>Telephone: (361) 698-5200<br>Facsimile: (361) 698-5222<br><br>*Attorneys for Objectors Maria H. Wong And Maria E. Juarez* | Via U.S. Mail<br><br>Michael Hambruch (*Objector)*<br>125 Grandview Ave.<br>Buffalo, NY 14223<br><br>Via U.S. Mail<br><br>Michelle and Robert Szynskie (*Objector)*<br>P.O. Box 1101<br>Frederick, CO 80530<br><br>Via U.S. Mail<br><br>Deanna Jaramillo (*Objector)*<br>4 Day Lily<br>Peralta, NM 87042<br><br>Via U.S. Mail<br><br>Dennis Obado (*Objector)*<br>1034 Edpas Road<br>New Brunswick, NJ 08901 |
| Via U.S. Mail<br><br>Sandra Frazier (*Objector)*<br>1504 Tyler Circle, Apt. 49<br>Woodbridge, VA 22191 | Via U.S. Mail<br><br>Grant Nagata (*Objector)*<br>Nagata Business Group<br>793 Ainaola Drive<br>Hilo, HI 96720 |
| Via U.S. Mail<br><br>Bruce and Mary Miller (*Objector)*<br>948 McClellan Street<br>Lake Orion, MI 48362 | Via U.S. Mail<br><br>Gary Gentry (*Objector)*<br>135 County Road 4380<br>Decatur, TX 76234 |
| Via U.S. Mail<br><br>Richard and Loreen Eckenwiler (*Objector)*<br>19163 Briarwood Lane<br>Clinton Twp, MI 48036 | Via U.S. Mail<br><br>Zechariah Fritz (*Objector)*<br>P.O. Box 39<br>Rye, CO 81069 |
| Via U.S. Mail<br><br>William J. Cullins (*Objector)*<br>17837 1st Avenue So., #201<br>Normandy Park, WA 98148 | Via U.S. Mail<br><br>P. Shane Hayes (*Objector)*<br>22393 Maple Street<br>St. Clair Shores, MI 48081 |

| Via U.S. Mail<br><br>Frank and Jeanie Akridge (*Objector)*<br>Freedom Consultants LLC<br>2009 Macarthur Drive, Bldg. 8, Suite 1<br>Alexandria, LA 71303 | Via U.S. Mail<br><br>Jeremy Daniel Thomas (*Objector)*<br>2151 Methodist Camp Loop<br>Minden, LA 71055 |
|---|---|
| Via U.S. Mail<br><br>Virgil and Darlene Hill (*Objector)*<br>4717 Olive Branch Stonelick Rd.<br>Batavia, OH 45103 | Via U.S. Mail<br><br>Mike & Evie Bitondo (*Objector*)<br>2020 Darwin Road<br>Pinckney, MI 48169 |
| Via Fed Ex<br><br>Danice Johnson (*Objector)*<br>3241 Portside Lane<br>Plano, TX 75023 | |

/s/ Stuart Singer____________
*Attorney for Plaintiffs*