**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| | ) Case No. 07-0201 SC |
| JEFF POKORNY, LARRY BLENN, and | ) ORDER RE: DISTRIBUTION OF |
| KENNETH BUSIERE, on behalf of | ) EXCESS AND EQUITABLE |
| themselves and those similarly | ) DISTRIBUTION OF SETTLEMENT |
| situated, | ) <u>PROCEEDS</u> |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| QUIXTAR, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On November 30, 2012, the Court issued an order in the above-captioned matter that, among other things, deferred its ruling on Plaintiffs' unopposed motion for attorneys' fees, ECF NO. 225, "until such time as the Court is satisfied that the proposal for distribution of excess has been effected and a plan for equitable distribution of the settlement proceeds has been adduced and finalized."  ECF No. 246.

Since that time, the Court has entered the parties' consent judgment under Rule 54(b), approved the Plaintiffs' proposal for the distribution of excess, and approved the parties' Amended

Settlement Agreement.  Further, the March 15 deadline for hardship claimants to file additional information for their claims has now passed, and this case's Special Master, Hon. James Larson, is administering those claims.

The Court now requests that Plaintiffs prepare a short summary of the progress of the distribution of excess and equitable distribution of the settlement proceeds, in light of the Court's prior order on Plaintiffs' motion for fees and the Court's future consideration of said motion.  See ECF Nos. 225, 246.

The deadline for Plaintiffs' report will be fourteen (14) days from this Order's signature date.


IT IS SO ORDERED.


Dated: March 26, 2013

_____
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2