IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF POKORNY, LARRY BLENN, and KENNETH BUSIERE, on behalf of themselves and those similarly situated,

        Plaintiffs,

  v.

QUIXTAR, INC., et al.,

        Defendants.

Case No. 07-0201 SC

ORDER RE: VERIFICATION OF CERTAIN BSM CLAIMS

On April 9, Plaintiffs submitted a status report on the settlement in the above-captioned matter. ECF No. 274 ("Report"). Plaintiffs also requested that the Court approve the printing and mailing of a notice requesting signed, itemized declarations from the new group of 32,153 Business Support Materials ("BSM") claimants. See id. at 2-3. This Order concerns the latter request.

Per an earlier order from the Court regarding the distribution of excess, ECF No. 246, these new BSM claimants (along with others) were permitted via mailed notice to file new claims with expanded

eligibility and lesser proof requirements. The new notice did not require the new BSM claimants to file supporting documentation but did provide that Rust Consulting, the Claims Administrator in this matter, could request additional information from the claimants. ECF No. 241-5 at 2, 6. There are 3,200 claimants who, in response to this most recent notice, have filed requests for claims over $5,000 and might therefore be eligible for cash payments of over $1,000 per the terms of the settlement. Report at 3. Class counsel now proposes that these 3,200 claimants be mailed requests for signed, itemized declarations in support of their claims, at the cost of "about $16,000." Id. Counsel accordingly requests that the Court approve the proposed letter and form declaration, as well as the costs of printing and mailing these documents. Id.

    Having duly considered the Report and class counsel's proposal, the Court APPROVES AND ADOPTS class counsel's proposed letter and form declaration. The Claims Administrator is DIRECTED to send the proposed letter and form declaration to all claimants responding to the January 2013 notice who have not already submitted supporting documentation and who have filed claims over $5,000 in BSM losses ("Section III claims"). However, class counsel is directed to reduce the amount of fees it requests in this action by $16,000 -- the cost of the notices' printing and mailing. That amount is not to be paid as an expense from the settlement cash fund. While it is a necessary cost, these new declarations could have been considered, planned, and included earlier, without additional cost to the class members.

    Separately, the Court awaits class counsel's updates on the status of the back-ordered or unavailable Quixtar items for

claimants from the product fund, on the status of the objectors' appeal to the Ninth Circuit, and on class counsel's ongoing negotiations on the Claims Administrator's fee reductions.  Class counsel should submit this information to the Court as it becomes available.

    IT IS SO ORDERED.

Dated: April 17, 2013



UNITED STATES DISTRICT JUDGE