# EXHIBIT A



# Invoice

12-162+A1
625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000  I  F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | February 11, 2013 |
| INVOICE #: | 13-1005 |
| MATTER #: | 294200 |

**TO:** William T. Dzurilla, Partner  
Boies, Schiller & Flexner LLP  
401 East Las Olas Blvd. Suite 1200  
Fort Lauderdale, FL  33301  
wd'zurilla@BSFLLP.com

William Stern  
WStern@mofo.com

Raymond Hasu  
RHasu@mofo.com

| **PROJECT** |
|---|
| *Pokorny v Quixtar* |
| *January 2013 Administration Services* |

| | | |
|---|---|---|
| Legal Notification | $ | 568,938.72 |
| Claims Processing | | 33,455.90 |
| Call Center | | 184,567.46 |
| Project Management | | 3,516.43 |
| Technical Consulting | | 10,132.99 |
| Expenses: Other Charges and Out-of-pocket Costs | | 6,975.43 |
| Subtotal | $ | 807,586.93 |
| Less Invoice 99-064 | | (423,331.51) |
| Total Invoice | $ | 384,255.42 |

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**LOCKBOX MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589



| | | |
|---|---|---|
| DATE: | 02/11/13 |
| INVOICE #: | 13-1005 |
| MATTER #: | 294200 |

## INVOICE REMITTANCE

Current Invoice Period:     January 2013 Administration Services

**Amount Due This Period**                                                          $ 384,255.42

OUTSTANDING INVOICES:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 12/19/13 | 99-064 | 423,331.51 | (339,168.53) | 84,162.98 |
| 01/14/13 | 12-2538 | 19,763.75 | - | 19,763.75 |
| | | | | - |

PREVIOUS BALANCE DUE                                                          $ 103,926.73

**Total Amount Due**                                                          $ 488,182.15

**WIRE INFORMATION**  
ACCOUNT #: 8093434387  
ABA/ROUTING # WIRE or ACH: 111014325  
BANK: BANK OF TEXAS, DALLAS, TX 75225  
BANK CONTACT: MAYRA LANDEROS  214.987.8817  
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**



| | DATE: | 02/11/13 |
|---|---|---|
| | INVOICE #: | 13-1005 |
| | MATTER #: | 294200 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

## Legal Notification

### RE-NOTICE

| | | | |
|---|---|---|---|
| Send Email Notice | 980,056 | 0.02 | 19,601.12 |
| Print and Mail Postcard Notice | 1,810,495 | 0.05 | 90,524.75 |
| Postage (all mailings) | | | 449,658.75 |

### FOLLOW-UP TO INITIAL NOTICE

| | | | |
|---|---|---|---|
| Receive Undeliverable Mail and Update Database | 13,974 | 0.15 | 2,096.10 |
| Print and Mail Full Length Notices | 3,454 | 2.00 | 6,908.00 |

### WEBSITE

| | | | |
|---|---|---|---|
| Monthly Maintenance/Hosting | 1 | 150.00 | 150.00 |
| | | **SUBTOTAL** | **568,938.72** |

## Claims Processing

### OPT-OUTS AND CORRESPONDENCE

| | | | |
|---|---|---|---|
| Receipt | 1,599 | 0.40 | 639.60 |
| Process | 1,599 | 5.50 | 8,794.50 |

### HARD COPY CLAIM FORMS

| | | | |
|---|---|---|---|
| Receipt - Claim Form | 2,022 | 0.40 | 808.80 |
| Receipt - Supporting Documentation | 2,022 | 0.15 | 303.30 |
| Data Capture | 2,022 | 1.00 | 2,022.00 |
| Validation | | | 8,957.10 |

### ONLINE CLAIM FORMS

| | | | |
|---|---|---|---|
| Download Forms from Website & Update Database | 17,058 | 0.15 | 2,558.70 |

### PROCESS DEFICIENT CLAIM FORMS

| | | | |
|---|---|---|---|
| Generate Cure Letter and Mail | 3,413 | 2.70 | 9,215.10 |
| Receive Response, Process and Update Database | 98 | 1.60 | 156.80 |
| | | **SUBTOTAL** | **33,455.90** |

