# EXHIBIT B



# Invoice

12-162+A1
625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 I F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | March 25, 2013 |
| INVOICE #: | 13-1295 |
| MATTER #: | 294200 |

**TO:** William T. Dzurilla, Partner
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd. Suite 1200
Fort Lauderdale, FL  33301
wd'zurilla@BSFLLP.com

William Stern
WStern@mofo.com

Raymond Hasu
RHasu@mofo.com

| PROJECT |
|---|
| *Pokorny v Quixtar* |
| *February 2013 Administration Services* |

| | | |
|---|---|---|
| Legal Notification | $ | 112,551.92 |
| Claims Processing | | 13,247.05 |
| Call Center | | 74,174.63 |
| Project Management | | 2,483.11 |
| Technical Consulting | | 4,772.71 |
| Expenses: Other Charges and Out-of-pocket Costs | | 2,216.22 |
| Subtotal | $ | 209,445.64 |
| Less - January 2013 Print and Mail Credit | | (27,157.43) |
| Total Invoice | $ | 182,288.21 |

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**LOCKBOX MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589



| | DATE: | 03/25/13 |
|---|---|---|
| | INVOICE #: | 13-1295 |
| | MATTER #: | 294200 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

## Legal Notification
### RE-NOTICE

| | | | |
|---|---|---|---|
| Print and Mail Postcard Notice (reduced rate) | 99,500 | 0.035 | 3,482.50 |
| Postage (all mailings) | | | 75,288.69 |

### FOLLOW-UP TO INITIAL NOTICE

| | | | |
|---|---|---|---|
| Receive Undeliverable Mail and Update Database | 20,939 | 0.15 | 3,140.85 |
| Address Trace (reduced rate) | 173,535 | 0.125 | 21,691.88 |
| Print and Mail Full Length Notices | 4,399 | 2.00 | 8,798.00 |

### WEBSITE

| | | | |
|---|---|---|---|
| Monthly Maintenance/Hosting | 1 | 150.00 | 150.00 |
| | | **SUBTOTAL** | **112,551.92** |

## Claims Processing
### OPT-OUTS AND CORRESPONDENCE

| | | | |
|---|---|---|---|
| Receipt (January 2013 Credit) | (1,142) | 0.40 | (456.80) |
| Process (January 2013 Credit) | (1,142) | 5.50 | (6,281.00) |

### HARD COPY CLAIM FORMS

| | | | |
|---|---|---|---|
| Receipt - Claim Form | 3,574 | 0.40 | 1,429.60 |
| Receipt - Supporting Documentation | 3,574 | 0.15 | 536.10 |
| Data Capture | 3,574 | 1.00 | 3,574.00 |
| Validation | | | 701.00 |

### ONLINE CLAIM FORMS

| | | | |
|---|---|---|---|
| Download Forms from Website & Update Database | 7,397 | 0.15 | 1,109.55 |

### HARDSHIP CLAIMS

| | | | |
|---|---|---|---|
| Process Hardship Claims and Coordinate Review | | | 12,201.60 |

### PROCESS DEFICIENT CLAIM FORMS

| | | | |
|---|---|---|---|
| Generate Cure Letter and Mail | 62 | 2.70 | 167.40 |
| Receive Response, Process and Update Database | 166 | 1.60 | 265.60 |
| | | **SUBTOTAL** | **13,247.05** |

## Call Center

| | | | |
|---|---|---|---|
| Live Support | | | 42,452.21 |
| Interactive Voice Response (reduced rate) | 52,347.97 | 0.20 | 10,469.59 |
| Notice Requests | 1,554 | 1.40 | 2,175.60 |
| 800# Charges | 172,762.42 | 0.11 | 19,003.87 |
| Canadian Long Distance | | | 73.36 |
| | | **SUBTOTAL** | **74,174.63** |

```
                                              Inv#      131295
                                              Date      Mar 25, 2013
                                              Client Number  2942
```

