# EXHIBIT C

**PLAINTIFFS' AND DEFENDANT QUIXTAR'S STIPULATION AND [PROPOSED] ORDER TO APPROVE EIGHTH PAYMENT OF CLASS NOTICE COSTS AND PROPOSED AGREEMENT WITH CLAIMS ADMINISTRATOR**



# Invoice

12-162+A1
625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 I F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | April 5, 2013 |
| INVOICE #: | 13-1316 |
| MATTER #: | 294200 |

**TO:** William T. Dzurilla, Partner  
Boies, Schiller & Flexner LLP  
401 East Las Olas Blvd. Suite 1200  
Fort Lauderdale, FL  33301  
wd'zurilla@BSFLLP.com

William Stern  
WStern@mofo.com

Raymond Hasu  
RHasu@mofo.com

| PROJECT |
|---|
| *Pokorny v Quixtar* |
| *March 2013 Administration Services* |

| | | |
|---|---|---|
| Legal Notification | $ | 12,313.27 |
| Claims Processing | | 17,282.45 |
| Call Center | | 18,157.43 |
| Project Management | | 4,930.49 |
| Technical Consulting | | 990.37 |
| Expenses: Other Charges and Out-of-pocket Costs | | 4,622.93 |
| Total Invoice | $ | 58,296.94 |

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**LOCKBOX MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589



| | | |
|---|---|---|
| DATE: | 04/05/13 |
| INVOICE #: | 13-1316 |
| MATTER #: | 294200 |

## INVOICE REMITTANCE

Current Invoice Period:    March 2013 Administration Services

**Amount Due This Period**                                       $ 58,296.94

OUTSTANDING INVOICES:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 12/19/12 | 99-064 | 423,331.51 | (339,168.53) | 84,162.98 |
| 01/14/13 | 12-2538 | 19,763.75 | - | 19,763.75 |
| 02/11/13 | 13-1005 | 384,255.42 | - | 384,255.42 |
| 03/25/13 | 13-1295 | 182,288.21 | - | 182,288.21 |

PREVIOUS BALANCE DUE                                             $ 670,470.36

**Total Amount Due**                                             $ 728,767.30

**WIRE INFORMATION**                         **PAYMENT TERMS: NET DUE UPON RECEIPT**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER



|  |  |  |
|---|---|---|
| DATE: | | 04/05/13 |
| INVOICE #: | | 13-1316 |
| MATTER #: | | 294200 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

## Legal Notification
### FOLLOW-UP TO INITIAL NOTICE AND RE-NOTICE

| | | | |
|---|---|---|---|
| Receive Undeliverable Mail and Update Database | 35,298 | 0.15 | 5,294.70 |
| Re-Mail Individual Postcard Notice **(reduced rate)** | 134,531 | 0.035 | 4,708.59 |
| Print and Mail Full Length Notices | 336 | 2.00 | 672.00 |
| Postage  (all mailings) | | | 1,487.98 |

### WEBSITE

| | | | |
|---|---|---|---|
| Monthly Maintenance/Hosting | 1 | 150.00 | 150.00 |
| | | **SUBTOTAL** | **12,313.27** |

## Claims Processing
### OPT-OUTS AND CORRESPONDENCE

| | | | |
|---|---|---|---|
| Receipt | 338 | 0.40 | 135.20 |
| Process | 338 | 5.50 | 1,859.00 |

### HARD COPY CLAIM FORMS

| | | | |
|---|---|---|---|
| Receipt - Claim Form | 4,582 | 0.40 | 1,832.80 |
| Receipt - Supporting Documentation | 4,582 | 0.15 | 687.30 |
| Data Capture | 4,582 | 1.00 | 4,582.00 |

### ONLINE CLAIM FORMS

| | | | |
|---|---|---|---|
| Download Forms from Website & Update Database | 4,515 | 0.15 | 677.25 |

### HARDSHIP CLAIMS

| | | | |
|---|---|---|---|
| Process Hardship Claims and Coordinate Review | | | 6,288.10 |

