Christine Wong, Esq. (CA SBN 284026)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: cwong@bsfllp.com

Stuart H. Singer, Esq. (*Pro Hac Vice*)
Carlos M. Sires, Esq. (*Pro Hac Vice*)
Sigrid S. McCawley, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com
E-mail: csires@bsfllp.com
E-mail: smccawley@bsfllp.com

David Boies, Esq. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com

Willie E. Gary, Esq. (*Pro Hac Vice*)
GARY, WILLIAMS, PARENTI,
WATSON & GARY, P.L.
221 East Osceola Street
Stuart, Florida 34994
Telephone: (772) 283-8260
Facsimile: (772) 220-3343
E-mail: weg@williegary.com

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs Jeff Pokorny, Larry Blenn and Kenneth Busiere*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Jeff Pokorny, Larry Blenn, and Kenneth Busiere, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Quixtar, Inc.,<br><br>Defendant. | **CASE NO. C 07-0201 SC**<br><br>[~~PROPOSED~~] **ORDER APPROVING PRODUCT BUNDLE SUBSTITUTIONS, DIRECTING COMMENCEMENT OF PRODUCT DISTRIBUTIONS, AND DIRECTING NOTICE TO REJECTED CLAIMANTS** |

Having duly considered the report of Class Counsel dated June 12, 2013, and 1) the stipulated proposal therein for the substitution of certain products in the bundles to be distributed to class members, 2) the dismissal of the only appeal of the Consent Judgment entered by this Court on January 31, 2013, and 3) the provisions of the approved Amended Settlement Agreement (DE 162-2),

- the proposed product bundle substitutions, as set forth in the Declaration of Raymond Alexander, are hereby APPROVED,
- the distribution of product bundles to the class members who validly filed claims for such bundles is hereby AUTHORIZED AND DIRECTED to commence, in accordance with the procedure set forth in § 6.2.2 and 6.2.6 of the Amended Settlement Agreement and this Court's prior orders, with each valid claimant to be sent a product bundle with a retail value of approximately $250.
- The Claims Administrator is directed to send notice to all BSM claimants whose claims the Claims Administrator has rejected in whole or in part, and the Special Master is directed to send notice to all special hardship claimants whose claims the Special Master has rejected in whole or in part. The notices shall contain a brief statement of reasons for such rejection and a statement that the claimant has 20 days to request review of the rejection by this Court. The Court shall rule on any requests for review that are timely submitted.

DONE AND ORDERED this  27  day of _____June_____, 2013.



_____
UNITED STATES SENIOR DISTRICT JUDGE

2
CASE NO. C 07-0201 SC    [PROPOSED] ORDER APPROVING PRODUCT BUNDLE SUBSTITUTIONS AND DIRECTING PRODUCT AND CASH DISTRIBUTIONS