United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF POKORNY, LARRY BLENN, and ) Case No. 07-0201 SC
KENNETH BUSIERE, on behalf of ) ORDER ON CONFIRMATION OF
themselves and those similarly ) ATTORNEYS' FEES MOTION
situated, )
)
        Plaintiffs, )
)
    v. )
)
QUIXTAR, INC., et al., )
)
        Defendants. )
_____)

On November 30, 2012, the Court issued an order in the above-
captioned matter that, among other things, deferred its ruling on
Plaintiffs' unopposed motion for attorneys' fees, ECF NO. 225,
"until such time as the Court is satisfied that the proposal for
distribution of excess has been effected and a plan for equitable
distribution of the settlement proceeds has been adduced and
finalized." ECF No. 246.  Given the progress of this case, the
Court anticipates the imminent resolution of Plaintiff's motion for
attorneys' fees.

    The Court therefore requests that Class Counsel confirm

**United States District Court**
For the Northern District of California

1  whether the amounts they requested in their motion remain the same

2  at this point in the case.  The Court reminds Class Counsel that

3  Class Counsel's fees will be reduced by $16,000, in accordance with

4  the Court's April 16, 2013 Order.  ECF No. 275 at 2.  To be clear,

5  in requesting this confirmation, the Court is not inviting an

6  amended motion.

7      Class Counsel's confirmation report should also state, in very

8  brief terms, how the fees, costs, and incentive compensation they

9  have requested will affect the distribution of settlement proceeds,

10  if at all.

11     The deadline for the report is fourteen (14) days from this

12  Order's signature date.  Class Counsel should include a finalized

13  proposed order on fees, expenses, and incentive awards with their

14  report.

15

16     IT IS SO ORDERED.

17

18     Dated: July 3, 2013

19                                 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28