IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF POKORNY, et al., | ) Case No. C 07-0201 SC )<br>) ORDER GRANTING MOTION FOR<br>) PERMISSION TO APPEAL IN FORMA<br>) <u>PAUPERIS</u> |
| Plaintiffs, | |
| v. | |
| QUIXTAR, INC., et al., | |
| Defendants. | |

On November 12, 2013, the Court denied movant Dennis Obado's motion for permission to appeal in forma pauperis, ECF No. 313, for failure to comply with the affidavit provisions of the Federal Rules of Appellate Procedure. ECF No. 315. Mr. Obado has filed an amended affidavit. ECF No. 317.

///

///

///

///

///

1     The Court finds the amended affidavit sufficient to show that
2  Mr. Obado should be allowed to proceed with his appeal in forma
3  pauperis.  Mr. Obado's motion is therefore GRANTED.

5     IT IS SO ORDERED.

7     Dated: December 11, 2013      
8                                   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California