United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JEFF POKORNY, et al., | ) Case No. C 07-0201 SC |
| | ) |
| | ) ORDER GRANTING MOTION TO REOPEN |
| Plaintiffs, | ) TIME TO APPEAL |
| | ) |
| v. | ) |
| | ) |
| QUIXTAR, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

This order concerns non-party Dennis Obado's pending appeal of the Court's July 3, 2013 order denying his request to retract his choice to opt out of the class.  See ECF Nos. 288 ("Order"), 306 ("Notice of Appeal").

The Ninth Circuit noted that Mr. Obado's October 11, 2013 notice of appeal was not filed within thirty days of the Court's Order, though Mr. Obado contends that this was because he did not receive the Order until October 8, 2013.  The Ninth Circuit interpreted Mr. Obado's statements on this issue as a motion for the district court to reopen time to appeal under Federal Rule of

**United States District Court**
For the Northern District of California

1    Appellate Procedure 4(a)(6).  The Ninth Circuit then remanded

2    consideration of that motion to the Court.

3         Federal Rule of Appellate Procedure 4(a)(6) allows the Court

4    to reopen time to file an appeal for fourteen days after the entry

5    date of the order to reopen time, but only if the following

6    conditions are satisfied:

7

8         (A) the court finds that the moving party did not
          receive notice under Federal Rule of Civil Procedure
          77(d) of the entry of the judgment or order sought to be
9         appealed within 21 days after entry;

10        (B) the motion is filed within 180 days after the
          judgment or order is entered or within 14 days after the
11        moving party receives notice under Federal Rule of Civil
          Procedure 77(d) of the entry, whichever is earlier; and

12        (C) the court finds that no party would be prejudiced.

13

14   The Court notes that Mr. Obado likely did not receive notice of the

15   Order because, as an opted-out class member, he is no longer

16   associated with this case.  Nevertheless, the Court finds that Mr.

17   Obado's statements are sufficient for the Court to reopen his time

18   to appeal.  His motion is GRANTED.

19

20        IT IS SO ORDERED.

21

22        Dated: January 8, 2014

23                                       UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2