UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN and KENNETH BUSIERE on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUIXTAR INC., *et al.*,<br><br>Defendants. | Case No.   C 07-00201 SC<br><br>~~[PROPOSED]~~ **ORDER APPROVING PRODUCT BUNDLE SHIPPING PROCEDURE FOR CLAIMANTS WITH FOREIGN ADDRESSES** |

Having duly considered Plaintiffs' stipulated motion of February 14, 2014, the motion is GRANTED and the following is ORDERED:

- The Claims Administrator shall send a notice to all of the approximately 200 product claimants who have only provided foreign addresses.
- The notice will advise the claimants that product bundles will not be shipped to a foreign address and therefore, if they want their bundle, they must provide a U.S. shipping address.
- The U.S. address need not be the claimant's own. It may instead be the address of a friend, relative, or other person to whom the bundle may be shipped.
- The notice will further advise that, if a U.S. address is not provided, the claimant's bundle will be donated to [Goodwill Industries International, Inc.] ~~[other charity selected by the Court]~~.

DONE AND ORDERED this  12  day of   March  , 2014.

*/s/ Samuel Conti*

UNITED STATES SENIOR DISTRICT JUDGE