IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF POKORNY, LARRY BLENN, and KENNETH BUSIERE, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>QUIXTAR, INC., et al.,<br><br>        Defendants. | Case No. 07-0201 SC<br><br>ORDER SETTING STATUS CONFERENCE |

The Court hereby sets a status conference regarding denied hardship claims in the above-captioned case. The conference will be held on March 27, 2014, at 10:00 AM, at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Courtroom 1, 17th Floor, San Francisco, CA 94102.

Plaintiffs' counsel must attend. Defendants' counsel may attend if they wish.

IT IS SO ORDERED.

Dated: March 21, 2014

                                        UNITED STATES DISTRICT JUDGE