**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Jeff Pokorny, Larry Blenn, and Kenneth Busiere, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Quixtar, Inc., <br><br> Defendant. | **CASE NO. C 07-0201 SC** <br><br> ~~[PROPOSED]~~ **ORDER RE: BSM REQUESTS FOR REVIEW** |

In accordance with this Court's order of June 28, 2013 (DE 285), the Court has reviewed the requests for review (the "Requests") filed by BSM claimants whose claims were rejected in whole or in part by the Claims Administrator (Rust Consulting). Eight Requests were filed. After careful review of the Requests and the supporting documents submitted by each of the eight claimants, and the reasons for the rejections furnished by Jason Stinehart of Rust Consulting, the Court hereby rules as follows with respect to the Claims Administrator's determinations:

1) The rejection of Shadi Mahdavi's claim is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

2) The rejection of Duber Viveros's claim is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

3) The rejection of the claim of Paul and Patricia Sams is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

4) The rejection of Sharron Studer's claim is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

5) The rejection of Esteban Parra Hernandez's claim is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

6) The rejection of Asia Malik's claim is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

7) The partial rejection of Maryann Kampenga's claim is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

8) The partial rejection of the claim of Arnold and Jennifer Prado is [AFFIRMED] ~~[REVERSED] [MODIFIED – see below]~~.

~~With respect to the determinations listed above as MODIFIED, the specific modifications are as follows: _____.~~

1

CASE NO. C 07-0201 SC     [PROPOSED] ORDER

1  DONE AND ORDERED this _1_ day of _April_____, 4236.

2
3  _____
4  UNITED STATES SENIOR DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
CASE NO. C 07-0201 SC    [PROPOSED] ORDER