IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JEFF POKORNY, LARRY BLENN, and KENNETH BUSIERE, on behalf of themselves and those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>QUIXTAR, INC., et al.,<br><br>          Defendants. | Case No. 07-0201 SC<br><br>ORDER RE: CLAUDE ZAMOR |

    The Court has received a letter from Claimant Claude Zamor -- sent to various judges but not, at first, to the undersigned, and never filed on this case's docket -- indicating that he has "been abused" in this case's settlement.

    Mr Zamor received $2,000 to compensate his claimed losses for Quixtar-related business support materials, per this case's settlement agreement. Afterward, he also requested a hardship award, which the Special Master denied because Mr. Zamor, a resident of Haiti, presented no proof that he operated a Quixtar business in the United States (a requirement to participate in this settlement) or that he had proved losses sufficient to qualify for a hardship payment. Mr. Zamor then appealed that objection to the

Court, which the Court reviewed de novo and denied for the same reasons as the Special Master.

Now Mr. Zamor asks for a "penalty or compensation," apparently because he did not know that the settlement class was for plaintiffs who operated Quixtar businesses in the United States, even though he submitted a claim and received a payment under the settlement. The Court finds no basis for such a "penalty or compensation" in this case's settlement agreement, or, more generally, in the law or facts relevant to this case. Mr. Zamor's request is DENIED. Nor does the Court find that the Special Master or any of the lawyers in this case have "abused" Mr. Zamor. To the extent that Mr. Zamor's letter requests reconsideration of any of his previous requests for class compensation, the request is DENIED.

IT IS SO ORDERED.

Dated: June 12, 2014

UNITED STATES DISTRICT JUDGE