1  WILLIAM L. STERN (CA SBN 96105)
   MORRISON & FOERSTER LLP
2  425 Market Street
   San Francisco, California 94105-2482
3  Telephone: 415.268.7000
   Facsimile: 415.268.7522
4  E-mail: wstern@mofo.com

5  JAMES R. SOBIERAJ (*Pro Hac Vice*)
   BRINKS HOFER GILSON & LIONE
6  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
7  Telephone: 312.321.4200
   Facsimile: 312.321.4299
8  E-mail: jsobieraj@usebrinks.com

9  Attorneys for Defendant
   QUIXTAR INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 | JEFF POKORNY, LARRY BLENN          | Case No.   C 07-00201 SC
   | and KENNETH BUSIERE on behalf of   |
16 | themselves and those similarly situated, | **[DEFENDANT'S PROPOSED]**
   |                                    | **ORDER APPROVING FINAL**
17 |               Plaintiffs,          | **PAYOUT OF SETTLEMENT FUNDS**
   |                                    |
18 |      v.                            |
   |                                    |
19 | QUIXTAR INC.,                      |
   |                                    |
20 |               Defendant.           |

(Note: "[DEFENDANT'S PROPOSED]" appears with strikethrough.)

[DEFENDANT'S PROPOSED] ORDER APPROVING FINAL PAYOUT OF SETTLEMENT FUNDS
CASE NO. C 07-00201 SC
sf-3463570

1 | Having duly considered the parties' Joint Motion for Final Payout of Settlement Funds and accompanying declarations and exhibits, IT IS HEREBY ORDERED that,

1.  the Claims Administrator is AUTHORIZED AND DIRECTED to pay the sum of $1,241,469.98 from the Cash Fund to Quixtar, for shipping and handling reimbursement, in accordance with the approved settlement agreement, and, after such payment is made,

2.  the Claims Administrator is AUTHORIZED AND DIRECTED to pay the balance of the Cash Fund to the New BSM Claimants, up to a maximum of $2,000 per claim.

3.  If any funds remain in the Cash Fund after completion of the 20% distribution to the New BSM Claimants, due to uncashed checks or otherwise, the parties shall request instructions from the Court as to the distribution of the balance.

~~October __, 2014~~

November 24, 2014

_____
UNITED STATES SENIOR DISTRICT JUDGE

[DEFENDANT'S PROPOSED] ORDER APPROVING FINAL PAYOUT OF SETTLEMENT FUNDS
CASE NO. C 07-00201 SC
sf-3463570

1