Hon. James Larson (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone (415) 982-5267
Facsimile (415) 982-5287

Special Master

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF POKORNY, et al., | JAMS REF. NO. 1100072424 |
| Plaintiffs, | REPORT AND RECOMMENDATION OF SPECIAL MASTER RE: ADDITIONAL HARDSHIP CLAIMS |
| vs. | |
| QUIXTAR, INC., et al., | |
| Defendants. | |

On October 27, 2014, counsel for Plaintiffs notified us that the Claims Administrator had advised them that they had found two more "misplaced" special hardship claims that we had not reviewed. We arranged for transfer of the data to our database and reviewed the claims.

Our recommendations are as follows:

A. David R. and Connie M. Allen – the Claimants submitted Schedule C's for 2000, 1997, 1998, and 1999. All of these are outside the claims period. Therefore they should be denied.

B. Kevin and April Roughton – the parties filed bankruptcy in 2008 and provided tax returns for 2005 through 2009, which is within the claims period, showing total losses of $73,227. Therefore, these Claimants are entitled to the maximum award of $10,000.

1

The Special Master recommends that the Court prepare an order in accordance with the above recommendations.

In addition, counsel for Plaintiffs has requested that we advise the Court that there is one remaining dispute to decide between Quikstar and Plaintiffs regarding the amount to be paid Quikstar as reimbursement for product bundle shipping costs. In addition, counsel are awaiting your order approving the final distribution of the settlement cash. They hope to get the remaining checks to the Claimants before Christmas.

Please contact Mr. William T. Dzurilla, counsel for the Plaintiffs, if you have any questions or the undersigned.

Respectfully submitted,

November 21, 2014

_____
Hon. James Larson (Ret.),
Special Master

2