UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Jeff Pokorny, Larry Blenn, and Kenneth Busiere, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Quixtar, Inc.,<br><br>        Defendant. | CASE NO. C 07-0201 SC<br><br>[PROPOSED] ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR PAYOUT OF SETTLEMENT FUNDS REMAINING DUE TO UNCASHED CHECKS |

After review of plaintiffs' unopposed motion, the declaration of Amy Lake, and other pertinent documents of record,

    1.    Plaintiffs' motion is GRANTED, and Rust Consulting is hereby authorized to apply to its own account the entire $345,578.89 remaining in the Cash Fund. If, in the future, it is determined that a valid claim was misplaced by Rust or otherwise not properly paid, or if the Ninth Circuit awards any money to Dennis Obado, Rust shall pay the claim from its own funds.

DONE AND ORDERED this  8th  day of ___July___, 2015.

_____
UNITED STATES SENIOR DISTRICT JUDGE