## Call Center

| | | | |
|---|---|---|---|
| Live Support | | | 107,322.87 |
| Interactive Voice Response (Q&A only) | 147,712.07 | 0.39 | 57,607.71 |
| Notice Requests | 4,639 | 1.40 | 6,494.60 |
| 800# Charges | 119,475.24 | 0.11 | 13,142.28 |
| | | **SUBTOTAL** | **184,567.46** |

```
                                                   Inv#      131005
                                                   Date      Feb 11, 2013
                                                   Client Number  2942




Re:    Quixtar - Other                                             294208

For Professional Services Rendered:


     TIMEKEEPER                      RATE        HOURS         FEES
     Amy Wedeking          AW       90.00        14.58       1,312.20
     Joan Hale             JH      142.00         1.75         248.50
     JoAnn Graf            JG      164.00        45.10       7,396.40

Total Fees:                                                  8,957.10


     01/02/13  JG   Validation                    1.50         246.00
     01/02/13  AW   Validation                    0.67          60.30
     01/03/13  JG   Validation                    2.50         410.00
     01/03/13  AW   Validation                    0.58          52.20
     01/04/13  JH   Validation                    1.75         248.50
     01/04/13  JG   Validation                    2.25         369.00
     01/07/13  JG   Validation                    1.00         164.00
     01/08/13  JG   Validation                    1.25         205.00
     01/09/13  JG   Validation                    2.75         451.00
     01/10/13  JG   Validation                    4.35         713.40
     01/11/13  JG   Validation                    6.50       1,066.00
     01/14/13  JG   Validation                    2.25         369.00
     01/16/13  JG   Validation                    1.00         164.00
     01/21/13  JG   Validation                    1.75         287.00
     01/22/13  JG   Validation                    2.50         410.00
     01/23/13  JG   Validation                    3.25         533.00
     01/23/13  AW   Validation                    4.00         360.00
     01/24/13  JG   Validation                    3.25         533.00
     01/24/13  AW   Validation                    2.33         209.70
     01/25/13  AW   Validation                    2.00         180.00
     01/28/13  AW   Validation                    2.00         180.00
     01/30/13  JG   Validation                    5.75         943.00
     01/30/13  AW   Validation                    3.00         270.00
     01/31/13  JG   Validation                    3.25         533.00



  Total Services                                             8,957.10
```

```
                                            Inv#       131005
                                            Date       Feb 11, 2013
                                            Client Number  2942

Total Expenses                                                  .00
                                                       --------------

Total This Matter                                           8,957.10
                                                       --------------
```

```
                                            Inv#       131005
                                            Date       Feb 11, 2013
                                            Client Number  2942




Re:    Quixtar - Project Management                              294206

For Professional Services Rendered:


   TIMEKEEPER                      RATE        HOURS         FEES
   Amy Wedeking          AW       90.00         6.92        622.80
   Jason Stinehart       JMS     192.00        13.64      2,618.88
   Kathy Kieffer         KK       93.00         0.75         69.75
   Patricia Ernste       PE      164.00         1.25        205.00

Total Fees:                                              3,516.43


 01/02/13   KK    Project Accounting & Administration    0.25        23.25
 01/02/13   AW    Project Planning                       0.67        60.30
 01/03/13   JMS   Notice - Coordinate Print & Mail       0.48        92.16
 01/03/13   AW    Project Planning                       1.00        90.00
 01/04/13   JMS   Notice - Coordinate Print & Mail       0.64       122.88
 01/04/13   PE    Project Setup                          0.75       123.00
 01/04/13   AW    Project Planning                       0.50        45.00
 01/07/13   AW    Status Reporting                       0.33        29.70
 01/07/13   AW    Opt-Outs & Correspondence -            0.17        15.30
                  Receive and Process Mail
 01/08/13   JMS   Call Center - Scripting                0.53       101.76
 01/08/13   PE    Doc Mgmt - Specifications              0.50        82.00
 01/09/13   AW    Quality Assurance                      0.50        45.00
 01/10/13   JMS   Notice - Coordinate Print & Mail       1.00       192.00
 01/14/13   JMS   Notice - Coordinate Print & Mail       1.16       222.72
 01/14/13   KK    Project Accounting & Administration    0.50        46.50
 01/14/13   AW    Status Reporting                       0.33        29.70
 01/15/13   JMS   Client Inquiries and Correspondence    0.75       144.00
 01/16/13   JMS   Client Inquiries and Correspondence    1.00       192.00
 01/17/13   JMS   Client Inquiries and Correspondence    0.75       144.00
 01/18/13   JMS   Client Inquiries and Correspondence    1.08       207.36
 01/21/13   JMS   Client Inquiries and Correspondence    0.75       144.00
 01/21/13   AW    Status Reporting                       1.42       127.80
 01/22/13   JMS   Client Inquiries and Correspondence    2.00       384.00
 01/22/13   AW    Project Planning                       0.75        67.50