Re:    Quixtar - Claims Validation & Audits                  294236

For Professional Services Rendered:

```
   TIMEKEEPER                      RATE       HOURS         FEES
   Amy Wedeking          AW       90.00        0.50        45.00
   JoAnn Graf            JG      164.00        4.00       656.00
Total Fees:                                                701.00


 02/19/13  JG   Claims Review                  4.00       656.00
 02/27/13  AW   Validation                     0.50        45.00



Total Services                                             701.00



Total Expenses                                                .00
                                                      --------------
Total This Matter                                          701.00
                                                      --------------
```

```
                                              Inv#      131295
                                              Date      Mar 25, 2013
                                              Client Number  2942




Re:    Quixtar - Hardship Claims                            294240

For Professional Services Rendered:


    TIMEKEEPER                      RATE       HOURS           FEES
    JoAnn Graf              JG    164.00       74.40      12,201.60

Total Fees:                                               12,201.60


 02/01/13  JG    Process Hardship Claim and      5.00       820.00
                 Coordinate Review
 02/04/13  JG    Process Hardship Claim and      2.00       328.00
                 Coordinate Review
 02/05/13  JG    Process Hardship Claim and      2.25       369.00
                 Coordinate Review
 02/06/13  JG    Process Hardship Claim and      3.00       492.00
                 Coordinate Review
 02/07/13  JG    Process Hardship Claim and      4.25       697.00
                 Coordinate Review
 02/08/13  JG    Process Hardship Claim and      6.00       984.00
                 Coordinate Review
 02/11/13  JG    Process Hardship Claim and      6.00       984.00
                 Coordinate Review
 02/12/13  JG    Process Hardship Claim and      6.00       984.00
                 Coordinate Review
 02/13/13  JG    Process Hardship Claim and      4.60       754.40
                 Coordinate Review
 02/14/13  JG    Process Hardship Claim and      3.25       533.00
                 Coordinate Review
 02/15/13  JG    Project Planning                4.75       779.00
 02/18/13  JG    Process Hardship Claim and      2.75       451.00
                 Coordinate Review
 02/20/13  JG    Process Hardship Claim and      3.50       574.00
                 Coordinate Review
 02/21/13  JG    Process Hardship Claim and      3.30       541.20
                 Coordinate Review
 02/22/13  JG    Process Hardship Claim and      4.25       697.00
                 Coordinate Review
 02/25/13  JG    Process Hardship Claim and      4.15       680.60
                 Coordinate Review
 02/26/13  JG    Process Hardship Claim and      3.30       541.20
                 Coordinate Review
 02/27/13  JG    Process Hardship Claim and      4.10       672.40
                 Coordinate Review
```

```
                                         Inv#       131295
                                         Date       Mar 25, 2013
                                         Client Number  2942

  02/28/13  JG   Process Hardship Claim and      1.95        319.80
                 Coordinate Review



Total Services                                            12,201.60



Total Expenses                                                  .00
                                                       --------------
Total This Matter                                         12,201.60
                                                       --------------
```

```
                                              Inv#       131295
                                              Date       Mar 25, 2013
                                              Client Number  2942




Re:    Quixtar - Call Center Support                          294247

For Professional Services Rendered:


   TIMEKEEPER                        RATE       HOURS          FEES
    CSR       240           240     52.00      743.22     38,647.44
    Kristen Kilmer          KK      93.00        2.61        242.73
    Linda Dauffenbach       LD      93.00        3.78        351.54
    Liz Daniels             LD     163.00        8.00      1,304.00
    Ryan Schultz            RS      93.00       20.50      1,906.50

Total Fees:                                              42,452.21


 02/01/13  240  Call Center Support                38.94     2,024.88
 02/04/13  LD   Call Center - Call Center           2.00       326.00
                Management
 02/04/13  240  Call Center Support                32.78     1,704.56
 02/04/13  LD   Call Center - Call Center           1.78       165.54
                Management
 02/05/13  LD   Call Center - Call Center           2.00       326.00
                Management
 02/05/13  240  Call Center Support                34.02     1,769.04
 02/05/13  LD   Call Center - Call Center           1.00        93.00
                Management
 02/06/13  LD   Call Center - Call Center           2.50       407.50
                Management
 02/06/13  240  Call Center Support                40.67     2,114.84
 02/06/13  LD   Call Center - Call Center           1.00        93.00
                Management
 02/07/13  LD   Call Center - Call Center           0.50        81.50
                Management
 02/07/13  240  Call Center Support                35.33     1,837.16
 02/08/13  LD   Call Center - Call Center           0.50        81.50
                Management
 02/08/13  240  Call Center Support                27.06     1,407.12
 02/11/13  LD   Call Center - Call Center           0.50        81.50
                Management
 02/11/13  240  Call Center Support                42.97     2,234.44
 02/11/13  RS   Call Center - Call Center           2.00       186.00
                Management
 02/12/13  240  Call Center Support                48.06     2,499.12
 02/12/13  RS   Call Center - Call Center           2.00       186.00
                Management
 02/13/13  240  Call Center Support                33.55     1,744.60
```

```
                                              Inv#         131295
                                              Date         Mar 25, 2013
                                              Client Number  2942

02/13/13  RS   Call Center - Call Center        1.50          139.50
               Management
02/14/13  240  Call Center Support             40.09        2,084.68
02/14/13  RS   Call Center - Call Center        1.00           93.00
               Management
02/15/13  240  Call Center Support             24.52        1,275.04
02/15/13  RS   Call Center - Call Center        1.00           93.00
               Management
02/18/13  240  Call Center Support             46.49        2,417.48
02/18/13  RS   Call Center - Call Center        1.00           93.00
               Management
02/19/13  240  Call Center Support             39.18        2,037.36
02/19/13  RS   Call Center - Call Center        1.50          139.50
               Management
02/20/13  240  Call Center Support             40.00        2,080.00
02/20/13  RS   Call Center - Call Center        1.00           93.00
               Management
02/21/13  240  Call Center Support             36.40        1,892.80
02/21/13  RS   Call Center - Call Center        1.50          139.50
               Management
02/21/13  KK   Call Center - Call Escalation    2.61          242.73
02/22/13  240  Call Center Support              0.01            0.52
02/22/13  240  Call Center Support             24.95        1,297.40
02/25/13  240  Call Center Support             35.80        1,861.60
02/25/13  RS   Call Center - Call Center        2.50          232.50
               Management
02/26/13  240  Call Center Support             40.28        2,094.56
02/26/13  RS   Call Center - Call Center        2.00          186.00
               Management
02/27/13  240  Call Center Support             46.30        2,407.60
02/27/13  RS   Call Center - Call Center        2.00          186.00
               Management
02/28/13  240  Call Center Support             35.82        1,862.64
02/28/13  RS   Call Center - Call Center        1.50          139.50
               Management


Total Services                                              42,452.21



Total Expenses                                              _____.00
                                                            --------------

Total This Matter                                           42,452.21
                                                            --------------
```

```
                                            Inv#      131295
                                            Date      Mar 25, 2013
                                            Client Number  2942
```