### PROCESS DEFICIENT CLAIM FORMS

| | | | |
|---|---|---|---|
| Receive Response, Process and Update Database | 763 | 1.60 | 1,220.80 |
| | | **SUBTOTAL** | **17,282.45** |

## Call Center

| | | | |
|---|---|---|---|
| Live Support and Email Response Support | | | 3,643.76 |
| Interactive Voice Response **(reduced rate)** | 36,824.35 | 0.20 | 7,364.87 |
| 800# Charges | 64,623.30 | 0.11 | 7,108.56 |
| Canadian Long Distance | | | 40.24 |
| | | **SUBTOTAL** | **18,157.43** |

```
                                                    Inv#      131316
                                                    Date      Apr  5, 2013
                                                    Client Number  2942




Re:    Quixtar - Hardship Claims                                   294240

For Professional Services Rendered:


    TIMEKEEPER                       RATE        HOURS             FEES
    Amy Wedeking           AW       90.00         1.17           105.30
    JoAnn Graf             JG      164.00        37.70         6,182.80

Total Fees:                                                     6,288.10


  03/01/13  JG    Claim Validation                 2.35           385.40
  03/04/13  JG    Claim Validation                 3.60           590.40
  03/05/13  JG    Claim Validation                 3.25           533.00
  03/06/13  JG    Claim Validation                 3.70           606.80
  03/07/13  JG    Claim Validation                 3.30           541.20
  03/08/13  JG    Claim Validation                 5.05           828.20
  03/14/13  AW    Claim Validation                 0.67            60.30
  03/21/13  JG    Claim Validation                 2.65           434.60
  03/22/13  JG    Claim Validation                 4.75           779.00
  03/25/13  JG    Claim Validation                 1.90           311.60
  03/26/13  JG    Claim Validation                 2.30           377.20
  03/27/13  JG    Claim Validation                 0.40            65.60
  03/28/13  JG    Claim Validation - Quality       0.60            98.40
                  Assurance
  03/29/13  JG    Claim Validation                 3.85           631.40
  03/29/13  AW    Claim Validation                 0.50            45.00



Total Services                                                  6,288.10




Total Expenses                                                      .00
                                                            --------------
Total This Matter                                               6,288.10
                                                            --------------
```

```
                                                      Inv#      131316
                                                      Date    Apr 5, 2013
                                                      Client Number  2942




Re:    Quixtar - Call Center Support                              294247

For Professional Services Rendered:


    TIMEKEEPER                      RATE      HOURS           FEES
     CSR        240         240     52.00     66.11        3,437.72
     Processor  244         244     54.00      0.43           23.22
     Amy Wedeking           AW      90.00      0.75           67.50
     Ryan Schultz           RS      93.00      1.24          115.32

Total Fees:                                                3,643.76


 03/01/13  240   Call Center Support                 17.58      914.16
 03/01/13  240   Escalated Call Support               1.01       52.52
 03/01/13  244   Coordinate Distribution              0.03        1.62
 03/01/13  RS    Call Center Management & Oversight   0.75       69.75
 03/05/13  240   Call Center Support                  0.14        7.28
 03/07/13  244   Conference Calls/Project Meetings    0.40       21.60
 03/08/13  240   Email Response Support               3.60      187.20
 03/08/13  RS    Email Response Support               0.49       45.57
 03/11/13  240   Email Response Support              13.11      681.72
 03/12/13  240   Email Response Support               7.38      383.76
 03/13/13  240   Email Response Support               4.75      247.00
 03/14/13  240   Email Response Support               7.27      378.04
 03/15/13  240   Email Response Support               5.40      280.80
 03/18/13  240   Email Response Support               0.92       47.84
 03/19/13  240   Email Response Support               3.37      175.24
 03/20/13  240   Email Response Support               0.52       27.04
 03/20/13  AW    E-mail Response Support              0.75       67.50
 03/21/13  240   Email Response Support               0.33       17.16
 03/22/13  240   Email Response Support               0.18        9.36
 03/25/13  240   Email Response Support               0.49       25.48
 03/29/13  240   Email Response Support               0.06        3.12



Total Services                                              3,643.76




Total Expenses                                                    .00
                                                           --------------
```

```
                                              Inv#       131316
                                              Date       Apr  5, 2013
                                              Client Number  2942
```