 01/23/13   JMS   Client Inquiries and Correspondence    1.50       288.00
 01/23/13   AW    Project Planning                       0.50        45.00
 01/28/13   AW    Status Reporting                       0.75        67.50
 01/30/13   JMS   Client Inquiries and Correspondence    1.00       192.00
 01/31/13   JMS   Client Inquiries and Correspondence    1.00       192.00
```

```
                                        Inv#       131005
                                        Date       Feb 11, 2013
                                        Client Number  2942


Total Services                                           3,516.43



Total Expenses                                                .00
                                                    --------------
Total This Matter                                        3,516.43
                                                    --------------
```

```
                                        Inv#       131005
                                        Date       Feb 11, 2013
                                        Client Number  2942




Re:    Quixtar - Technical Consulting                              294207

For Professional Services Rendered:


     TIMEKEEPER                      RATE        HOURS           FEES
     Aaron Urbina           AU     175.00         2.50          437.50
     Andy Ralston           AR     142.00         0.50           71.00
     Brent Honeycutt        BH     188.00         1.10          206.80
     Carol Osborne          CO     141.00         2.06          290.46
     Carolyn Lee            CCL    141.00         2.50          352.50
     Connie Shackle         CS     200.00         3.00          600.00
     Corey Hermanson        CH     185.00         1.06          196.10
     David Krehbiel         DK     185.00        11.90        2,201.50
     Greg Brown             GSB    141.00         2.10          296.10
     Hai Bui                HB     141.00         1.10          155.10
     Juan Carlos Quiroz     JQ     175.00         3.80          665.00
     Lee Anderson           LA     141.00         1.90          267.90
     Lucretia Hassing       LH     121.00         1.11          134.31
     Nate Johnson           NKJ    141.00         4.67          658.47
     Peter Hesse            PH     206.00         2.50          515.00
     Rebecca Howe           RH     163.00         1.75          285.25
     Venkata Gopagari       VG     200.00        14.00        2,800.00

Total Fees:                                                  10,132.99


  01/03/13   VG     Website - Modification              5.50       1,100.00
  01/03/13   DK     Systems Management & Reporting      2.85         527.25
  01/04/13   VG     Website - Modification              3.00         600.00
  01/04/13   DK     Systems Management & Reporting      1.00         185.00
  01/07/13   GSB    Application Modification            0.30          42.30
  01/07/13   GSB    Application Modification            0.20          28.20
  01/07/13   VG     Website - Modification              1.50         300.00
  01/07/13   DK     Systems Management & Reporting      0.60         111.00
  01/08/13   CS     Quality Assurance - Website         0.50         100.00
  01/09/13   VG     Website - Modification              2.00         400.00
  01/09/13   LH     Generate Re-Mail File               0.66          79.86
  01/09/13   DK     Systems Management & Reporting      1.80         333.00
  01/09/13   CS     Quality Assurance - Website         2.50         500.00
  01/10/13   NKJ    Call Center - Application Setup &   2.33         328.53
                    Configuration
  01/10/13   CCL    Quality Assurance - Website         1.50         211.50
  01/10/13   DK     Systems Management & Reporting      1.15         212.75
  01/10/13   LA     Systems Management & Reporting      0.10          14.10
  01/10/13   HB     Web site - Modification             0.20          28.20
```

```
                                            Inv#      131005
                                            Date      Feb 11, 2013
                                            Client Number  2942

01/11/13   NKJ   Call Center  - Application Setup &    0.50         70.50
                 Configuration
01/11/13   CCL   Quality Assurance - Website           1.00        141.00
01/11/13   GSB   Website - Modification                0.20         28.20
01/11/13   DK    Systems Management & Reporting        2.40        444.00
01/11/13   LA    Systems Management & Reporting        0.20         28.20
01/11/13   HB    Application Modification              0.20         28.20
01/11/13   HB    Website - Modification                0.20         28.20
01/14/13   DK    Systems Management & Reporting        0.20         37.00
01/14/13   HB    Application Modification              0.10         14.10
01/15/13   NKJ   Call Center  - Application Setup &    1.67        235.47
                 Configuration
01/15/13   GSB   Website - Modification                0.20         28.20
01/15/13   GSB   Application Modification              0.30         42.30
01/15/13   PH    Systems Management & Reporting        0.50        103.00
01/15/13   VG    Website - Modification                2.00        400.00
01/15/13   DK    Systems Management & Reporting        1.25        231.25
01/15/13   CH    Quality Assurance - Data              0.39         72.15
                 Development & Case Installation
01/15/13   HB    Application Modification              0.30         42.30
01/16/13   GSB   Website - Modification                0.20         28.20
01/16/13   PH    Systems Management & Reporting        0.50        103.00
01/16/13   DK    Systems Management & Reporting        0.10         18.50