Re:    Quixtar - Project Management                          294206

For Professional Services Rendered:

```
   TIMEKEEPER                       RATE      HOURS          FEES
   Amy Wedeking           AW       90.00       7.66        689.40
   Brent Haefner          BH      141.00       0.75        105.75
   Erin McMahon           EM      164.00       1.13        185.32
   Jackie Jostock         JJ       88.00       1.25        110.00
   Jason Stinehart        JMS     192.00       5.07        973.44
   Kathy Kieffer          KK       93.00       2.00        186.00
   Marcie McClure         MSM     185.00       0.15         27.75
   Mary Ratcliff          MR       88.00       0.10          8.80
   Paige Andrle           PA       90.00       0.36         32.40
   Toni Benefield         TB       93.00       0.25         23.25
   Trevor Smith           TS      141.00       1.00        141.00
```

Total Fees:                                               2,483.11


```
 02/01/13  JMS  Client Inquiries and Correspondence   1.00       192.00
 02/01/13  TS   Banking Activities & Account          0.25        35.25
                Reconciliation
 02/04/13  JMS  Client Inquiries and Correspondence   1.00       192.00
 02/04/13  KK   Project Accounting & Administration   1.00        93.00
 02/04/13  EM   Administrative: resize large PDF      0.27        44.28
                for A. Wedeking.
 02/04/13  AW   Status Reporting                      1.25       112.50
 02/05/13  JMS  Client Inquiries and Correspondence   0.50        96.00
 02/05/13  MSM  Conference Call/Project Meeting       0.10        18.50
 02/05/13  AW   Other                                 0.50        45.00
 02/05/13  PA   Other: <Search for missing claim      0.36        32.40
                form in bulk claim form mailing
 02/08/13  JJ   Doc Mgmt - Specifications             0.25        22.00
 02/08/13  EM   Administrative: resize PDF for J.     0.18        29.52
                Graf.
 02/11/13  EM   Administrative: create and resize     0.68       111.52
                PDFs of large TIFF images.
 02/11/13  AW   Status Reporting                      0.75        67.50
 02/12/13  KK   Project Accounting & Administration   1.00        93.00
 02/12/13  MSM  Conference Call/Project Meeting       0.05         9.25
 02/12/13  JJ   Doc Mgmt - Specifications             0.25        22.00
 02/13/13  JMS  Client Inquiries and Correspondence   1.00       192.00
 02/14/13  JMS  Conference Call/Project Meeting       0.50        96.00
 02/14/13  TB   Banking Activities & Account          0.25        23.25
                Reconciliation
```

```
                                                Inv#       131295
                                                Date       Mar 25, 2013
                                                Client Number  2942

02/14/13  JJ   Doc Mgmt - Setup                      0.25        22.00
02/14/13  AW   Cure Letter Generation                1.00        90.00
02/18/13  AW   Status Reporting                      0.50        45.00
02/18/13  AW   Project Planning                      0.50        45.00
02/20/13  TS   Tax Reporting - Fund                  0.50        70.50
02/22/13  JJ   Doc Mgmt - Gap Sequence Handling      0.50        44.00
02/25/13  BH   Tax Reporting - Fund                  0.75       105.75
02/25/13  AW   Status Reporting                      0.83        74.70
02/25/13  AW   Notice - Print/Mail                   0.33        29.70
02/26/13  JMS  Client Inquiries and Correspondence   0.48        92.16
02/26/13  TS   Banking Activities & Account          0.25        35.25
               Reconciliation
02/26/13  AW   Notice - Generate Mail File           0.17        15.30
02/27/13  JMS  Validation                            0.59       113.28
02/27/13  AW   Call Center - Call Escalation         1.00        90.00
02/27/13  AW   Notice - Print/Mail                   0.25        22.50
02/28/13  MR   Tax Reporting - Fund                  0.10         8.80
02/28/13  AW   Notice - Print/Mail                   0.58        52.20


Total Services                                                2,483.11