Total This Matter                                        3,643.76
                                                      --------------

```
                                                 Inv#       131316
                                                 Date       Apr 5, 2013
                                                 Client Number  2942




Re:   Quixtar - Project Management                              294206

For Professional Services Rendered:


    TIMEKEEPER                         RATE       HOURS           FEES
    Amy Wedeking             AW       90.00        5.09         458.10
    David Krehbiel           DK      185.00        0.80         148.00
    Jackie Jostock           JJ       88.00        3.05         268.40
    Jason Stinehart          JMS     192.00       11.97       2,298.24
    JoAnn Graf               JG      164.00        9.50       1,558.00
    John Clark               JC      185.00        0.20          37.00
    Kathy Kieffer            KK       93.00        1.75         162.75

Total Fees:                                                  4,930.49


 03/04/13  KK    Financial/Administrative              0.50      46.50
 03/04/13  JJ    Mailroom/Data Capture Mgmt &          0.25      22.00
                 Oversight
 03/04/13  AW    Project Statistics                    0.75      67.50
 03/05/13  JMS   Client Inquiries & Reporting          1.00     192.00
 03/06/13  JMS   Client Inquiries & Reporting          0.33      63.36
 03/06/13  JMS   Website Modifications                 0.25      48.00
 03/06/13  JMS   Client Inquiries & Reporting          0.50      96.00
 03/07/13  JJ    Mailroom/Data Capture Mgmt &          1.25     110.00
                 Oversight
 03/08/13  JMS   Client Inquiries & Reporting          0.25      48.00
 03/11/13  JMS   Client Inquiries & Reporting          0.73     140.16
 03/11/13  AW    Project Statistics                    0.67      60.30
 03/12/13  JMS   Client Inquiries & Reporting -        1.51     289.92
                 Emails
 03/13/13  JMS   Client Inquiries & Reporting          0.86     165.12
 03/14/13  JMS   Client Inquiries & Reporting          1.04     199.68
 03/14/13  JJ    Mailroom/Data Capture Mgmt &          1.00      88.00
                 Oversight
 03/15/13  JC    Project Statistics & Milestone        0.20      37.00
                 Reporting
 03/18/13  AW    Project Statistics                    0.75      67.50
 03/19/13  JMS   Client Inquiries & Reporting          1.50     288.00
 03/20/13  JMS   Client Inquiries & Reporting          1.00     192.00
 03/20/13  JG    Claim Validation                      3.00     492.00
 03/21/13  JMS   Claim Validation                      1.50     288.00
 03/21/13  AW    Project Meetings                      1.00      90.00
 03/21/13  AW    Client Inquiries & Reporting          1.42     127.80
 03/25/13  KK    Financial/Administrative              1.25     116.25
 03/25/13  JG    Client Inquiries & Reporting          0.30      49.20
```

```
                                                        Inv#      131316
                                                        Date      Apr  5, 2013
                                                        Client Number  2942

03/25/13  AW    Project Statistics & Milestone          0.50             45.00
                Reporting
03/26/13  JMS   Client Inquiries & Reporting            0.50             96.00
03/26/13  DK    Client Inquiries & Reporting            0.80            148.00
03/27/13  JMS   Client Inquiries & Reporting            0.50             96.00
03/27/13  JG    Project Statistics & Milestone          2.85            467.40
                Reporting
03/28/13  JMS   Client Inquiries & Reporting            0.50             96.00
03/28/13  JG    Project Statistics & Milestone          3.35            549.40
                Reporting
03/29/13  JJ    Mailroom/Data Capture Mgmt &            0.55             48.40
                Oversight


Total Services                                                        4,930.49



Total Expenses                                                             .00
                                                                  -------------

Total This Matter                                                     4,930.49
                                                                  -------------
```

```
                                      Inv#      131316
                                      Date   Apr 5, 2013
                                      Client Number  2942




Re:   Quixtar - Technical Consulting                       294207

For Professional Services Rendered:


   TIMEKEEPER                    RATE      HOURS         FEES
   Christy Gilman      CG      188.00       0.20        37.60
   David Krehbiel      DK      185.00       0.20        37.00
   Greg Brown          GSB     141.00       0.20        28.20
   Jason Farb          JF      175.00       1.60       280.00
   John Clark          JC      185.00       0.80       148.00
   Lee Anderson        LA      141.00       0.40        56.40
   Lucretia Hassing    LH      121.00       0.34        41.14
   Nate Johnson        NKJ     141.00       1.83       258.03
   Rebecca Zoubek      RZ       80.00       1.30       104.00

Total Fees:                                             990.37


 03/01/13  NKJ  IVR Development & Updates        1.83       258.03
 03/04/13  LH   Generate Follow-Up Notice Files  0.20        24.20
 03/06/13  LA   Application                      0.20        28.20
                Modification/Development
 03/07/13  JC   Scanning - Setup                 0.20        37.00
 03/11/13  LH   Generate Follow-Up Notice Files  0.14        16.94
 03/11/13  RZ   Data Receipting                  0.40        32.00
 03/11/13  JC   Generate Follow-Up Notice Files  0.10        18.50
 03/12/13  JC   Generate Follow-Up Notice Files  0.10        18.50
 03/15/13  JC   Scanning - Setup                 0.40        74.00
 03/15/13  LA   Application                      0.10        14.10
                Modification/Development
 03/18/13  RZ   Data Receipting                  0.40        32.00
 03/19/13  GSB  Data Transfer Setup & Configuration 0.20     28.20
 03/22/13  RZ   Data Receipting                  0.50        40.00
 03/26/13  GSB  Data Transfer Setup & Configuration 0.00      0.00
 03/26/13  DK   Data Transfer Setup & Configuration 0.20     37.00
 03/27/13  JF   Data Analysis & Formatting       1.40       245.00
                VI129824 QXTAR - Create Image
                Export Paused several times for
                folder access
 03/27/13  CG   Data Analysis & Formatting       0.20        37.60
 03/27/13  LA   Application                      0.10        14.10
                Modification/Development
 03/28/13  JF   Data Analysis & Formatting       0.20        35.00
                VI129824 QXTAR - Create Image
                Export Copied Images and Index
                File to target folder.
```

```
                                            Inv#       131316
                                            Date       Apr  5, 2013
                                            Client Number   2942
```