01/16/13   BH    Data Analysis                         0.50         94.00
01/16/13   LA    Systems Management & Reporting        0.20         28.20
01/16/13   CH    Quality Assurance - Data              0.30         55.50
                 Development & Case Installation
01/16/13   CH    Quality Assurance - Website           0.28         51.80
01/17/13   NKJ   Call Center  - Application Setup &    0.17         23.97
                 Configuration
01/17/13   CO    Quality Assurance - Claims            0.59         83.19
                 Processing
01/17/13   CH    Quality Assurance - Data              0.09         16.65
                 Development & Case Installation
01/21/13   LH    Generate Re-Mail File                 0.25         30.25
01/22/13   CO    Quality Assurance - Data              0.49         69.09
                 Development & Case Installation
01/22/13   DK    Systems Management & Reporting        0.55        101.75
01/22/13   LA    Systems Management & Reporting        0.20         28.20
01/22/13   LA    Systems Management & Reporting        0.50         70.50
01/23/13   GSB   Application Modification              0.20         28.20
01/23/13   GSB   Application Modification              0.20         28.20
01/23/13   PH    Scanning Setup & Coordination         1.50        309.00
01/23/13   JQ    Data Loading                          3.40        595.00
01/23/13   LA    Systems Management & Reporting        0.20         28.20
01/24/13   GSB   Application Modification              0.10         14.10
01/24/13   JQ    Data Loading                          0.40         70.00
01/24/13   AU    Data Loading                          2.25        393.75
01/24/13   RH    Quality Assurance - Notice            0.25         40.75
01/24/13   AR    Data Preparation/Transmission -       0.50         71.00
                 Data extract work.
```

```
                                            Inv#       131005
                                            Date       Feb 11, 2013
                                            Client Number  2942

01/24/13  LA   Systems Management & Reporting      0.10        14.10
01/24/13  LA   Systems Management & Reporting      0.10        14.10
01/24/13  LA   Systems Management & Reporting      0.10        14.10
01/25/13  AU   Data Loading                        0.25        43.75
01/25/13  RH   Quality Assurance - Notice          1.50       244.50
01/25/13  CO   Quality Assurance - Data            0.40        56.40
               Development & Case Installation
01/28/13  GSB  Application Modification            0.20        28.20
01/28/13  LH   Generate Re-Mail File               0.20        24.20
01/28/13  BH   Data Analysis                       0.60       112.80
01/29/13  CO   Quality Assurance - Claims          0.58        81.78
               Processing
01/29/13  LA   Systems Management & Reporting      0.20        28.20
01/29/13  HB   Application Modification            0.10        14.10


Total Services                                              10,132.99




Total Expenses                                                    .00
                                                          -------------
Total This Matter                                           10,132.99
                                                          -------------
```

```
                                                  Inv#       131005
                                                  Date       Feb 11, 2013
                                                  Client Number  2942




Re:    Quixtar - Expenses                                             294290

For Professional Services Rendered:




Expense Detail:

Reference   Date    Description                                        Amount
---------   ----    -----------                                        ------

       Call Center/Telecommunications
            01/31/13  Conference Calls; 77.62 minutes             30.27
            01/31/13  Advanced Features                            2.20
            01/31/13  Line Maintenance Charge Schedule         3,655.00
            01/31/13  IVR System Charge                          250.00
                                                Subtotal       3,937.47

       Shredding/Storage
            01/31/13  Storage and/or Shredding 11 Boxes           22.00
            01/31/13  Data Storage January 2013                  992.20
            01/31/13  Storage and/or Shredding 192 Boxes         384.00
                                                Subtotal       1,398.20

       Other
            01/31/13  December 2012 - Bank Fees                  194.60
            01/31/13  December 2012 - Insurance Coverage -        33.81
                      FDIC
            01/31/13  Barcode Labels;2500                         62.50
                                                Subtotal         290.91

       Photocopies/Faxing/Printing
            01/31/13  Photocopies/Faxing/Printing                146.20
                                                Subtotal         146.20

       Translations
138101      01/04/13  Translations                                27.30
138800      01/25/13  Translations                             1,175.35
                                                Subtotal       1,202.65
```

```
                                        Inv#       131005
                                        Date       Feb 11, 2013
                                        Client Number  2942

Total Expenses                                       6,975.43
                                                   --------------

Total This Matter                                    6,975.43
                                                   --------------
```