Total Expenses                                                     .00
                                                         --------------
Total This Matter                                             2,483.11
                                                         --------------
```

```
                                                    Inv#      131295
                                                    Date      Mar 25, 2013
                                                    Client Number  2942




     Re:    Quixtar - Technical Consulting                              294207

     For Professional Services Rendered:


       TIMEKEEPER                         RATE         HOURS           FEES
       Andy Ralston              AR      185.00        1.25          231.25
       Carol Osborne             CO      141.00        4.69          661.29
       David Krehbiel            DK      185.00        2.35          434.75
       Greg Brown                GSB     141.00        1.00          141.00
       Hai Bui                   HB      141.00        0.80          112.80
       John Clark                JC      185.00        1.20          222.00
       Juan Carlos Quiroz        JQ      175.00        0.80          140.00
       Kalene Jones              KLJ     180.00        7.65        1,377.00
       Kevin Hartman             KH      185.00        0.30           55.50
       Lee Anderson              LA      141.00        1.00          141.00
       Leticia Rivera            LR      175.00        0.60          105.00
       Lucretia Hassing          LH      121.00        1.32          159.72
       Naga Surapaneni           NS      200.00        3.00          600.00
       Peter Hesse               PH      206.00        1.50          309.00
       Rebecca Zoubek            RZ       80.00        1.03           82.40

 Total Fees:                                                        4,772.71


   02/01/13   KLJ   Application Setup & Configuration       4.00      720.00
   02/04/13   KLJ   Application Setup & Configuration       1.75      315.00
   02/04/13   LH    Generate Re-Mail File                   0.35       42.35
   02/04/13   DK    Systems Management & Reporting          0.30       55.50
   02/04/13   DK    Systems Management & Reporting          0.60      111.00
   02/05/13   KLJ   Other                                   0.50       90.00
   02/05/13   GSB   Application Modification                0.10       14.10
   02/05/13   NS    Scanning Setup & Coordination           1.00      200.00
   02/06/13   KH    Application Modification                0.20       37.00
   02/06/13   NS    Scanning Setup & Coordination           0.50      100.00
   02/06/13   RZ    Doc Mgmt - Disk Receipting & Media      0.25       20.00
                    Inventory
   02/06/13   LA    Systems Management & Reporting          0.10       14.10
   02/06/13   LA    Systems Management & Reporting          0.10       14.10
   02/07/13   NS    Scanning Setup & Coordination           0.50      100.00
   02/07/13   RZ    Address Trace File Processing           0.20       16.00
   02/07/13   CO    Quality Assurance - Data                0.68       95.88
                    Development & Case Installation
   02/07/13   CO    Quality Assurance - Data                0.27       38.07
                    Development & Case Installation
   02/07/13   DK    Systems Management & Reporting          0.25       46.25
   02/07/13   LA    Systems Management & Reporting          0.20       28.20
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/08/13 | KLJ | Other | 0.15 | 27.00 |
| 02/08/13 | RZ | Notice - Generate Mail File | 0.33 | 26.40 |
| 02/08/13 | CO | Quality Assurance - Return Mail Processing | 0.33 | 46.53 |
| 02/08/13 | CO | Quality Assurance - Return Mail Processing | 0.61 | 86.01 |
| 02/08/13 | CO | Quality Assurance - Notice | 0.57 | 80.37 |
| 02/08/13 | HB | Application Modification | 0.10 | 14.10 |
| 02/11/13 | KLJ | Other | 0.50 | 90.00 |
| 02/11/13 | LH | Generate Re-Mail File | 0.27 | 32.67 |
| 02/11/13 | RZ | Notice - Generate Mail File | 0.25 | 20.00 |