Total Services                                                          990.37


Total Expenses                                                              .00
                                                                  --------------
Total This Matter                                                        990.37
                                                                  --------------

```
                                           Inv#       131316
                                           Date       Apr  5, 2013
                                           Client Number  2942
```

Re:    Quixtar - Expenses                                    294290

For Professional Services Rendered:

Expense Detail:

```
Reference   Date   Description                              Amount
---------   ----   -----------                              ------

     Call Center/Telecommunications
          03/31/13  Advanced Features                         2.20
          03/31/13  IVR System Charge                       250.00
          03/31/13  Line Maintenance Charge Schedule        130.00
                                        Subtotal            382.20

     Shredding/Storage
          03/31/13  Storage and/or Shredding 245 Boxes      490.00
          03/31/13  Data Storage March 2013               1,005.25
          03/31/13  Storage and/or Shredding 56 Boxes       112.00
                                        Subtotal          1,607.25

     Other
          03/31/13  Barcode Labels;7328                     183.20
          03/31/13  #10 Security Envelopes;6                  0.30
          03/31/13  February 2013 - Bank Fees               175.00
                                        Subtotal            358.50

     Photocopies/Faxing/Printing
          03/31/13  Photocopies/Faxing/Printing ;4245       849.00
                                        Subtotal            849.00

     Website Hosting
          03/31/13  Domain renewal fee                       75.98
                                        Subtotal             75.98

     Tax Services
          03/31/13  Tax Service 2012 1120-SF Income Tax   1,350.00
                    Return
                                        Subtotal          1,350.00
```

```
                                        Inv#       131316
                                        Date       Apr  5, 2013
                                        Client Number  2942


Total Expenses                                       4,622.93
                                                   --------------

Total This Matter                                    4,622.93
                                                   --------------
```