| 02/11/13 | CO | Quality Assurance - Notice | 0.74 | 104.34 |
| 02/11/13 | DK | Systems Management & Reporting | 0.35 | 64.75 |
| 02/13/13 | NS | Application Modification | 1.00 | 200.00 |
| 02/13/13 | CO | Quality Assurance - Data Development & Case Installation | 0.45 | 63.45 |
| 02/13/13 | HB | Application Modification | 0.10 | 14.10 |
| 02/14/13 | KLJ | Other | 0.50 | 90.00 |
| 02/14/13 | DK | Systems Management & Reporting | 0.10 | 18.50 |
| 02/18/13 | LH | Generate Re-Mail File | 0.12 | 14.52 |
| 02/18/13 | AR | Data Preparation/Transmission - Set up fake label run | 0.25 | 46.25 |
| 02/19/13 | LH | Generate Re-Mail File | 0.17 | 20.57 |
| 02/19/13 | AR | Data Preparation/Transmission - Fake Label Runs | 0.25 | 46.25 |
| 02/19/13 | JC | Systems Management & Reporting | 0.20 | 37.00 |
| 02/19/13 | JC | Systems Management & Reporting | 0.20 | 37.00 |
| 02/20/13 | JQ | Data Loading | 0.80 | 140.00 |
| 02/20/13 | CO | Quality Assurance - Data Development & Case Installation | 0.36 | 50.76 |
| 02/20/13 | AR | Data Preparation/Transmission - Fake Label Run | 0.25 | 46.25 |
| 02/20/13 | JC | Systems Management & Reporting | 0.20 | 37.00 |
| 02/20/13 | JC | Systems Management & Reporting | 0.20 | 37.00 |
| 02/20/13 | LA | Systems Management & Reporting | 0.20 | 28.20 |
| 02/20/13 | LA | Systems Management & Reporting | 0.20 | 28.20 |
| 02/20/13 | LA | Systems Management & Reporting | 0.20 | 28.20 |
| 02/21/13 | LH | Generate Re-Mail File | 0.25 | 30.25 |
| 02/21/13 | CO | Quality Assurance - Data Development & Case Installation | 0.40 | 56.40 |
| 02/21/13 | AR | Data Preparation/Transmission - Close fake label VI's | 0.25 | 46.25 |
| 02/22/13 | KLJ | Other | 0.25 | 45.00 |
| 02/22/13 | DK | Systems Management & Reporting | 0.65 | 120.25 |
| 02/22/13 | JC | Systems Management & Reporting | 0.20 | 37.00 |
| 02/22/13 | JC | Systems Management & Reporting | 0.20 | 37.00 |
| 02/25/13 | GSB | Application Modification | 0.10 | 14.10 |
| 02/25/13 | GSB | Application Modification | 0.50 | 70.50 |
| 02/25/13 | KH | Application Modification | 0.10 | 18.50 |
| 02/25/13 | PH | Application Modification | 1.50 | 309.00 |
| 02/25/13 | LR | Data Loading | 0.60 | 105.00 |

```
                                                    Inv#       131295
                                                    Date       Mar 25, 2013
                                                    Client Number  2942




Re:    Quixtar - Expenses                                      294290

For Professional Services Rendered:




Expense Detail:

Reference    Date    Description                                    Amount
---------    ----    -----------                                    ------

      Call Center/Telecommunications
             02/28/13  IVR System Charge                            250.00
                                               Subtotal             250.00

      Shredding/Storage
             02/28/13  Storage and/or Shredding 37 Boxes             74.00
             02/28/13  Storage and/or Shredding 229 Boxes           458.00
             02/28/13  Data Storage February 2013                 1,001.69
                                               Subtotal           1,533.69

      Other
             02/28/13  Barcode Labels;2717                           67.93
             02/28/13  #10 Security Envelopes;62                      3.10
             02/28/13  January 2013 - Insurance Coverage -           33.08
                       FDIC
             02/28/13  January 2013 - Bank Fees                     182.22
                                               Subtotal             286.33

      Photocopies/Faxing/Printing
             02/28/13  Photocopies/Faxing/Printing                  146.20
                                               Subtotal             146.20


Total Expenses                                                    2,216.22
                                                                --------------

Total This Matter                                                 2,216.22
                                                                --------------
```